IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| SPANSION, INC. et al.,[1] | Case No. 09-10690 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 18, 2009, I caused to be served true and correct copies of the "Notice of Agenda Matters Scheduled for Hearing on September 22, 2009 at 11:00 A.M. (EST)," dated September 18, 2009 [Docket No. 1183], enclosed securely in separate postage pre-paid envelopes, to be delivered via overnight mail to those parties listed on the annexed Exhibit A, via electronic mail to those parties listed on the annexed Exhibit B, and via facsimile to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Panagiota Manatakis
Panagiota Manatakis

Sworn to before me this
18th day of September, 2009
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires 10-22-2011

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Spansion, Inc., a Delaware Corporation (8239); Spansion Technology LLC, a Delaware limited liability company (3982); Spansion LLC, a Delaware limited liability company (0482); Cerium Laboratories LLC, a Delaware limited liability company (0482), and Spansion International, Inc., a Delaware corporation (7542). The mailing address for each Debtor is 915 DeGuigne Dr., Sunnyvale, CA 94085.

**EXHIBIT A**

**SPA-OVERNIGHT-091809**

INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
AUSTIN, TX 73301-0102

**SPA-OVERNIGHT-091809**

INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
FRESNO, CA 93888-0002

**SPA-OVERNIGHT-091809**

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549-2000

**SPA-OVERNIGHT-091809**

HEWLETT-PACKARD COMPANY
CORPORATE COUNSEL
3000 HANOVER STREET, M.S. 1050
PALO ALTO, CA 94304

**SPA-OVERNIGHT-091809**

CHIPMOS TECHNOLOGIES (BERMUDA) LTD.
11F NO 3 LANE 91 DONGMEI
HSINCHU
300
TAIWAN

**SPA-OVERNIGHT-091809**

ERNST & YOUNG LLP
EVAN KASS
303 ALMADEN BOULEVARD
SAN JOSE, CA 95110

**SPA-OVERNIGHT-091809**

MCBREEN & KOPKO, LLP
BRIAN J. HOGAN, ESQ.
COUNSEL FOR ORIENTAL PRINTED CIRCUITS, LTD.
9891 IRVINE CENTER DRIVE, SUITE 100
IRVINE, CA 92618-4318

**SPA-OVERNIGHT-091809**

ORIENTAL PRINTED CIRCUITS, (U.S.A.) INC.
C/O JULIE TUNBY, CUSTOMER SERVICE MANAGER
O.P.C. USA
479 MONTAGUE EXPRESSWAY
MILPITAS, CA 95035

