IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| SPANSION INC., *et al.*,[1] | Case No. 09-10690 (KJC) |
| Debtors. | Jointly Administered |

AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING FOR OCTOBER 2, 2009 AT 10:00 A.M. (EST)

**CONTINUED MATTERS**

1. Debtors' Second Motion For An Order Extending Exclusive Periods During Which Debtors May File And Solicit Acceptances Of A Plan Of Reorganization [Docket No. 1117; Filed 9/4/09].

    Related Documents: None.

    Objection Deadline: September 15, 2009 at 4:00 p.m. (Extended to September 28, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors, HSBC Bank, USA, National Association, and the *Ad Hoc* Consortium of Floating Rate Noteholders).

    Objections Received: None.

    Status: **This matter has been continued until October 16, 2009 at 10:00 a.m.**

**UNCONTESTED MATTERS GOING FORWARD**

2. Motion Of The Debtors For Entry Of An Order (I) Authorizing The Sale Of Certain Equipment Free and Clear Of All Liens, Claims, Encumbrances And Other Interests; (II) Authorizing The Debtors To Enter Into A Sales-Transfer Agreement With Micron

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Spansion Inc., a Delaware corporation (8239); Spansion Technology LLC, a Delaware limited liability company (3982); Spansion LLC, a Delaware limited liability company (0482); Cerium Laboratories LLC, a Delaware limited liability company (0482), and Spansion International, Inc., a Delaware corporation (7542). The mailing address for each Debtor is 915 DeGuigne Dr., Sunnyvale, CA 94085.

[2] Amended Agenda Items Appear in Bold.

DM3\1169071.2

Technology, Inc. Or A Higher Bidder; (III) Approving Bidding Procedures And Bidding Protections; And (IV) Granting Related Relief [Docket No. 1139; Filed 9/11/09].

    Related Documents:   None.

    Objection Deadline:   September 25, 2009 at 4:00 p.m.

    Objections Received:   None.

    Status:   This matter is going forward.

## CONTESTED MATTERS GOING FORWARD

3. Motion *In Limine* Of The Debtors For An Order Excluding Thomas R. Koch From Providing Expert Testimony In Support Of The John Gorman 401(k)'s Joinder to Philip Mathers' Motion For Appointment Of An Equity Security Committee [Docket No. 1233; Filed 9/25/09]

    Related Documents:

    a. Motion Pursuant To Local Rule 9006-1(e) For An Order Shortening The Time For Notice Of Motion *In Limine* Of The Debtors For An Order Excluding Thomas R. Koch From Providing Expert Testimony In Support Of The John Gorman 401(k)'s Joinder to Philip Mathers' Motion for Appointment of An Equity Security Committee [Docket No. 1234; Filed 9/25/09]

    b. Order Granting Motion Pursuant To Local Rule 9006-1(e) For An Order Shortening The Time For Notice Of Motion *In Limine* Of The Debtors For An Order Excluding Thomas R. Koch From Providing Expert Testimony In Support Of The John Gorman 401(k)'s Joinder to Philip Mathers' Motion for Appointment of An Equity Security Committee [Docket No. 1235; Entered 9/28/09]

    Objection Deadline: October 1, 2009 at 12:00 p.m. (Prevailing Eastern Time).

    Objections Received:

    c. **(I) Joinder of Esopus Creek Value LLP, Schottenfeld Associates, L.P., and Plainfield Asset Management, LLC, to the Motion For The Appointment Of An Equity Security Holders Committee and (II) Reply To Motion *In Limine* Of The Debtors For An Order Excluding Thomas R. Koch From Providing Expert Testimony In Support Of The John Gorman 401(k)'s Joinder to Philip Mathers' Motion For Appointment Of An Equity Security Committee [Docket No. 1250; Filed 9/30/09].**

    d. **The John Gorman 401(K)'s Response To Debtors' *Motion In Limine* [Docket No. 1251; Filed 10/1/09].**

Status: This matter is going forward.

