# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPANSION INC., *et al.*,[1] | Case No.: 09-10690 (KJC) |
| Debtors. | Jointly Administered |
| | Related to D.I. 738, 867, 926, 932, 933, 934, 942, and 1012 |

## CERTIFICATION OF COUNSEL REGARDING STIPULATION BETWEEN THE DEBTORS AND CHIPMOS TECHNOLOGIES, INC. REGARDING LIMITED RELIEF FROM THE AUTOMATIC STAY

On July 2, 2009, ChipMOS TECHNOLOGIES, INC. ("**ChipMOS**") filed a Motion for Relief from the Automatic Stay [D.I. 738] (the "**Motion**") to proceed with a foreclosure, in satisfaction of the unpaid balance of the above-captioned debtors and debtors-in-possession (the "**Debtors**"), on those certain wafers, owned by the Debtors, that are in ChipMOS's possession pursuant to the former Assembly and Test Services Agreement entered into by and between Spansion LLC and ChipMOS on September 15, 2005 and against which ChipMOS asserts a statutory possessory lien pursuant to Section 1, Articles 928 and 936 of the Civil Code of the Republic of China.

On August 5, 2009, the Debtors filed their objection to the Motion [Docket No. 932] (the "**Debtors' Objection**").

On August 5, 2009, the Official Committee of Unsecured Creditors (the "**Committee**") filed its Joinder to the Debtors' Objection [Docket No. 933] (the "**Committee Objection**") and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Spansion Inc., a Delaware corporation (8239); Spansion Technology LLC, a Delaware limited liability company (3982); Spansion LLC, a Delaware limited liability company (0482); Cerium Laboratories LLC, a Delaware limited liability company (0482), and Spansion International, Inc., a Delaware corporation (7542). The mailing address for each Debtor is 915 DeGuigne Dr., Sunnyvale, CA 94085.

the *Ad Hoc* Consortium of Floating Rate Noteholders (the "**_Ad Hoc_ Consortium**") filed a Limited Joinder to the Debtors' Objection [Docket No. 934] (the "**Consortium Objection**").

On August 7, 2009, HSBC Bank USA, National Association ("**HSBC**") filed a Joinder to the FRN Objection [Docket No. 942] (the "**HSBC Objection**").

On August 24, 2009, ChipMOS filed its Reply to the Debtors' Objection [Docket No. 1012] (the "**ChipMOS Reply**").

By orders of the Court, entered on July 23, 2009 and August 3, 2009, approving the Stipulation and Amended Stipulation Regarding Hearing Continuance entered into by and between the Debtors and ChipMOS (together, the "**Parties**") [Docket Nos. 867 and 926] (the "**Extension Orders**"), and the agreement of the Parties, a hearing on the Motion is currently scheduled to be held on October 27, 2009 at 10:00 a.m.

On October 9, 2009, the Parties, by and through their undersigned counsel, entered into a Stipulation Between the Debtors and ChipMOS Regarding Limited Relief from the Automatic Stay (the "**Stipulation**").

The Committee and the *Ad Hoc* Consortium have reviewed and consented to the Stipulation. Neither objects to the entry of the Proposed Order Approving the Stipulation (the "**Order**").

**[Remainder of Page Intentionally Left Blank]**

The Debtors respectfully request that the Court approve the Stipulation, attached hereto as **Exhibit A**, and enter the Order, substantially in the form attached hereto as **Exhibit B**, without further notice or hearing at the Court's earliest convenience.

Dated: October 9, 2009
Wilmington, Delaware

Respectfully submitted,

*/s/ Michael R. Lastowski*

Michael R. Lastowski, Esquire (No. 3892)
Richard W. Riley, Esquire (No. 4052)
Sommer L. Ross, Esquire (No. 4598)
DUANE MORRIS, LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: mlastowski@duanemorris.com
rwriley@duanemorris.com
slross@duanemorris.com

and

Michael S. Lurey, Esquire (Admitted *Pro Hac Vice*)
Gregory O. Lunt, Esquire (Admitted *Pro Hac Vice*)
Kimberly A. Posin, Esquire (Admitted *Pro Hac Vice*)
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: Michael.Lurey@lw.com
Gregory.Lunt@lw.com
Kim.Posin@lw.com

ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION