UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **SPANSION INC., _et al._,**[1] | ) Case No. 09-10690(KJC) |
| | ) Jointly Administered |
| Debtors | ) |

**FIFTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SPANSION INC. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | MAY 19, 2009 _Nunc Pro Tunc_ to MARCH 12, 2009 |
| Period for which compensation and reimbursement are sought: | AUGUST 1, 2009 THROUGH AUGUST 31, 2009 |
| Amount of compensation sought as actual, reasonable, and necessary: | $150,000.00 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is an:   _X_ monthly   ___ interim   ___ final application.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Spansion Inc., a Delaware corporation (8239); Spansion Technology LLC, a Delaware limited liability company (3982); Spansion LLC, a Delaware limited liability company (0482); Cerium Laboratories LLC, a Delaware Limited Liability Company (0482), and Spansion International, Inc. a Delaware corporation (7542). The mailing address for each of the Debtors is 915 DeGuigne Dr., Sunnyvale, CA 94085.

1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **SPANSION INC., _et al._,** | ) Case No. 09-10690(KJC) |
| | ) Jointly Administered |
| Debtors | ) |

**FIFTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SPANSION INC. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

This fifth fee application for compensation and reimbursement of expenses (the "Fee Application") is filed by FTI Consulting, Inc. ("FTI") requesting payment for services rendered and reimbursement of costs expended as financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of Spansion Inc. (the "Debtors"), for the period of August 1, 2009 through August 31, 2009 (the "Application Period"). In support of this Fee Application, FTI respectfully states the following:

**Jurisdiction**

1. The Bankruptcy Court ("the Court") has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of this Chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## Background

2. On March 1, 2009 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their property as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. This Court has ordered joint administration of these Chapter 11 cases (the "Cases").

3. On March 12, 2009 (the "Formation Meeting"), the Office of the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code. The Committee consists of the following five members:

   i. ChipMOS Technologies (Bermuda) Ltd.;
   ii. TSMC North America;
   iii. Tokyo Electron Limited;
   iv. U.S. Bank National Association, as Trustee; and
   v. Wilmington Trust Company, as Trustee.

4. At the Formation Meeting, the Committee selected Paul, Hastings, Janofsky & Walker LLP as its counsel, and selected FTI as its' financial advisor.

5. On April 14, 2009, FTI filed its Retention Application. On May 19, 2009, the Court entered an order approving the retention of FTI as financial advisor to the Committee effective March 12, 2009 (the "Retention Order").

## Relief Requested

6. FTI submits this Fee Application pursuant to section 328(a) of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Order Establishing Procedures For Interim Compensation and Reimbursement Of Expenses Of Professionals (the "Administrative Order"), Del. Bankr. LR 2016-2 and the Retention Order. By

this Fee Application, FTI seeks interim allowance of compensation for professional services rendered in the amount of $150,000.00 for the Application Period, and seeks payment of 80% of this amount, and seeks the allowance and payment of 100% of its actual and necessary expenses in the amount of $0.00 ($25.97 expenses incurred less credit offered by FTI in response to the Fee Auditor's Final Report for the First Interim Fee Application, the remaining credit of $551.37 will be applied to future expense reimbursements) in accordance with the terms of the Administrative Order.

### Summary of Fees

7. The total number of hours expended by FTI professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 316.5 hours. Pursuant to the Retention Order, FTI is entitled to monthly compensation for its services provided to the Committee at the rate of $200,000 per month for the first month, $150,000 per month thereafter, and a completion fee of $500,000 plus reimbursement of actual and necessary expenses incurred by FTI.

8. Summary of hours incurred by each professional and paraprofessional during the Application Period, and a summary of the time incurred by project code are attached hereto as **Exhibit "A."** A summary of the reasonable and necessary expenses incurred is shown in **Exhibit "B."**

9. The following paragraphs describe the primary services rendered by FTI to the Committee during the Application Period.

    **(Code 1)**    **Current Operating Results & Events**

    **Total Hours: 41.6**

FTI reviewed and analyzed financial information distributed by the Debtors and

4

their advisors which included key performance indicators, working capital trends and other information detailing operating performance. FTI provided multiple oral and written reports to the Committee detailing our analyses, observations and recommendations.

      **(Code 7)**     **Analysis of Business Plan**

      **Total Hours: 30.7**

FTI reviewed and analyzed the Debtors' proposed business plan. In addition, FTI analyzed potential risks and opportunities with respect to the proposed business plan. Furthermore, FTI compared the Debtors' current performance to the relevant projections in the business plan and discussed significant variances from expectations with the Debtors. FTI provided multiple oral reports to the Committee detailing analysis and observations.

      **(Code 8)**     **Valuation and Related Matters**

      **Total Hours: 103.7**

FTI analyzed valuation issues related to the Debtor's Business Plan. Analysis included review of market multiples, comparable transactions, and the creation of a discounted cash flow model. FTI also reviewed and analyzed the key components of the Debtor's valuation analysis.

      **(Code 16)**    **POR & DS – Analysis, Negotiation and Formation**

      **Total Hours: 33.7**

FTI prepared for and participated in conference calls and meetings with the Debtor's financial advisors regarding potential terms for a plan of reorganization. FTI analyzed and quantified various potential ranges of recoveries based on scenarios including ranges of

value and varied capital structures. FTI provided multiple oral and written reports to the Committee detailing our analysis and observations.

**Actual and Necessary Costs and Expenses Incurred**

10. Reimbursement of expenses in the amount of $25.97 is sought herein. A categorized summary of the actual and necessary costs and expenses incurred by FTI during the Application Period, and detail of each expense, is attached as **Exhibit "B"**. FTI reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such expenses may not have been captured to date in FTI's billing system at the date of filing this Fee Application.

11. In response to the Fee Auditor's Final Report regarding FTI's First Interim Fee Application, FTI has offered a credit of $577.34 against future expense reimbursements. FTI is requesting to offset a portion of this credit against the expense reimbursement amount sought for the month of August ($25.97). After application of this credit, the remaining credit of $551.37 will be applied against future expense reimbursements.

**Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules**

12. In accordance with Del. Bankr. LR 2016-2 and the order authorizing retention of FTI, a summary schedule of hours and fees for each professional, and a summary of hours and fees categorized by project code follow this Application.

13. FTI submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of the Bankruptcy Code and Bankruptcy Rules.

14. No agreement or understanding exists between FTI and any other entity (other than shareholders or employees of FTI) for the sharing of compensation received or to be received for services rendered in connection with these cases.

## Notice

15.     As required by the Administrative Order, a copy of this Fee Application has been served upon: (a) co-counsel to the Debtors; (b) counsel to the prepetition lenders; (c) counsel to the Committee; and (d) the Office of the United States Trustee for the District of Delaware. Notice of this Fee Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, FTI respectfully requests an interim award of compensation for professional services rendered as financial advisor to the Committee during the Application Period in the amount of $150,000.00 plus the reimbursement of expenses in the amount of $0.00 ($25.97 less application of the credit described herein) pursuant to the Administrative Order; and such other and further relief that the Court deems just and proper.

Dated: September 22, 2009

FTI CONSULTING, INC

By: _____
     Anna Phillips

# VERIFICATION PURSUANT TO DEL. BANKR.LR. 2016-2(f) AND 28 U.S.C. §1746(2)

I, Anna Phillips, verify as follows:

1. I am a Senior Managing Director with FTI Consulting, Inc. (together with its wholly owned subsidiaries, agents, independent contractors and employees, "FTI"). FTI has rendered professional services to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case.

2. I have read the foregoing application of FTI for compensation and reimbursement of expenses (the "Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Court, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.LR 2016-2, and the Executive Office for the United States Trustee.

Executed on: September 22, 2009

FTI CONSULTING, INC.

By: _____
Anna Phillips
1201 W. Peachtree Street
Atlanta, GA 30309

Telephone: 404.460.6272
E-mail: anna.phillips@fticonsulting.com

Financial Advisors to the Official Committee of
Unsecured Creditors of Spansion Inc., et al.

8

Invoice No. 7211496 should be referenced when making payment. Check and wire transfer instructions are as follows:

**By Check Remit to:**
FTI Restructuring
PO Box 631916
Baltimore, MD 21263-1916

**By Wire Transfer Remit to:**

Bank of America
FTI Consulting, Inc.