# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPANSION INC., *et al.*,[1] | Case No. 09-10690 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 27, 2009 AT 10:00 A.M. (EST)

**CONTINUED/RESOLVED MATTERS**

1.  Motion Of ChipMos Technologies, Inc., For Relief From The Automatic Stay [Docket No. 738; Filed 7/2/09].

    Related Documents:

    a.  Order Approving Stipulation Between The Debtors And ChipMos Technologies, Inc., Regarding Hearing Continuance [Entered 7/23/09; Docket No. 867].

    b.  Amended Order Approving Stipulation Between the Debtors and ChipMos Technologies, Inc. Regarding Hearing Continuance [Docket No. 926; Entered 8/3/09].

    c.  Certification of Counsel Regarding Stipulation Between The Debtors And ChipMOS Technologies, Inc. Regarding Limited Relief From The Automatic Stay [Docket No. 1303; Filed: 10/9/09].

    d.  Order Approving Stipulation Between The Debtors And ChipMos Technologies, Inc. Regarding Limited Relief From The Automatic Stay [Docket No. 1316; Entered: 10/13/09].

    Objection Deadline:   August 5, 2009 at 4:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Spansion Inc., a Delaware corporation (8239); Spansion Technology LLC, a Delaware limited liability company (3982); Spansion LLC, a Delaware limited liability company (0482); Cerium Laboratories LLC, a Delaware limited liability company (0482), and Spansion International, Inc., a Delaware corporation (7542). The mailing address for each Debtor is 915 DeGuigne Dr., Sunnyvale, CA 94085.

Objections Received:

- e. Debtors' Objection To The Motion Of ChipMos Technologies, Inc. For Relief From The Automatic Stay [Docket No. 932; Filed 8/5/09].

- f. Joinder Of Official Committee Of Unsecured Creditors To Debtors' Objection To Motion Of ChipMos Technologies, Inc. For Relief From The Automatic Stay [Docket No. 933; Filed 8/5/09].

- g. Limited Joinder Of The *Ad Hoc* Consortium To The Debtors' Objection To The Motion Of ChipMos Technologies, Inc. For Relief From The Automatic Stay [Docket No. 934; Filed 8/5/09].

- h. Joinder Of HSBC Bank USA, National Association, As Successor Indenture Trustee And Successor Collateral Agent, To Limited Joinder Of The *Ad Hoc* Consortium To The Debtors' Objection To The Motion Of ChipMos Technologies, Inc. For Relief From The Automatic Stay [Docket No. 942; Filed 8/7/09].

- i. Reply of ChipMos Technologies, Inc., In Support Of Motion For Relief From The Automatic Stay [Docket No. 1012; Filed 8/24/09].

Status: This matter has been resolved. The parties have entered into a stipulation and an order has been entered approving it. *See* Agenda Item 1(d).

2. Motion of GE Financial Services Corporation (F/K/A GE Capital Leasing Corporation) For Allowance And Payment Of Administrative Expense Claims [Docket No. 1213; Filed: 9/24/09].

   Related Documents:

   - a. Certification Of Counsel (Enclosing letter to Court from Pedro A. Jimenez, counsel to Masao Taguchi, the foreign representative of Spansion Japan Limited) [Docket No. 1291; Filed 10/8/09].

   - b. Notice Of Adjourned/Rescheduled Hearing On Motion Of GE Financial Services Corporation (F/K/A GE Capital Leasing Corporation) For Allowance And Payment Of Administrative Expense Claim [Docket No. 1361; Filed 10/15/09].

   Objection Deadline: October 20, 2009 at 4:00 p.m.

   Objections Received: None as of the filing of this agenda.

   Status: This matter has been continued to the Omnibus hearing scheduled for November 24, 2009.

3. Motion For Order Authorizing GE Financial Services Corporation (F/K/A GE Capital Leasing Corporation), As Agent For The Secured Lenders Of Spansion Japan, Limited To File Document Under Seal. [Docket No. 1214; Filed: 9/24/09].

   Related Documents:

   a. Motion of GE Financial Services Corporation (F/K/A GE Capital Leasing Corporation) For Allowance And Payment Of Administrative Expense Claims [Docket No. 1213; Filed: 9/24/09].

   Objection Deadline: October 20, 2009 at 4:00 p.m.

   Objections Received: None as of the filing of this agenda.

   Status: This matter has been continued to the Omnibus hearing scheduled for November 24, 2009.

**UNCONTESTED MATTER GOING FORWARD WITH CERTIFICATIONS OF NO OBJECTION**

4. Motion Of The Debtors For An Order Pursuant To 11 U.S.C. § 365 Authorizing The Rejection Of Executory Contract With American Gas Management, Inc. [Docket No. 1244; Filed 9/29/09].

   Related Documents:

   a. Certification of No Objection Regarding Docket No. 1244 [Docket No. 1428; Filed 10/23/09].

   b. Proposed form of order.

   Objection Deadline: October 20, 2009 at 4:00 p.m.

   Objections Received: None.

   Status: A certification of no objection has been filed.

5. Motion Of The Debtors For An Order Pursuant To 11 U.S.C. § 365 Authorizing The Assumption of Executory Contract With SAS Institute Inc. [Docket No. 1302; Filed: 10/9/09].

   Related Documents:

   a. Certification of No Objection Regarding Docket No. 1302 [Docket No. 1429; Filed 10/23/09].

   b. Proposed form of order.

| | Objection Deadline: | October 20, 2009 at 4:00 p.m. |
|---|---|---|
| | Objections Received: | None. |
| | Status: | A certification of no objection has been filed. |

**UNCONTESTED MATTER GOING FORWARD**

6. Debtors' Second Motion For An Order Extending Exclusive Periods During Which Debtors May File And Solicit Acceptances Of A Plan Of Reorganization [Docket No. 1117; Filed 9/4/09].

| | Related Documents: | None. |
|---|---|---|
| | Objection Deadline: | September 15, 2009 at 4:00 p.m. (Extended to October 15, 2009 at 12:00 p.m. for the Official Committee of Unsecured Creditors, HSBC Bank, USA, National Association, and the *Ad Hoc* Consortium of Floating Rate Noteholders). |
| | Objections Received: | None. |
| | Status: | This matter is going forward. |

7. Motion Of The Debtors For An Order Pursuant To 11 U.S.C. § 365 Authorizing The Assumption Of Unexpired Non-Residential Real Property Leases [Docket No. 1232; Filed 9/25/09].

| | Related Documents: | None. |
|---|---|---|
| | Objection Deadline: | October 20, 2009 at 4:00 p.m. |
| | Objections Received: | The Debtors received informal comments from Fastighets AB Brostaden, one of the lessors whose property is the subject of the motion. |
| | Status: | This matter is going forward. |

8. Application Of The Official Committee Of Unsecured Creditors For Entry Of An Order Pursuant To Sections 328(a) 330 And 1103(a) Of The Bankruptcy Code Authorizing The Employment And Retention Of Landis Rath & Cobb, LLP As Conflicts Counsel To The Committee *Nunc Pro Tunc* To September 3, 2009 [Docket No. 1284; Filed: 10/7/09].

| | Related Documents: | None. |
|---|---|---|

| | Objection Deadline: | October 20, 2009 at 4:00 p.m. (Extended to October 23, 2009 at 4:00 p.m. for the Debtors). |
|---|---|---|
| | Objections Received: | None as of the this filing of this agenda. |
| | Status: | This matter is going forward. |

**CONTESTED MATTER GOING FORWARD**

9. Motion Of Debtors For Entry Of An Order Authorizing Debtors To Employ Randy Furr As Executive Vice President And Chief Financial Officer *Nunc Pro Tunc* To June 29, 2009 Pursuant To 11 U.S.C. §§ 105, 363 And 1108 And Granting Related Relief [Docket No. 746; Filed 7/2/09].

    Related Documents:

    a. Certification Of Counsel Regarding Order Authorizing Debtors To Employ Randy Furr As Executive Vice President And Chief Financial Officer *Nunc Pro Tunc* To June 29, 2009 Pursuant To 11 U.S.C. §§ 105, 363 And 1108 And Granting Related Relief [Docket No. 902; Filed 7/27/09].

    b. Order Granting Debtors Motion Authorizing Debtors To Employ Randy Furr As Executive Vice President And Chief Financial Officer *Nunc Pro Tunc* To June 29, 2009 Pursuant To 11 U.S.C. §§ 105, 363 And 1108 And Granting Related Relief [Docket No. 906; Entered 7/28/09].

    | Objection Deadline: | July 16, 2009 at 4:00 p.m. |
    |---|---|
    | Objections Received: | The Debtors received informal comments from the Official Committee of Unsecured Creditors and the Office of the United States Trustee. |
    | Status: | This matter is going forward with respect to Mr. Furr's change in control and severance agreement. |

10. Debtors' Objection To Proof Of Claim No. 186 Filed By ASML US, Inc. [Docket No. 1116; Filed 9/4/09].

    Related Documents:

    a. Status Report Regarding Debtors' Objection To Proof Of Claim No. 186 Filed By ASML US, Inc. [Docket No. 1430; Filed 10/23/09].

    | Objection Deadline: | September 15, 2009 at 4:00 p.m. (Extended to October 20, 2009 at 4:00 p.m.). |
    |---|---|

5

Objections Received:

b.  ASML US, Inc.'s: (I) Response To The Debtors' Objection To Proof Of Claim, (II) Motion For October 27, 2009 Hearing To Be Conducted As A Scheduling Conference, And (III) Motion For Entry Of Pretrial Scheduling Order [Docket No. 1389; Filed 10/20/09].

Status: ASML requests the hearing on this matter be treated as a scheduling conference with an evidentiary hearing or trial to be set at a later date convenient to the Court and the parties. Debtors have filed a status report requesting further relief.

11. Motion Of The Debtors For An Order Pursuant To 11 U.S.C. 105(a) And 362 Enforcing The Automatic Stay [Docket No. 1119; Filed 9/4/09].

Related Documents: None.

Objection Deadline: September 15, 2009 at 4:00 p.m. (Extended to October 20, 2009 at 4:00 p.m.).

Objections Received:

a.  Objection Of Samsung Electronics, Co., Ltd. To The Motion Of The Debtors For An Order Pursuant To 11 U.S.C. §§ 105(a) And 362 Enforcing The Automatic Stay [Docket No. 1390; Filed: 10/20/09].

Status: This matter is going forward.

12. Motion Of Non-Parties Macomb County Employees' Retirement System And St. Clair Shores Police And Fire Pension System For Order Granting Relief From The Automatic Stay [Docket No. 1237; Filed 9/28/09].

Related Documents:

a.  Notice Of Motion Of Non-Parties Macomb County Employees' Retirement System And St. Clair Shores Police And Fire Pension System For Relief From Stay Under Section 362 Of The Bankruptcy Code [Docket No. 1239; Filed 9/28/09].

Objection Deadline: October 20, 2009 at 4:00 p.m.

Objections Received:

b.  The Debtors' Limited Objection To The Motion Of Non-Parties Macomb County Employees' Retirement System And St. Clair Shores Police And Fire Pension System For Order Granting Relief From The Automatic Stay [Docket No. 1403; Filed 10/20/09].

Status: This matter is going forward.

13. Motion Of The Debtors For An Order Pursuant To Bankruptcy Rule 3016(b) Authorizing The Filing Of A Plan Of Reorganization Before The Filing Of A Disclosure Statement And Establishing A Deadline For Filing Disclosure Statement [Docket No. 1267; Filed 10/2/09].

    Related Documents: None.

    Objection Deadline: October 20, 2009 at 4:00 p.m.

    Objections Received:

    a. Objection Of GE Financial Services Corporation (F/K/A GE Capital Leasing Corporation) To The Motion Of The Debtors For An Order Pursuant To Bankruptcy Rule 3016(b) Authorizing The Filing Of A Plan Of Reorganization Before The Filing Of A Disclosure Statement And Establishing A Deadline For Filing Disclosure Statement [Docket No. 1385; Filed 10/19/09].

    Status: This matter is going forward.

14. Motion Of The Debtors For Entry Of An Order Pursuant To 11 U.S.C. § 365 And Fed. R. Bankr. P. 6006 Authorizing The Rejection Of Second Amended And Restated Foundry Agreement With Spansion Japan Limited [Docket No. 1293; Filed: 10/9/09].

    Related Documents: None.

    Objection Deadline: October 20, 2009 at 4:00 p.m. (Extended to October 22, 2009 for Spansion Japan Limited).

    Objections Received:

    a. Objection Of GE Financial Services Corporation (F/K/A GE Capital Leasing Corporation) To The Motion Of The Debtors For Entry Of An Order Pursuant To 11 U.S.C. § 365 And Fed. R. Bankr. P. 6006 Authorizing The Rejection Of Second Amended And Restated Foundry Agreement With Spansion Japan Limited [Docket No. 1391; Filed: 10/20/09].

    b. Objection Of Spansion Japan Limited To Debtors' Motion For Authority To Reject The Second Amended And Restated Foundry Agreement With Spansion Japan Limited [Docket No. 1420; Filed: 10/22/09].

    Status: This matter is going forward.

15. Motion Of The Debtors For An Order Pursuant To 11 U.S.C. § 365 Authorizing The Rejection Of Executory Contract With ARM Limited And Ariba, Inc. [Docket No. 1298; Filed: 10/9/09].

    Related Documents:

    a. Motion Of ARM Limited For An Order Pursuant To 11 U.S.C. Sections 105(a) And 107(b), Bankruptcy Rule 9018 And Del. Bankr. L.R. 9018-1 Authorizing ARM Limited To File Under Seal Its Exhibits To Its Limited Objection To Debtors' Motion For An Order Pursuant To 11 U.S.C. Section 365 To Reject The Executory Contract With ARM Limited [Docket No. 1417; Filed 10/22/09].

    Objection Deadline: October 20, 2009 at 4:00 p.m. (Extended to October 22, 2009 at 12:00 p.m. for ARM Limited).

    Objections Received:

    b. Limited Objection Of ARM Limited To Debtors Motion For An Order Pursuant To 11 U.S.C. § 365 Authorizing The Rejection Of Executory Contract With ARM Limited [Docket No. 1416; Filed: 10/22/09].

    Status: This matter is going forward.

16. Motion Of ARM Limited For An Order Pursuant To 11 U.S.C. Sections 105(a) And 107(b), Bankruptcy Rule 9018 And Del. Bankr. L.R. 9018-1 Authorizing ARM Limited To File Under Seal Its Exhibits To Its Limited Objection To Debtors' Motion For An Order Pursuant To 11 U.S.C. Section 365 To Reject The Executory Contract With ARM Limited [Docket No. 1417; Filed 10/22/09].

    Related Documents:

    a. Limited Objection of ARM Limited To Debtors Motion For An Order Pursuant To 11 U.S.C. § 365 Authorizing The Rejection Of Executory Contract With ARM Limited [Docket No. 1416; Filed: 10/22/09].

    Objection Deadline: October 20, 2009 at 4:00 p.m. (Extended to October 22, 2009 at 12:00 p.m. for ARM Limited).

    Objections Received: None.

    Status: This matter is going forward.

**QUARTERLY FEE HEARING FOR RETAINED PROFESSIONALS**

17. First Quarterly Fee Applications Of Professionals And Members Of The Official Committee Of Unsecured Creditors. See Exhibit "A" Attached Hereto.

    <u>Status</u>: Fee Application binders were submitted to the Court on October 19, 2009. Twelve of the thirteen matters contained in the binders are going forward.

18. First Quarterly Fee Application For Compensation And Reimbursement Of Expenses Of Morgan Stanley & Co. Incorporated, As Financial Advisor And Investment Banker For The Debtors And Debtors-In-Possession, For The Period From March 1, 2009 Through May 31, 2009 [Docket No. 798; Filed 07/15/09].

    <u>Status</u>: This matter has been continued to the Omnibus hearing scheduled for November 24, 2009.

Dated: October 23, 2009  
    Wilmington, Delaware

Respectfully submitted,

*/s/ Michael R. Lastowski*  
Michael R. Lastowski, Esquire (No. 3892)  
Richard W. Riley, Esquire (No. 4052)  
Sommer L. Ross, Esquire (No. 4598)  
DUANE MORRIS, LLP  
1100 North Market Street, Suite 1200  
Wilmington, Delaware 19801  
Telephone: (302) 657-4900  
Facsimile: (302) 657-4901  
E-mail: mlastowski@duanemorris.com  
         rwriley@duanemorris.com  
         slross@duanemorris.com

and

Michael S. Lurey, Esquire (Admitted *Pro Hac Vice*)  
Gregory O. Lunt, Esquire (Admitted *Pro Hac Vice*)  
Kimberly A. Posin, Esquire (Admitted *Pro Hac Vice*)  
LATHAM & WATKINS LLP  
355 South Grand Avenue  
Los Angeles, California 90071-1560  
Telephone: (213) 485-1234  
Facsimile: (213) 891-8763  
E-mail: Michael.Lurey@lw.com  
        Gregory.Lunt@lw.com  
        Kim.Posin@lw.com

*Attorneys For The Debtors And Debtors-In-Possession*

# **EXHIBIT A**

DM3\1190460.1

**In re Spansion Inc.**
**Case No. 09-10690**

**FIRST QUARTERLY FEE HEARING**
**(MARCH 2009 THROUGH MAY 2009)**

**OCTOBER 27, 2009 AT 10:00 A.M.**

1. First Monthly Application Of **Members Of The Creditors Committee** For Reimbursement Of Expenses For The Period From March 12, 2009 Through April 30, 2009 [Docket No. 715; Filed 6/26/09].

   Related Documents:

   A. Certificate Of No Objection Regarding Docket No. 715 [Docket No. 916; Filed 7/30/09].

   B. Fee Auditor's Final Report Regarding Expense Application Of Members Of The Official Committee Of Unsecured Creditors For The First Interim Period [Docket No. 1013; Filed 8/24/09].

   Status: This matter is going forward.

2. First Quarterly Fee Application Of **Sitrick And Company Inc.** For Compensation For Services Rendered And Reimbursement Of Expenses As Corporate Communications Consultants For The Debtors For The Period From March 2, 2009 Through May 31, 2009 [Docket No. 793; Filed 07/15/2009].

   Related Documents:

   A. First Monthly Application Of Sitrick And Company Inc. For Compensation For Services Rendered And Reimbursement Of Expenses As Corporate Communications Consultants For The Debtors For The Period From March 2, 2009 Through March 31, 2009 [Docket No. 398; Filed 5/8/09].

   B. Amended Notice Of First Monthly Application Of Sitrick And Company Inc. For Compensation For Services Rendered And Reimbursement Of Expenses As Corporate Communications Consultants To Debtors And Debtors-In-Possession For The Period From March 1, 2009 Through March 31, 2009 [Docket No. 407; Filed 5/11/09].

   C. *Ad Hoc* Consortium Of Floating Rate Noteholders' Omnibus Response And Reservation Of Rights With Respect To The First Monthly Fee Applications Of Estate Professionals For Allowance Of Compensation And Reimbursement Of Expenses [Docket No. 549; Filed 5/27/09].

   D. Certification Of No Objection Regarding Docket No. 398 [Docket No. 567; Filed 5/29/09].

E. Second Monthly Application Of Sitrick And Company Inc. For Compensation For Services Rendered And Reimbursement Of Expenses As Corporate Communications Consultants For The Debtors For The Period From April 1, 2009 Through April 30, 2009 [Docket No. 535; Filed 5/22/09].

F. Certification Of No Objection Regarding Docket No. 535 [Docket No. 612; Filed 6/11/09].

G. Third Monthly Application Of Sitrick And Company Inc. For Compensation For Services Rendered And Reimbursement Of Expenses As Corporate Communications Consultants For The Debtors For The Period From May 1, 2009 Through May 31, 2009 [Docket No. 708; Filed 6/25/09].

H. Certification Of No Objection Regarding Docket No. 708 [Docket No. 787; Filed 7/14/09].

I. Fee Auditor's Final Report Regarding Interim Fee Application Of Sitrick & Co., Inc., For The First Interim Period [Docket No. 1153; Filed 7/14/09].

Status: This matter is going forward.

3. First Quarterly Fee Application Of **Baker & McKenzie LLP** For Compensation For Services Rendered And Reimbursement Of Expenses As Special Counsel And Attorneys To The Debtors And Debtors In Possession For The Period From March 1, 2009 Through May 31, 2009 [Docket No. 794; Filed 07/15/09].

Related Documents:

A. First Monthly Application Of Baker & McKenzie LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Special Counsel And Attorneys To The Debtors And Debtors In Possession For The Period From March 1, 2009 Through March 31, 2009 [Docket No. 395; Filed 5/8/09].

B. *Ad Hoc* Consortium Of Floating Rate Noteholders' Omnibus Response And Reservation Of Rights With Respect To The First Monthly Fee Applications Of Estate Professionals For Allowance Of Compensation And Reimbursement Of Expenses [Docket No. 549; Filed 5/27/09].

C. Certification Of No Objection Regarding Docket No. 395 [Docket No. 566; Filed 5/29/09].

D. Second Monthly Application Of Baker & McKenzie LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Special Counsel And Attorneys To The Debtors And Debtors In Possession For The Period From April 1, 2009 Through April 30, 2009 [Docket No. 525; Filed 5/22/09].

E. Certification Of No Objection Regarding Docket No. 525 [Docket No. 610; Filed 6/11/09].

F. Third Monthly Application Of Baker & McKenzie LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Special Counsel And Attorneys To The Debtors And Debtors In Possession For The Period From May 1, 2009 Through May 31, 2009 [Docket No. 710; Filed 6/25/09].

G. Certification Of No Objection Regarding Docket No. 710 [Docket No. 789; Filed 7/14/09].

H. Fee Auditor's Final Report Regarding Interim Fee Application Of Baker & McKenzie LLP For The First Interim Period [Docket No. 1304; Filed 10/12/09].

Status: This matter is going forward.

4. First Quarterly Fee Application Of **The Gordian Group, LLC** For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisors For The Debtors And Debtors-In-Possession For The Period From March 1, 2009 Through May 31, 2009 [Docket No. 795; Filed 07/15/2009].

Related Documents:

A. First Monthly Application Of The Gordian Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisors For The Debtors And Debtors-In-Possession For The Period From March 1, 2009 Through March 31, 2009 [Docket No. 394; Filed 5/8/09].

B. *Ad Hoc* Consortium Of Floating Rate Noteholders' Omnibus Response And Reservation Of Rights With Respect To The First Monthly Fee Applications Of Estate Professionals For Allowance Of Compensation And Reimbursement Of Expenses [Docket No. 549; Filed 5/27/09].

C. Certification Of No Objection Regarding Docket No. 394 [Docket No. 569; Filed 5/29/09].

D. Second Monthly Application Of The Gordian Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisors For The Debtors And Debtors-In-Possession For The Period From April 1, 2009 Through April 30, 2009 [Docket No. 520; Filed 5/22/09].

E. Certification Of No Objection Regarding Docket No. 520 [Docket No. 638; Filed 6/16/09].

F. Third Monthly Application Of The Gordian Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisors For The Debtors And Debtors-In-Possession For The Period From May 1, 2009 Through May 31, 2009 [Docket No. 707; Filed 6/25/09].

G. Certificate of No Objection Regarding Docket No. 707 [Docket No. 909; Filed 7/29/09].

H. Fee Auditor's Final Report Regarding Interim Fee Application Of Gordian Group, LLC, For The First Interim Period [Docket No. 1194; Filed 9/21/09].

Status: This matter is going forward.

5. First Quarterly Fee Application Of **Ernst & Young LLP** For Compensation For Services Rendered And Reimbursement Of Expenses As Independent Auditors For The Debtors And Debtors In Possession For The Period From March 1, 2009 Through May 31, 2009 [Docket No. 796; Filed 07/15/09].

Related Documents:

A. First And Second Monthly Application Ernst & Young LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Independent Auditors For The Debtors And Debtors In Possession For The Period From March 1, 2009 Through April 30, 2009 [Docket No. 552; Filed 5/8/09].

B. Certification Of No Objection Regarding Docket No. 552 [Docket No. 639; Filed 6/16/09].

C. Third Monthly Application Of Ernst & Young LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Independent Auditors For The Debtors And Debtors In Possession For The Period From May 1, 2009 Through May 31, 2009 [Docket No. 712; Filed 6/25/09].

D. Certification Of No Objection Regarding Docket No. 712 [Docket No. 791; Filed 7/14/09].

E. Fee Auditor's Final Report Regarding Interim Fee Application Of Ernst & Young LLP For The First Interim Period [Docket No. 1162; Filed 9/15/09].

Status: This matter is going forward.

6. First Quarterly Fee Application Of **KPMG LLP** For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisors For The Debtors And Debtors-In-Possession For The Period From March 1, 2009 Through May 31, 2009 [Docket No. 797; Filed 07/15/09].

Related Documents:

A. First Monthly Application Of KPMG LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisors For The Debtors And Debtors-In-Possession For The Period From March 1, 2009 Through March 31, 2009 [Docket No. 393; Filed 5/8/09].

B. *Ad Hoc* Consortium Of Floating Rate Noteholders' Omnibus Response And Reservation Of Rights With Respect To The First Monthly Fee Applications Of Estate Professionals For Allowance Of Compensation And Reimbursement Of Expenses [Docket No. 549; Filed 5/27/09].

C. Certification Of No Objection Regarding Docket No. 393 [Docket No. 565; Filed 5/29/09].

D. Second Monthly Application Of KPMG LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisors For The Debtors And Debtors-In-Possession For The Period From April 1, 2009 Through April 30, 2009 [Docket No. 527; Filed 5/22/09].

E. Certification Of No Objection Regarding Docket No. 527 [Docket No. 611; Filed 6/11/09].

F. Third Monthly Application Of KPMG LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisors For The Debtors And Debtors-In-Possession For The Period From May 1, 2009 Through May 31, 2009 [Docket No. 713; Filed 6/25/09].

G. Certification Of No Objection Regarding Docket No. 713 [Docket No. 816; Filed 7/16/09].

H. Fee Auditor's Final Report Regarding Interim Application Of KPMG LLP For The First Interim Period [Docket No. 1211; Filed 9/23/2009].

Status: This matter is going forward.

7. First Quarterly Fee Application For Compensation And Reimbursement Of Expenses Of **Morgan Stanley & Co. Incorporated**, As Financial Advisor And Investment Banker For The Debtors And Debtors-In-Possession, For The Period From March 1, 2009 Through May 31, 2009 [Docket No. 798; Filed 07/15/09].

Related Documents:

A. First Monthly Application For Compensation And Reimbursement Of Expenses Of Morgan Stanley & Co. Incorporated, As Financial Advisor And Investment Banker For The Debtors And Debtors-In-Possession, For The Period From March 1, 2009 Through And Including March 31, 2009 [Docket No. 391; Filed 5/8/09].

B. Certification Of No Objection Regarding Docket No. 391 [Docket No. 640; Filed 6/16/09].

C. Second Monthly Application For Compensation And Reimbursement Of Expenses Of Morgan Stanley & Co. Incorporated, As Financial Advisor And Investment Banker For The Debtors And Debtors-In-Possession, For The Period From April 1, 2009 Through April 30, 2009 [Docket No. 519; Filed 5/22/09].

D. Certification Of No Objection Regarding Docket No. 519 [Docket No. 706; Filed 6/25/09].

E. Third Monthly Application For Compensation And Reimbursement Of Expenses Of Morgan Stanley & Co. Incorporated, As Financial Advisor And Investment

Banker For The Debtors And Debtors-In-Possession, For The Period From May 1, 2009 Through May 31, 2009 [Docket No. 711; Filed 6/25/09].

  F. Certification Of No Objection Regarding Docket No. 711 [Docket No. 790; Filed 7/14/09].

  G. Fee Auditor's Final Report Regarding First Interim Application of Morgan Stanley & Co. Incorporated For The First Interim Period [Docket No. 1328; Filed 10/14/09].

<u>Status</u>: This matter has been continued to the Omnibus hearing scheduled for November 24, 2009.

8. First Quarterly Application Of **Latham & Watkins LLP** For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Debtors And Debtors-In-Possession For The Period From March 1, 2009 Through May 31, 2009 [Docket No. 799; Filed 07/15/09].

<u>Related Documents</u>:

  A. First Monthly Application Of Latham & Watkins LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Debtors And Debtors-In-Possession For The Period From March 2 Through March 31, 2009 [Docket No. 396; Filed 5/8/09].

  B. Amended First Monthly Application Of Latham & Watkins LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Debtors And Debtors-In-Possession For The Period From March 2, 2009 Through March 31, 2009 [Docket No. 479; Filed 5/15/09].

  C. *Ad Hoc* Consortium Of Floating Rate Noteholders' Omnibus Response And Reservation Of Rights With Respect To The First Monthly Fee Applications Of Estate Professionals For Allowance Of Compensation And Reimbursement Of Expenses [Docket No. 549; Filed 5/27/09].

  D. Certification Of No Objection Regarding Docket No. 396 and 479 [Docket No. 607; Filed 6/9/09].

  E. Second Monthly Application Of Latham & Watkins LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Debtors And Debtors-In-Possession For The Period From April 1, 2009 Through April 30, 2009 [Docket No. 536; Filed 5/22/09].

  F. Certification Of No Objection Regarding Docket No. 536 [Docket No. 613; Filed 6/11/09].

  G. Third Monthly Application Of Latham & Watkins LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Debtors

    And Debtors-In-Possession For The Period From May 1, 2009 Through May 31, 2009 [Docket No. 709; Filed 6/25/09].

  H. Certification Of No Objection Regarding Docket No. 709 [Docket No. 788; Filed 7/14/09].

  I. Fee Auditor's Final Report Regarding Interim Application Of Latham & Watkins LLP For The First Interim Period [Docket No. 1241; Filed 9/29/09].

 Status: This matter is going forward.

9. First Quarterly Fee Application Of **Duane Morris LLP** For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Debtors For The Period From March 1, 2009 Through May 31, 2009 [Docket No. 800; Filed 07/15/09].

 Related Documents:

  A. First Monthly Fee Application Of Duane Morris LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Debtors For The Period From March 1, 2009 Through April 30, 2009 [Docket No. 404; Filed 5/8/09].

  B. *Ad Hoc* Consortium Of Floating Rate Noteholders' Omnibus Response And Reservation Of Rights With Respect To The First Monthly Fee Applications Of Estate Professionals For Allowance Of Compensation And Reimbursement Of Expenses [Docket No. 549; Filed 5/27/09].

  C. Certification Of No Objection Regarding Docket No. 404 [Docket No. 568; Filed 5/29/09].

  D. Second Monthly Fee Application Of Duane Morris LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Debtors For The Period From May 1, 2009 Through May 31, 2009 [Docket No. 642; Filed 6/16/09].

  E. Certification Of No Objection Regarding Docket No. 642 [Docket No. 737; Filed 7/1/09].

  F. Fee Auditor's Final Report Regarding First Interim Application of Duane Morris, LLP For The First Interim Period [Docket No. 1198; Filed 9/21/2009].

 Status: This matter is going forward.

10. First Quarterly Fee Request Of **Young Conaway Stargatt & Taylor, LLP** [Docket No. 802; Filed: 7/15/09].

   Related Documents:

   A. First Monthly Application Of Young Conaway Stargatt & Taylor, LLP, As Co-Counsel To The Official Committee Of Unsecured Creditors Of Spansion, Inc. For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered For The Period From March 4, 2009 Through March 31, 2009 [Docket No. 418; Filed 5/12/09].

   B. *Ad Hoc* Consortium Of Floating Rate Noteholders' Omnibus Response And Reservation Of Rights With Respect To The First Monthly Fee Applications Of Estate Professionals For Allowance Of Compensation And Reimbursement Of Expenses [Docket No. 549; Filed 5/27/09].

   C. Certification Of No Objection Regarding Docket No. 418 [Docket No. 628; Filed 6/12/09].

   D. Second Monthly Application Of Young Conaway Stargatt & Taylor, LLP, As Co-Counsel To The Official Committee Of Unsecured Creditors Of Spansion, Inc. For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered For The Period From April 1, 2009 Through May 31, 2009 [Docket No. 678; Filed 6/22/09].

   E. Certification Of No Objection Regarding Docket No. 678 [Docket No. 768; Filed 7/10/09].

   F. Fee Auditor's Combined Final Report Regarding Those Fee Applications With No Fee Or Expense Issues For The First Interim Period [Docket No. 1305; Filed 10/12/09].

   Status: This matter is going forward.

11. First Quarterly Fee Request of **FTI Consulting, Inc.** [Docket No. 806; Filed 7/15/09].

   Related Documents:

   A. First Monthly Fee Application Of FTI Consulting, Inc., Financial Advisor To The Official Committee Of Unsecured Creditors Of Spansion Inc. For Compensation And Reimbursement Of Expenses Incurred For The Period March 12, 2009 Through April 30, 2009 [Docket No. 539; Filed 5/26/09].

   B. Certificate Of No Objection Regarding Docket No. 539 [Docket No. 629; Filed 6/12/09].

   C. Second Monthly Fee Application Of FTI Consulting, Inc., Financial Advisor To The Official Committee Of Unsecured Creditors Of Spansion Inc. For

Compensation And Reimbursement Of Expenses Incurred For The Period May 1, 2009 Through May 31, 2009 [Docket No. 716; Filed 6/26/09].

D. Certificate of No Objection Regarding Docket No. 716 [Docket No. 805; Filed 7/15/09].

E. Fee Auditor's Final Report Regarding Interim Fee Application Of FTI Consulting, Inc., For The First Interim Period [Docket No. 1038; Filed 8/27/09].

Status: This matter is going forward.

12. First Quarterly Fee Application Of **Wilson Sonsini Goodrich & Rosati, P.C.** For Compensation For Services Rendered And Reimbursement Of Expenses As Special Counsel To The Debtors For The Period From March 1, 2009 Through May 31, 2009 [Docket No. 894; Filed 07/24/09].

Related Documents:

A. First, Second And Third Monthly Application Of Wilson Sonsini Goodrich & Rosati, P.C. For Compensation For Services Rendered And Reimbursement Of Expenses As Special Counsel To The Debtors For The Period From March 1, 2009 Through May 31, 2009 [Docket No. 893; Filed 7/24/09].

B. Certification Of No Objection Regarding Docket No. 893 [Docket No. 969; Filed 8/13/09].

C. Fee Auditor's Combined Final Report Regarding Those Fee Applications With No Fee Or Expense Issues For The First Interim Period [Docket No. 1305; Filed 10/12/09].

Status: This matter is going forward.

13. Monthly Application Of **King & Spalding LLP** As An Ordinary Course Professional Of The Debtors For Approval Of Compensation For Services Rendered For The Period From March 1, 2000 Through March 31, 2009 [Docket No. 1042; Filed 8/27/09].

Related Documents:

A. Motion Of The Debtors For Entry Of An Order Authorizing The Debtors To Employ And Compensate Certain Professionals In The Ordinary Course Of Business [Docket No. 13; Filed 3/1/09].

B. Order Authorizing The Debtors To Employ And Compensate Certain Professionals In The Ordinary Course Of Business [Docket No. 140; Filed 3/23/09].

C. Certificate Of No Objection Regarding Docket No. 1042 [Docket No. 1170; Filed 9/16/09].

D. Fee Auditor's Combined Final Report Regarding Those Fee Applications With No Fee Or Expense Issues For The First Interim Period [Docket No. 1305; Filed 10/12/09].

Status: This matter is going forward.