# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPANSION INC., *et al.*,[1] | Case No. 09-10690 |
| Debtors. | Jointly Administered |
| | Related to D.I. 1244 |

## ORDER GRANTING MOTION OF THE DEBTORS FOR AN ORDER PURSUANT TO 11 U.S.C. § 365 AUTHORIZING THE REJECTION OF EXECUTORY CONTRACT WITH AMERICAN GAS MANAGEMENT, INC.

Upon consideration of the motion (the "**Motion**")[2] of the debtors and debtors-in-possession in the above-captioned cases (collectively, the "**Debtors**") for entry of an order, pursuant to section 365 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et. seq.* (the "**Bankruptcy Code**"), authorizing the rejection of that certain Natural Gas Sales Agreement (the "**Natural Gas Contract**") by and between Spansion LLC ("**Spansion**") and American Gas Management, Inc. ("**AGM**") *nunc pro tunc* to September 29, 2009; and upon consideration of the Declaration of Raun Trejo filed in support of the Motion; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore; it is hereby:

1.     **ORDERED**, that the Motion is GRANTED; and it is further

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Spansion Inc., a Delaware corporation (8239); Spansion Technology LLC, a Delaware limited liability company (3982); Spansion LLC, a Delaware limited liability company (0482); Cerium Laboratories LLC, a Delaware limited liability company (0482), and Spansion International, Inc., a Delaware corporation (7542). The mailing address for each Debtor is 915 DeGuigne Dr., Sunnyvale, CA 94085.

[2]     All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

DM3\1190383.1

2. **ORDERED,** that the Natural Gas Contract is hereby rejected as of September 29, 2009; and it is further

3. **ORDERED,** that the filing and service of the Motion and this Order upon AGM shall constitute adequate written notice of termination thereof; and it is further

4. **ORDERED,** that AGM must file claims (if any) for damages arising as a result of the rejection of the Natural Gas Contract on or before the first business day that is at least sixty (60) calendar days after the mailing to AGM of notice of the entry of this Order; and it is further

5. **ORDERED,** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: October 23, 2009
Wilmington, Delaware

Kevin J. Carey
Chief United States Bankruptcy Judge

DM3\1190383.1