# United States Bankruptcy Court
## District of Delaware

In re SPANSION INC. et al           Case No. 09-10690

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Contrarian Funds, LLC** | **Seilevel, Inc.** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **Contrarian Funds, LLC**<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attn: Alisa Mumola<br>Phone 203-862-8211 | **Seilevel, Inc.**<br>c/o Moster & Wynne, PC<br>620 Congress Ave, Ste. 320<br>Austin, TX 78701 |

**Claim No. 715 for $114,967.24**
**Claim No. 1139 for $177,908.76**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____November 30, 2009_____
       Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

**SEILEVEL, INC.**, a ___Texas___ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated November 1̄3̄, 2009, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Delaware, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 1̄3̄ day of ___Nov___ 2009.

**(Assignor)**
SEILEVEL, INC.

By: _____
Name: ___Joy Beatty___
Title: ___VP of Blue Ocean Services___

**(Assignee)**
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: ___MICHAEL J. RESTIVO___
Title: ___CFO/MEMBER___

**(Assignor)**
**WITNESS:**

By: _____
Name: ___Melissa King___
Title: ___Office Manager___

-7-

## Schedule A
## SEILEVEL, INC.

| Debtor | Case Number | Scheduled Amount | Schedule No. | Proof of Claim Amt | Claim No. |
|---|---|---|---|---|---|
| Spansion LLC | 09-10692 | 109,424.44 | 692121490 | 114,967.24 | 715 |
| Spansion LLC | 09-10692 | | | 177,908.76 | 1139 |

Initials:
Seller *[signature]*
Buyer *[signature]*