# EXHIBIT C

# PROJECTIONS[23]

The Debtors have prepared projected operating and financial results on a consolidated basis for the period from January 1, 2010 to December 31, 2012 (the "Base Case Projections"). The Base Case Projections are consistent with information filed in the July 22 8K.  The Debtors have also prepared a pro-forma balance sheet based upon an assumed effective date of December 31, 2009.

The financial projection information discussed herein includes certain statements that may be deemed to be "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995.  *See* Disclaimer on pp. 7 through 9 of the Disclosure Statement and Section VI.A. and Article VII of the Disclosure Statement.

The Base Case Projections were not prepared to comply with the guidelines for prospective financial statements published by the American Institute of Certified Public Accountants and the Rules and Regulations of the Securities and Exchange Commission.  The Debtors' independent accountants have neither examined nor compiled the Base Case Projections and accordingly do not express an opinion or any other form of assurance with respect to the Base Case Projections, assume no responsibility for the Base Case Projections and disclaim any association with the Base Case Projections.

The Debtors believe that the Base Case Projections are based upon estimates and assumptions that are reasonable.  The estimates and assumptions may not be realized, however, and are inherently subject to significant business, economic and competitive uncertainties and contingencies, many of which are beyond the Debtors' control.  No representations can be or are made as to whether the actual results will be within the range set forth in the Base Case Projections.  Therefore, although the Base Case Projections are necessarily presented with numerical specificity, the actual results of operations achieved during the projection period will likely vary from projected results.  These variations may be material.  Some assumptions inevitably will not materialize, and events and circumstances occurring subsequent to the date on which the Base Case Projections were prepared may be different from those assumed, or may be unanticipated, and therefore may affect financial results in a material and possibly adverse manner.  Accordingly, no representation can be or is being made with respect to the accuracy of the Base Case Projections or the ability of the Reorganized Debtors to achieve the Base Case Projections, and the Base Case Projections, therefore, may not be relied upon as a guarantee or other assurance of the actual results that will occur.  In deciding whether to vote to accept or reject the Plan, Holders of Claims and Equity Interests must make their own determinations as to the reasonableness of such assumptions and the reliability of the Base Case Projections.  *See* Article VIII ("Certain Risk Factors to Consider") of the Disclosure Statement.

---

[23]   Capitalized terms used in this exhibit without definition shall have the meanings given to them in the Plan or the Disclosure Statement, as applicable.

The Base Case Projections should be read in conjunction with the assumptions, qualifications, and explanations set forth in the historical consolidated financial statements, including the notes and schedules thereto, incorporated herein by reference to Spansion Inc.'s Annual Report on Form 10-K for the year ended December 31, 2008, as well as the July 22 8K and the Current Report on Form 8-K filed by the Debtors on October 2, 2009 (the "October 2 8K").

The Base Case Projections have been prepared on the assumption that the Effective Date of the Plan will be January 31, 2010; to that end, the charts contained in this Exhibit C reflect that portion of the Base Case Projections beginning on February 1, 2010.

Principal Assumptions for the Base Case Projections

## I.    General

A.    *Methodology.*  The Base Case Projections are based upon the Debtors' detailed operating budget for the period from January 1, 2010 to December 31, 2012 in conjunction with current relevant industry outlooks.

B.    *Plan Consummation.*  The operating assumptions assume the Plan will be confirmed and consummated by December 31, 2009.

C.    *Macroeconomic and Industry Environment.*  The Base Case Projections reflect numerous assumptions, all made by Management, with respect to industry performance, general business, economic, market and financial conditions and other matters, all of which are difficult to predict and many of which are beyond the Debtors' control.  In preparing the Base Case Projections, the Debtors considered the outlook for the NOR flash market, including detailed analysis with respect to product density, customer geography, technology, pricing and competitive outlook, among other factors.  While demand for NOR flash products and NOR flash pricing has seemingly stabilized in the intervening period since the preparation of the Base Case Projections, industry research indicates that the NOR flash market is anticipated to see negative revenue growth for the period underlying the Base Case Projections, or 2010 through 2012.  Current industry conditions and outlook for the NOR market are consistent with the assumptions utilized in the preparation of the Base Case Projections and reinforce Management's continued support of the Base Case Projections.

## II.    Projected Statements of Operations

A.    *Net Sales.*  Consolidated revenues, estimated to be $1,208 million in fiscal 2010 (or $1,120 million for the eleven months ended December 31, 2010), are projected to increase by approximately 4.1% and 4.0% in fiscal 2011 and 2012, respectively, reaching $1,307 million in fiscal 2012.

B.    *Gross Margin.*  Gross margin is projected to be 33.0%, 32.9% and 32.7% in fiscal 2010, 2011 and 2012, respectively, and 32.9% for the eleven months ended December 31, 2010.

C.    *Sales, General and Administrative Expenses ("SG&A").*  SG&A includes marketing expenses.  SG&A expenses as a percentage of revenues is projected to decline from 10.4% for fiscal 2010 and the eleven months ended December 31, 2010, to 9.7% and 9.1% for fiscal years 2011 and 2012, respectively.

D.    *Research and Development Expenses ("R&D").*  R&D expenses as a percentage of revenues is projected to remain relatively stable at 8.9% for fiscal 2010 and the eleven months ended December 31, 2010, 9.0% for fiscal 2011 and 8.9% for fiscal 2012.

E.    *Interest Expense.*  Interest expense assumptions are based upon the terms found in the New Senior Notes and New Convertible Notes.  For purposes of the Base Case Projections, no incremental fees or interest are assumed to be incurred in respect of undrawn Exit Financing Facility commitments.

F.    *Income Tax Provision.*  The Reorganized Debtors expect to offset a portion of future taxable income with operating loss carryforwards that the Debtors will hold as they emerge from Chapter 11.  However, for purposes of the Base Case Projections, it is assumed that the Reorganized Debtors do not offset any future taxable income with operating loss carryforwards for the projection period.

G.    *Income from Gain on Compromise of Indebtedness.*  For purposes of the Base Case Projections, no income from gain on the exchange of Allowed Class 5A Claims, Allowed Class 5B Claims and Allowed Class 5C Claims into equity is included.  It is anticipated that any such gain on the exchange of debt will be offset by NOLs and capitalized reorganization expenses.

### III.    Projected Statements of Cash Flow

*Capital Expenditures.*  Capital expenditures are expected to be $50 million, $75 million and $100 million for fiscal years 2010, 2011 and 2012, respectively, and $47 million for the eleven months ended December 31, 2010.

### IV.    Projected Balance Sheet Statement

The estimated post-consummation balance sheet ("Reorganized Balance Sheet") is based on an estimated pre-consummation balance sheet ("Pre-Consummation Balance Sheet"), as modified by "Reorganization" adjustments.  The Pre-Consummation Balance Sheet provides estimates of assets and liabilities just prior to consummation.  Estimated Post-Consummation Cash assumes a $158.3 million cash payment to the FRNs and $80 million of assumed administrative and priority expenses for illustrative purposes only.  The cash balance does not take into account remaining proceeds from the sale of Spansion's Suzhou facility to Powertech, which are anticipated to be collected in early 2010, of approximately $15.4 million.  Estimated Post-Consummation Stockholders' Equity value is based on the midpoint of the valuation range contained herein.  *See* Section VI.C.2 of the Disclosure Statement.

The foregoing assumptions and resulting computations were made solely for purposes of preparing the Base Case Projections.  The Reorganized Debtors' will be required to determine their reorganization value as of the Effective Date.  Reorganization value may change depending

C-3

upon the amount of cash retained and debt carried upon emergence. The actual reorganization and any adjustments will depend upon the balance sheet as of the actual confirmation date. In all events, the determination of reorganization value and the fair value of the Reorganized Debtors' assets and the determination of their actual liabilities, will be made as of the Effective Date, and the changes between the amounts of any or all of the foregoing items as assumed in the Base Case Projections and the actual amounts thereof as of the Effective Date may be material.

**Income Statement**

**Dollars in Millions**

| | 2010 | 2011 | 2012 |
|---|---|---|---|
| | 11 Mos Ended | FYE E | FYE E |
| | Dec | Dec | Dec |
| **Revenues** | $ 1,119.8 | $ 1,257.3 | $ 1,307.3 |
| **Cost of Goods Sold (COGS)** | 751.3 | 843.2 | 880.1 |
| **Gross Profit** | $ 368.5 | $ 414.1 | $ 427.2 |
| *Gross Margin* | 32.9% | 32.9% | 32.7% |
| Research and Development (R&D) Expense | 99.2 | 113.6 | 116.5 |
| Sales, General and Administrative (SG&A) Expense | 116.4 | 122.3 | 119.0 |
| **Total Operating Expenses** | 215.7 | 235.9 | 235.5 |
| **EBIT (Operating Income)** | $ 152.8 | $ 178.2 | $ 191.7 |
| *EBIT Margin* | 13.6% | 14.2% | 14.7% |
| Add back: Depreciation | 114.9 | 114.1 | 106.2 |
| Add back: Amortization of Intangibles | 0.0 | 0.0 | 0.0 |
| **EBITDA** | $ 267.7 | $ 292.3 | $ 298.0 |
| *EBITDA Margin* | 23.9% | 23.3% | 22.8% |
| **Other Expenses (Income):** | | | |
| Interest Income | (3.3) | (9.1) | (11.2) |
| Cash Interest Expense | 34.9 | 36.8 | 36.8 |
| **Pre-Tax Income** | $ 121.3 | $ 150.5 | $ 166.1 |
| Income Taxes | 43.8 | 55.4 | 62.0 |
| **Net Income** | $ 77.5 | $ 95.1 | $ 104.2 |
| *Net Income Margin* | 6.9% | 7.6% | 8.0% |

C-4

**Cash Flow Statement**

| **Dollars in Millions** | **2010** | **2011** | **2012** |
|---|---|---|---|
| | 11 Mos Ended | FYE E | FYE E |
| Net Income | 77.5 | 95.1 | 104.2 |
| Depreciation | 114.9 | 114.1 | 106.2 |
| Amortization of Intangibles | 0.0 | 0.0 | 0.0 |
| Equity Compensation | 11.7 | 12.0 | 12.0 |
| **Funds From Operations** | **$ 204.1** | **$ 221.2** | **$ 222.4** |
| (Inc.) Dec. in Trade A/R | (74.2) | 5.4 | (7.1) |
| (Inc.) Dec. in Intercompany A/R | 40.6 | 0.0 | 0.0 |
| (Inc.) Dec. in Inventory | 47.0 | 2.1 | (7.9) |
| (Inc.) Dec. in Prepaids and Other Current Assets | (3.0) | 0.0 | 0.0 |
| Inc. (Dec.) in A/P | 34.4 | 20.7 | (0.8) |
| Inc. (Dec.) in Intercompany A/P | (28.0) | 0.0 | 0.0 |
| Inc. (Dec.) in Accrued Expenses | 0.0 | 0.0 | 0.0 |
| Inc. (Dec.) in Other Short-Term Liabilities | 0.0 | 0.0 | 0.0 |
| **(Inc.) Dec. in Net Working Cap** | **$ 16.8** | **$ 28.2** | **$(15.8)** |
| Cash Flow From Operations | 220.9 | 249.4 | 206.6 |
| Capital Expenditures | (47.0) | (75.0) | (100.0) |
| **Free Cash Flow** | **$ 173.9** | **$ 174.4** | **$ 106.6** |
| UBS Debt Amortization | (69.0) | 0.0 | 0.0 |
| Change in Other Assets (UBS ARS) | 112.3 | 0.0 | 0.0 |
| **Change in Cash and Equiv.** | **$ 217.2** | **$ 174.4** | **$ 106.6** |
| Beginning Cash and Equivalents | 64.0 | 281.2 | 455.6 |
| **Ending Cash and Equiv.** | **$ 281.2** | **$ 455.6** | **$ 562.2** |

C-5

**Balance Sheet**
**Dollars in Millions**

| | 2010 | Reorganization | Pro Forma 2010 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| | Month End | | Month End | FYE E | FYE E | FYE E |
| | Jan | Adjustments | Jan | Dec | Dec | Dec |
| Cash and Equivalents | $302.3 | -$238.3 | $64.0 | $281.2 | $455.6 | $562.2 |
| Trade Accounts Receivable (A/R) | 109.4 | 0.0 | 109.4 | 183.6 | 178.2 | 185.2 |
| Intercompany A/R | 40.6 | 0.0 | 40.6 | 0.0 | 0.0 | 0.0 |
| Inventory | 176.9 | 0.0 | 176.9 | 129.9 | 127.9 | 135.8 |
| Short-Term Assets - Intercompany | 3.2 | 0.0 | 3.2 | 3.2 | 3.2 | 3.2 |
| Prepaids and Other Current Assets | 153.5 | 0.0 | 153.5 | 44.2 | 44.2 | 44.2 |
| **Total Current Assets** | **$ 786.0** | **$(238.3)** | **$ 547.7** | **$ 642.1** | **$ 809.0** | **$ 930.6** |
| Net Property, Plant & Equipment | $347.8 | $0.0 | $347.8 | $279.8 | $240.7 | $234.5 |
| Goodwill on Account of Reorganization | 0.0 | 162.1 | 162.1 | 162.1 | 162.1 | 162.1 |
| Intangible Assets | 1.5 | 0.0 | 1.5 | 1.5 | 1.5 | 1.5 |
| Deferred Taxes | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other Long-Term Assets | 64.6 | 0.0 | 64.6 | 64.6 | 64.6 | 64.6 |
| Investment in Subsidiaries | 0.0 | 0.0 | 0.0 | - | - | - |
| **Total Assets** | **$ 1,199.8** | **$(76.2)** | **$ 1,123.6** | **$ 1,150.1** | **$ 1,277.9** | **$ 1,393.3** |
| Accounts Payable | $28.6 | $0.0 | $28.6 | $63.0 | $83.6 | $82.9 |
| Pre-petition Trade Accounts Payable (A/P) | 222.4 | (222.4) | 0.0 | 0.0 | 0.0 | 0.0 |
| Intercompany A/P | 28.0 | 0.0 | 28.0 | 0.0 | 0.0 | 0.0 |
| Pre-petition Intercompany A/P | 125.1 | (125.1) | 0.0 | 0.0 | 0.0 | 0.0 |
| Accrued Expenses | 25.4 | 0.0 | 25.4 | 25.4 | 25.4 | 25.4 |
| Other Current Liabilities | 79.0 | 0.0 | 79.0 | 79.0 | 79.0 | 79.0 |
| **Total Current Liabilities** | **$ 508.5** | **$(347.5)** | **$ 161.0** | **$ 167.4** | **$ 188.1** | **$ 187.3** |
| UBS Debt | 69.0 | 0.0 | 69.0 | - | - | - |
| Floating Rate Notes | 633.0 | (633.0) | 0.0 | 0.0 | 0.0 | 0.0 |
| Senior Notes | 251.0 | (251.0) | 0.0 | 0.0 | 0.0 | 0.0 |
| Subordinated Exchangeable Debentures | 208.0 | (208.0) | 0.0 | 0.0 | 0.0 | 0.0 |
| New Senior Notes | 0.0 | 237.5 | 237.5 | 237.5 | 237.5 | 237.5 |
| New Convertible Notes | 0.0 | 237.5 | 237.5 | 237.5 | 237.5 | 237.5 |
| **Total Debt** | **$ 1,161.0** | **$(617.0)** | **$ 544.0** | **$ 475.0** | **$ 475.0** | **$ 475.0** |
| Deferred Taxes | $3.3 | $0.0 | $3.3 | $3.3 | $3.3 | $3.3 |
| Other Long-Term Liabilities | 10.6 | 0.0 | 10.6 | 10.6 | 10.6 | 10.6 |
| Other Liabilities Subject to Compromise | 27.9 | (27.9) | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Liabilities** | **$ 1,711.3** | **$(992.4)** | **$ 718.9** | **$ 656.2** | **$ 676.9** | **$ 676.2** |
| Common Stockholders' Equity | (511.5) | 916.2 | 404.8 | 493.9 | 601.0 | 717.1 |
| **Total Liabilities & Equity** | **$ 1,199.8** | **$(76.2)** | **$ 1,123.6** | **$ 1,150.1** | **$ 1,277.9** | **$ 1,393.3** |

## V.    Contingency Case

In preparing the Base Case, and as part of its day-to-day responsibilities at the Debtors, Management identified a number of risks and opportunities that could impact the Debtors' ability to perform consistently with the Base Case. These risks were noted in the Current Report on Form 8-K that the Debtors filed on July 22, 2009 (the "July 22 8K"). After completing the Base Case, the Debtors undertook further analyses of these risks and opportunities in order to quantify the impact that they could have on the Debtors' performance, develop contingency plans and assess the Debtors' debt servicing capacity. After completing the Base Case, representatives of the Debtors also had meetings and discussions with the Creditors' Committee and the Ad Hoc Consortium regarding the Base Case and these contingencies. Advisors to the Creditors'

Committee and the Ad Hoc Consortium requested more information from Management and also asked the Debtors to quantify the potential downsides and explore and quantify any potential upsides to the Debtors' financial forecast included in the Base Case.

The Debtors have considered the extent to which certain issues, including those set forth below, could result in potential downside risks to the Debtors' ability to perform consistent with the Base Case and have created an alternate scenario (the "Contingency Case"), which is also set forth below.

As background, the Debtors have considerable sales and operating presence in Japan, through Spansion Japan. Spansion Japan is a key element in the distribution channel for the Debtors' sales of products in Japan which currently represents a material portion of the Debtors' revenues. Spansion Japan also manufactures and tests a significant portion of the Debtor's silicon wafers. As previously disclosed, Spansion Japan entered into a proceeding under the Corporate Reorganization Law (Kaisha Kosei Ho) in Japan on February 9, 2009 and is proceeding on its own course of reorganization under the jurisdiction of the Japanese court (the "Spansion Japan Proceeding"). Spansion Japan's creditors have been seeking the Debtors' support for their recoveries from Spansion Japan in the Spansion Japan Proceeding. While it would be costly for the Debtors to support Spansion Japan's reorganization, the Debtors are concerned that lack of such support could generate ill-will in Japan and in particular negatively impact the Debtors' sales in Japan. Moreover, the Debtors are concerned that their supply of silicon wafers from Spansion Japan could be interrupted if the Debtors are unable to re-source wafer production and Spansion Japan has difficulty in emerging or is unable to successfully emerge from the Spansion Japan Proceeding.  As a result of the range of possible outcomes associated with the Spansion Japan Proceeding, Management has developed a wide range for the potential effects of those outcomes on the Base Case Projections' projected 2010 EBITDA, and has established $29 million as its best point estimate, comprehending the possibilities of both lost revenue and increased manufacturing costs.

As a result of the Chapter 11 Cases, the Debtors believe that certain customers have sought second sources for the products they purchase from the Debtors, and some of the Debtors' competitors have increased efforts to displace the Debtors in customer relationships. The Debtors believe that the largest single impact from bankruptcy-related market share loss relates to its gaming business in Japan. Various gaming machines are built using significant quantities of NOR Flash memory chips. Certain competitors have recently gained market share versus the Debtors with customers that design and manufacture gaming machines in Japan. The Debtors believe that this market share loss could result in a $29 million impact on the Base Case Projections' projected 2010 EBITDA (in addition to the estimated potential $29 million EBITDA shortfall associated with the Spansion Japan Proceeding discussed above), although management continues to take remedial actions to mitigate this potential impact. Similar bankruptcy-related effects across a range of the Debtors' other product areas could also negatively affect the Base Case Projections' projected 2010 EBITDA by as much as an additional $15 million. Management is also working to ameliorate these potential effects.

In addition to the above, Management has identified other competitive issues and product delays that could have additional adverse impacts on the Base Case Projections' projected 2010 EBITDA. Consequently, the aggregate potential negative impact to the Base Case Projections'

projected 2010 EBITDA that management identified for the items enumerated above and other potential risks is estimated to be $88 million ($58 million of which is attributable to the Spansion Japan Proceeding and gaming), or $81 million for the eleven months ended December 31, 2010. Management remains committed to achieving the Base Case Projections and has initiatives in place to address each of these potential downside contingencies and is hopeful that these initiatives can significantly mitigate their overall effect.

The Debtors provided information regarding the potential impact of the downside contingencies reflected in the Contingency Case to the Base Case Projections for fiscal year 2010 in the October 2 8K. Management believes that these downside contingencies could continue to negatively affect results of operations in subsequent years but that the degree of impact will decline over time. In connection with such analyses, Gordian Group worked with Management to refine the Debtors' views of potential downsides to the 2010 business plan, as well as to extend such downside analyses to the 2011 and 2012 forecast years. A summary of the Contingency Case, including the potential impact beyond 2010, can be found below.

LA\2045287.3

**Contingency Case Summary**
**Dollars in Millions**

<u>Income Statement Analysis</u>

| | 2010 | 2011 | 2012 |
|---|---|---|---|
| | 11 Mos. Ended | FYE E | FYE E |
| | Dec | Dec | Dec |
| Base Case Revenues | $ 1,119.8 | $ 1,257.3 | $ 1,307.3 |
| <u>Adjustment</u> | <u>(148.1)</u> | <u>(135.4)</u> | <u>(124.8)</u> |
| Contingency Case Revenues | 971.7 | 1,121.9 | 1,182.5 |
| | | | |
| Base Case Gross Profit | $ 368.5 | $ 414.1 | $ 427.2 |
| <u>Adjustment</u> | <u>(82.8)</u> | <u>(75.7)</u> | <u>(69.8)</u> |
| Contingency Case Gross Profit | 285.7 | 338.4 | 357.4 |
| | | | |
| Base Case EBITDA | $ 267.7 | $ 292.3 | $ 298.0 |
| <u>Adjustment</u> | <u>(81.2)</u> | <u>(74.3)</u> | <u>(68.4)</u> |
| Contingency Case EBITDA | 186.5 | 218.1 | 229.5 |
| | | | |
| Base Case EBIT | $ 152.8 | $ 178.2 | $ 191.7 |
| <u>Adjustment</u> | <u>(81.2)</u> | <u>(74.3)</u> | <u>(68.4)</u> |
| Contingency Case EBIT | 71.6 | 103.9 | 123.3 |
| | | | |
| Base Case Pre-Tax Income | $ 121.3 | $ 150.5 | $ 166.1 |
| Adjustment to EBIT | $ (81.2) | $ (74.3) | $ (68.4) |
| <u>Adjustment to Interest Income</u> | <u>(0.1)</u> | <u>(1.0)</u> | <u>(1.0)</u> |
| Contingency Case Pre-Tax Income | 40.0 | 75.2 | 96.7 |
| | | | |
| Base Case Net Income | $ 77.5 | $ 95.1 | $ 104.2 |
| Adjustment to EBIT | (81.2) | (74.3) | (68.4) |
| Adjustment to Interest Income | (0.1) | (1.0) | (1.0) |
| <u>Adjustment to Income Taxes</u> | <u>29.4</u> | <u>27.7</u> | <u>25.9</u> |
| Adjusted Net Income | 25.5 | 47.5 | 60.6 |

C-9

**Dollars in Millions**

Balance Sheet Analysis

| | 2010 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| | Month End | FYE E | FYE E | FYE E |
| | Jan | Dec | Dec | Dec |
| Base Case EOP Trade Receivables | 109.4 | 183.6 | 178.2 | 185.2 |
| Base Case EOP Trade Payables | 28.6 | 63.0 | 83.6 | 82.9 |
| Base Case EOP Inventory | 176.9 | 129.9 | 127.9 | 135.8 |
| | | | | |
| Base Case Change in Trade Receivables | | (74.2) | 5.4 | (7.1) |
| Base Case Change in Trade Payables | | 34.4 | 20.7 | (0.8) |
| Base Case Change in Inventory | | 47.0 | 2.1 | (7.9) |
| | | | | |
| Contingency Case EOP Trade Receivables | 109.4 | 141.2 | 139.4 | 150.7 |
| Contingency Case EOP Trade Payables | 28.6 | 54.6 | 82.9 | 74.6 |
| Contingency Case EOP Inventory | 176.9 | 118.1 | 121.6 | 125.7 |
| | | | | |
| Contingency Case Change in Trade Receivables | | (31.7) | 1.8 | (11.3) |
| Contingency Case Change in Trade Payables | | 26.0 | 28.3 | (8.3) |
| Contingency Case Change in Inventory | | 58.8 | (3.4) | (4.2) |
| | | 53.1 | 26.7 | (23.8) |

Cash Flow Analysis

| | 2010 | 2011 | 2012 |
|---|---|---|---|
| | 11 Mos Ended | FYE E | FYE E |
| | Dec | Dec | Dec |
| Adjustment to EBITDA | (81.2) | (74.3) | (68.4) |
| Adjustment to Interest Income | (0.1) | (1.0) | (1.0) |
| Adjustment to Income Taxes | 29.4 | 27.7 | 25.9 |
| Adjustment to A/R | 42.4 | (3.6) | (4.3) |
| Adjustment to A/P | (8.4) | 7.6 | (7.6) |
| Adjustment to Inventory | 11.8 | (5.5) | 3.7 |
| Total Cash Adjustment | (6.1) | (49.0) | (51.6) |
| | | | |
| Base Case Ending Cash Balance | 281.2 | 455.6 | 562.2 |
| Prior Period Cash Adjustments | - | (6.1) | (55.1) |
| Current Period Cash Adjustment | (6.1) | (49.0) | (51.6) |
| Contingency Case Ending Cash Balance | 275.1 | 400.4 | 455.4 |

C-10

## VI.    Estimation of Out Years for Valuation Purposes

The Debtors have not undertaken to prepare business plans with concomitant financial projections for any time frame beyond 2012. Nevertheless, Management recognizes that on one hand, to be competitive in the long run it will need to continue to offer leading products manufactured using advanced process technologies, and that on the other hand, it is both technically and economically impractical to upgrade its Fab 25 in Austin, Texas significantly beyond its current capabilities. Thus, Management anticipates fulfilling future demand for products produced with advanced technologies with wafers manufactured by third parties. This transition will in time reduce capital expenditure needs, but will also lower profit margins because of the higher costs of purchasing wafers from outside fabrication facilities. Because a significant portion of enterprise value is derived from years beyond 2012, Management provided Gordian Group with assumptions for the "out years" long term profitability scenario (the "Out Years") that reflected the lower gross margins, lower capital expenditures, and higher research and development spending that Management anticipates will occur as the Debtors transition to a more outsourced manufacturing model. This Out Years analysis provides assumptions with respect to the financial results and profitability after giving effect to this transition. The following chart shows the assumptions embodied in the Out Years analysis, as compared to the 2012 Base Case Projections and the Contingency Case.  Operating income for the Out Years analysis reflects operating income once annual depreciation and amortization ("D&A") equals annual capital expenditures:

| Dollars in Millions | 2012 | Out Years | 2012 | Out Years |
|---|---|---|---|---|
| | Base | Base | Contingency | Contingency |
| Revenue | | | | |
| Embedded | 1,122 | 1,122 | 997 | 997 |
| Mobility | 186 | 0 | 186 | 0 |
| Total | 1,307 | 1,122 | 1,183 | 997 |
| Operating Income | 192 | 159 (1) | 123 | 94 (1) |
| EBITDA | 298 | 189 | 230 | 124 |
| Capital Expenditures | 100 | 30 | 100 | 30 |

(1) Out Years operating income based on annual depreciation and amortization expense equal to annual capital expenditures.

A significant portion of the decline in EBITDA between 2012 and the "Out Years" is due to an anticipated sharp decline in revenues in the wireless segment.  In conjunction with the above, "Out Years" capital expenditures are expected to fall from $100 million as projected for 2012 in the Base Case to $30 million in subsequent years.

C-11