IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Spansion, Inc., et al., | Case No. 09-10690 (KJC) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 2065, 2223 |

## ORDER CONTINUING HEARING ON MOTION OF THE SENIOR NOTEHOLDERS INFORMAL GROUP FOR AN ORDER SEEKING A STANDSTILL OF CERTAIN DATES IN THE ORDER (I) APPROVING DISCLOSURE STATEMENT, (II) SCHEDULING CONFIRMATION HEARING, (III) APPROVING SOLICITATION AND OTHER PROCEDURES, INCLUDING FIXING THE VOTING RECORD DATE AND ESTABLISHING DEADLINES FOR VOTING ON THE PLAN AND OBJECTING TO THE PLAN, AND (IV) APPROVING THE SOLICITATION PACKAGE AND FORMS OF NOTICE

Upon the motion of the Senior Noteholders Informal Group[1] for entry of an order seeking a standstill of certain dates in the Order (I) Approving Disclosure Statement, (II) Scheduling Confirmation Hearing, (III) Approving Solicitation and Other Procedures, Including Fixing the Voting Record Date and Establishing Deadlines for Voting On the Plan and Objecting to the Plan, and (IV) Approving the Solicitation Package and Forms of Notice [Docket No. 2065] (the "Motion"); and the Court having held a telephonic status conference hearing on the Motion on December 23, 2009; and the Court having held a further hearing on the Motion on January 7, 2010, it is hereby ORDERED that:

The hearing on the Motion shall be continued to January 29, 2010 at 10:00 a.m. (ET) unless otherwise agreed to by the parties in interest or ordered by the Court.

Dated: January 11, 2010
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the Motion.

WM01/ 7832661.1