**SPA-OVERNIGHT-091809**

TIMOTHY W. GRAY
4173 PARK BLVD.
PALO ALTO, CA 94306

**SPA-OVERNIGHT-091809**

Mr. Joseph E. Rubino
2151 Oakland Road #36
San Jose, CA  95131

**EXHIBIT B**

| Name | Contact | email |
|---|---|---|
| AMKOR TECHNOLOGY, INC. | THERESA C. OLSON | olsot@amkor.com |
| ASHBY & GEDDES, P.A. | DON A. BESKRONE, ESQ. | dbeskrone@ashby-geddes.com;bkeenan@ashby-geddes.com;chong@ashby-geddes.com |
| BAKER & MACKENZIE LLP | DOUGLAS M. YOUNG | douglas.m.young@bakernet.com |
| BARTLETT HACKETT FEINBERG P.C. | FRANK F. MCGINN | ffm@bostonbusinesslaw.com |
| BROWN & CONNERY, LLP | DONALD K. LUDMAN, ESQ. | dludman@brownconnery.com |
| BROWN RUDNICK LLP | ATTN: ROBERT J. STARK | RSTARK@BROWNRUDNICK.COM |
| BUCHALTER NEMER | ATTN: PAMELA KOLHMAN WEBSTER, ESQ. | PWEBSTER@BUCHALTER.COM |
| BUCHALTER NEMER, PC | JEFFREY K. GARFINKLE, ESQ. | jgarfinkle@buchalter.com |
| CIARDI CIARDI & ASTIN | ATTN D ASTIN, A SACCULLO, & C NEFF | dastin@ciardilaw.com; asaccullo@ciardilaw.com; cneff@ciardilaw.com |
| CONNOLLY BOVE LODGE & HUTZ LLP | JEFFREY C. WISLER, ESQ. | jwisler@cblh.com;kconlan@cblh.com |
| CROSS & SIMON, LLC | KEVIN S. MANN, ESQ. | kmann@crosslaw.com |
| DAY PITNEY LLP | AMISH R. DOSHI, ESQ. | adoshi@daypitney.com |
| DORSEY & WHITNEY (DELAWARE) LLP | ROBERT W. MALLARD | mallard.robert@dorsey.com |
| DORSEY & WHITNEY LLP | KATHERINE A. CONSTANTINE, ESQ. | constantine.katherine@dorsey.com |
| ELLIOTT GREENLEAF | ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA; | RXZA@ELLIOTTGREENLEAF.COM;WMK@ELLIOTTGREENLEAF.COM;sak@elliottgreenleaf.com |
| FOX ROTHCHILD LLP | COUNSEL FOR UBS | jschlerf@foxrothschild.com |
| GIRARD GIBBS LLP | COUNSEL TO DAVID REFUERZO AND WESLEY CABREROS | ehg@girardgibbs.com |
| GREENBERG TRAURIG LLP | ANNAPOORNI R. SANKARAN | sankarana@gtlaw.com |
| GREENBERG TRAURIG, LLP | VICTORIA W. COUNIHAN | counihanv@gtlaw.com |
| HEWLETT-PACKARD COMPANY | SR. DEFAULT & RECOVERY ANALYST | ken.higman@hp.com |
| HEWLETT-PACKARD COMPANY | MS. RAMONA NEAL | ramona.neal@hp.com |
| HOGE, FENTON, JONES & APPEL, INC. | ATTN: SBLEND A. SBLENDORIO, ESQ. | SAS@HOGEFENTON.COM |
| IBM CORPORATION | VICKY NAMKEN | VNAMKEN@US.IBM.COM |
| IRELL & MANELLA | ATTN MARK KRESSEL | mkressel@irell.com |
| JONES DAY | TOBIAS S. KELLER, ESQ. | tkeller@jonesday.com;cegan@jonesday.com |
| KELLEY DRYE & WARREN LLP | ATTN: MARK W. PAGE | MPAGE@KELLEYDRYE.COM;KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM |
| KIRKLAND & ELLIS LLP | DAVID R. SELIGMAN, P.C. | david.seligman@kirkland.com |
| KIRKLAND & ELLIS LLP | M. CATHERINE PESHKIN | catherine.peshkin@kirkland.com |
| KLA-TENCOR CORPORATION | MARC J. BERMAN | marc.berman@kla-tencor.com |
| KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP | DOMENIC E. PACITTI | dpacitti@klehr.com |
| LAM RESEARCH | ATTN: GENERAL COUNSEL | GEORGE.SCHISLER@LAMRC.COM |
| LAW OFFICES OF ANDREW M. WONG | ANDREW M. WONG, ESQ. | amwong@nyc.rr.com |
| LOEB & LOEB LLP | VADIM J. RUBINSTEIN, ESQ. | vrubinstein@loeb.com;jblumberg@loeb.com |
| MARGOLIS EDELSTEIN | JAMES E. HUGGETT, ESQ. | jhuggett@margolisedelstein.com |
| MASUDA, FUNAI, EIFERT & MITCHELL, LTD. | REINHOLD F. KRAMMER, ESQ. | rkrammer@masudafunai.com |
| MICRON SEMICONDUCTOR PRODUCTS, INC. | GREGORY B. HARWOOD | gbharwood@micron.com |
| MORGAN, LEWIS & BOCKUS LLP | KRISTIN C. WIGNESS, ESQ. | kwigness@morganlewis.com |
| MORRISON & FOERSTER LLP | LARREN M. NASHELSKY, ESQ. | lnashelsky@mofo.com; jwishnew@mofo.com |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP | KRISTINE M. SHRYOCK, ESQ. | kristineshryock@paulhastings.com |
| POST & SHELL, P.C. | BRIAN W. BISIGNANI, ESQ. | bbisignani@postschell.com |
| QUARLES & BRADY LLP | ROBERT P. HARRIS, ESQ. | robert.harris@quarles.com;catherine.guastello@quarles.com |
| RICHARDS LAYTON & FINGER PA | ATTN: MARK D. COLLINS; JASON M. MADRON | COLLINS@RLF.COM;MADRON@RLF.COM |
| RIDDELL WILLIAMS P.S. | JOSEPH E. SHICKICH, JR. | jshickich@riddellwilliams.com;hmohr@riddellwilliams.com |
| ROPES & GRAY LLP | MARK R. SOMERSTEIN | mark.somerstein@ropesgray.com |
| RUDY EXELROD ZIEFF & LOWE LLP | COUNSEL FOR DAVID REFUERZO & WESLEY CABREROS | sgz@rezlaw.com |
| SANDISK CORPORATION | TANYA DE LA FUENTE HOLLAND, ESQ. | tanya.delafuenteholland@sandisk.com |
| SANDISK IL LTD. | ZIV GLICKMAN | ziv.glickman@sandisk.com |
| SEITZ, VAN OGTROP & GREEN, P.C. | PATRICIA P. MCGONIGLE, ESQ. | pmcgonigle@svglaw.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | JASON M. LIBERI | jason.liberi@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | VAN C. DURRER II | van.durrer@skadden.com |
| SMYLIE & VAN DUSEN | SCOTT A. SMYLIE, ESQ. | esqsas@aol.com |
| STREUSAND & LANDON, LLP | SABRINA L. STREUSAND, ESQ. | streusand@streusandlandon.com |
| STUEVE SIEGEL HANSON LLP | GEORGE A. HANSON, ESQ. | HANSON@STUEVESIEGEL.COM;PAUL@STUEVESIEGEL.COM;ASHLEA@STUEVESIEGEL.COM |
| THE HAGAN LAW FIRM | JENNIFER J. HAGAN, ESQ. | jhagan@haganlaw.com |
| TOKYO ELECTRON LIMITED | ATTN: ZOLTAN A. PAPP | ZOLTAN.PAPP@US.TEL.COM |
| TW TELECOM INC. | LINDA BOYLE | LINDA.BOYLE@TWTELECOM.COM |
| U.S. TRUSTEE | | ustpregion03.wl.ecf@usdoj.gov |
| WARNER NORCROSS & JUDD LLP | ATTN: GORDON J. TOERING | gtoering@wnj.com |
| WILLIAM T. PECKHAM, ATTORNEY AT LAW | COUNSEL FOR KNEPP INC. | wpeckham@swbell.net |
| WILMINGTON TRUST | ATTN: JAMES J. MCGINLEY, MANAGING DIRECTOR | JMCGINLEY@WILMINGTONTRUST.COM |
| WOMBLE CARLYLE SANDRIDGE & RICE PLLC | ATTN: STEVEN K. KORTANEK | Skortanek@wcsr.com |
| WOMBLE CARLYLE SANDRIDGE & RICE PLLC | ATTN: STEVEN K. KORTANEK | Skortanek@wcsr.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | JAMES L. PATTON, JR. | jpatton@ycst.com;mbcleary@ycst.com |
| BINGHAM MCCUTHCHEN LLP | JEFFREY SABIN | jeffrey.sabin@bingham.com |
| BINGHAM MCCUTHCHEN LLP | SCOTT SEAMON | scott.seamon@bingham.com |
| EDWARDS ANGEL PALMER & DODGE LLP | STUART M. BROWN | sbrown@eapdlaw.com |
| BINGHAM MCCUTHCHEN LLP | RHEBA RUTKOWSKI | rheba.rutkowski@bingham.com |
| UBS FINANCIAL SERVICES INC. | CRAIG E. DARVIN | craig.darvin@ubs.com |
| DR. PHILIP MATHERS | | philip.mathers@gmail.com |
| Warren H. Smith & Associates, P.C. | Warren H. Smith, Esq. | feeaudit@whsmithlaw.com |
| Oppenheimer Wolff & Donnelly LLP | Steven W. Meyer, Esq. | smeyer@oppenheimer.com |
| COMMONWEALTH OF PENNSYLVANIA | DENISE A. MERTZ | dmertz@state.pa.us |

**EXHIBIT C**

| NAME | FAX |
| --- | --- |
| HSBC BANK USA NA ATTN J ILSE | 212-525-6991 |
| LAW OFFICES OF DAVID S CAPLAN ATTN D CAPLAN | 415-480-8102 |
| TSMC NORTH AMERICA INC ATTN N OBINATA | 408-382-8008 |
| US BANK NATIONAL ASSOCIATION ATTN J MURPHY | 212-514-6841 |
| WILMINGTON TRUST COMPANY ATTN S CIMALORE | 302-651-8882 |
| KIRKLAND & ELLIS ATTN COUNSEL FOR MURATA | 415-439-1500 |
| GORDIAN GROUP LLC ATTN H OWSLEY | 212-486-3616 |
| KPMG LLP ATTN W HAEGELE | 415-963-8100 |
| MORGAN STANLEY ATTN M HEIN | 650-234-7640 |
| THE GARDEN CITY GROUP INC ATTN J STEIN | 631-940-6554 |
| SITRICK & COMPANY INC ATTN M SITRICK | 310-788-2855 |
| BRINCKO ASSOCIATES INC ATTN J BRICKO | 951-686-8192 |
| WILSON SONSINI GOODRICH ATTN K DREYFUS | 650-493-6811 |
| FTI CONSULTING INC ATTN S STAR | 212-841-9350 |
| KING & SPALDING LLP ATTN E HORWITZ | 212-556-2222 |
| K&L GATES LLP ATTN M BETTINGER | 415-882-8220 |
| BROWN RUDNICK ATTN T FEINSMITH | 617-856-8201 |
| TEXAS COMPTROLLER OF PUBLIC ACCTS ATTN J HURST | 512-482-8341 |
| CHIPMOS TECHNOLOGIES ATTN SK CHEN | 408-922-7276 |