4. Motion For The Appointment Of An Equity Security Holders Committee [Docket No. 602; Filed 6/8/09].

    Related Documents:

    a. Motion For The Appointment Of An Equity Security Holders Committee: Supplementary Notes [Docket No. 777; Filed 7/10/09].

    b. Order Regarding Hearing on Motion For the Appointment Of An Equity Security Holders Committee [Docket No. 901; Entered 7/27/09].

    c. Re: Motion For the Appointment Of An Equity Security Holders Committee: Apologies [Docket No. 925; Filed 8/3/09].

    d. Re: Motion For The Appointment Of An Equity Security Holders Committee: Dr.'s Note [Docket No. 943; Filed 8/7/09].

    e. Notice of Rescheduled Hearing on Motion For The Appointment Of An Equity Security Holders Committee [Docket No. 975; Filed 8/14/09].

    f. Joinder of John Gorman 401(k) In Support of Philip Mathers' Motion For Appointment Of An Equity Security Holders Committee [Docket No. 1044; Filed 8/27/09].

    g. The Debtors received a letter from an individual, Rodolfo Morais, who identifies himself as a shareholder.

    h. Order Approving the Motion of the Debtors to Adjourn Hearing On Motion For The Appointment Of An Equity Security Holders Committee [Docket No. 1069; Entered 8/31/09]

    i. Order Scheduling Hearing On Motion For The Appointment Of An Equity Security Holders Committee For October 2, 2009 [Docket No. 1101; Entered 9/3/09].

    j. Amended Joinder Of The John Gorman 401(k) In Support Of Philip Mathers' Motion For Appointment Of An Equity Security Holders Committee [Docket No. 1104; Filed 9/4/09].

    k. Joint Pre-trial Memorandum Re: October 2, 2009 Hearing On Motion For The Appointment Of An Equity Security Holders Committee [Docket No. 1236; Filed 9/28/09].

    **aa.** **(I) Joinder of Esopus Creek Value LLP, Schottenfeld Associates, L.P., and Plainfield Asset Management, LLC, to the Motion For The Appointment Of An Equity Security Holders Committee and (II) Reply To Motion *In***

3

*Limine* Of The Debtors For An Order Excluding Thomas R. Koch From Providing Expert Testimony In Support Of The John Gorman 401(k)'s Joinder to Philip Mathers' Motion For Appointment Of An Equity Security Committee [Docket No. 1250; Filed 9/30/09].

Objection Deadline:   July 17, 2009 at 4:00 p.m.

Objections Received:

l.  Objection Of The Ad Hoc Consortium Of Floating Rate Noteholders To The Motion Of Philip Mathers For Appointment Of An Equity Security Holders Committee [Docket No. 812; Filed 7/16/09].

m.  Objection Of Official Committee of Unsecured Creditors To Motion For Appointment Of Equity Security Holders Committee [Docket No. 814; Filed 7/16/09].

n.  Response Of The United States Trustee To Motion For The Appointment Of An Equity Securities Holder Committee [Docket No. 820; Filed 7/17/09].

o.  Debtors' Objection To Motion Of Philip Mathers For the Appointment Of Any Equity Security Holders Committee [Docket No. 821; Filed 7/17/09].

p.  Declaration of John P. Brincko In Support Of Debtors' Objection To The Motion Of Philip Mathers For The Appointment Of An Equity Security Holders Committee [Docket No. 827; Filed 7/22/09].

q.  Joinder Of HSBC Bank USA, National Association, As Successor Indenture Trustee, In Objection Of Ad Hoc Consortium Of Floating Rate Noteholders To The Motion Of Philip Mathers For Appointment Of An Equity Security Holders Committee [Docket No. 848; Filed 7/22/09].

Status:   This matter is going forward.

Dated: **October 1**, 2009
Wilmington, Delaware

Respectfully Submitted,

*/s/ Christopher M.. Winter*
Michael R. Lastowski, Esquire (No. 3892)
Richard W. Riley, Esquire (No. 4052)
Sommer L. Ross, Esquire (No. 4598)
DUANE MORRIS, LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail:  mlastowski@duanemorris.com
             rwriley@duanemorris.com
             slross@duanemorris.com

and

Michael S. Lurey, Esquire (Admitted *Pro Hac Vice*)
Gregory O. Lunt, Esquire (Admitted *Pro Hac Vice*)
Kimberly A. Posin, Esquire (Admitted *Pro Hac Vice*)
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:   Michael.Lurey@lw.com;
          Gregory.Lunt@lw.com
          Kim.Posin@lw.com

ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION