# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| SPANSION INC., *et al.*,[1] | : |
| | : Case No. 09-10690 (KJC) |
| Debtors. | : |
| | : Jointly Administered |
| | : |

## THIRD AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 11 AND FEBRUARY 12, 2010 AT 10:00 A.M. (ET)

### ****THE HEARING SCHEDULED FOR FEBRUARY 11, 2010 HAS BEEN CANCELLED.  ALL MATTERS GOING FORWARD WILL BEGIN ON FEBRUARY 12, 2010 AT 10:00 A.M.   PLEASE CONSULT THE AGENDA REGARDING WHAT MATTERS ARE GOING FORWARD****

## CONTINUED/RESOLVED MATTER

1.   Official Committee Of Unsecured Creditors' Motion To Compel The *Ad Hoc* Consortium Of Floating Rate Noteholders To Respond To Certain Document Requests [Docket No. 2316; Filed 1/15/10].

> Related Documents:      None.

> Objection Deadline:      January 28, 2010 at 4:00 p.m.

> Objections Received:      None.

> Status:      This matter has been adjourned.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Spansion Inc., a Delaware corporation (8239); Spansion Technology LLC, a Delaware limited liability company (3982); Spansion LLC, a Delaware limited liability company (0482); Cerium Laboratories LLC, a Delaware limited liability company (0482), and Spansion International, Inc., a Delaware corporation (7542). The mailing address for each Debtor is 915 DeGuigne Dr., Sunnyvale, CA 94085.

[2]   **All Amended Agenda items appear in bold.**

**UNCONTESTED MATTERS GOING FORWARD**

2.     Motion For An Order Pursuant To 11 U.S.C. § 107(b) And Fed. R. Bankr. P. 9018 Authorizing Ad Hoc Committee Of Equity Security Holders, And Directing The Clerk Of The Court, To File Under Seal Schedule I To Exhibit A To The Objection Of The *Ad Hoc* Committee Of Equity Security Holders To Confirmation Of The Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2477; Filed 1/26/10].

Related Documents:

a.     Objection Of The *Ad Hoc* Committee Of Equity Security Holders To Confirmation Of the Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2476; Filed 1/26/10] (*See* Agenda Item No. 11(iii)).

b.     Order Granting Motion Of The *Ad Hoc* Equity Committee To Shorten Notice On Motion For An Order Authorizing *Ad Hoc* Committee Of Equity Security Holders, And Directing The Clerk Of The Court, To File Under Seal Schedule I To Exhibit A To The Objection Of The *Ad Hoc* Committee Of Equity Security Holders To Confirmation Of The Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2501; Entered 1/27/10].

Objection Deadline:     February 4, 2010 at 4:00 p.m.

Objections Received:     None.

Status:     **This matter is going forward on February 12, 2010 at 10:00 a.m.**

3.     Motion Of Spansion Japan Limited For Entry Of An Order To File Under Seal Certain Exhibits To Objection Of Spansion Japan Limited To Confirmation Of The Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2548; Filed 1/29/10].

Related Documents:

a.     Objection of Spansion Japan Limited to Confirmation of the Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2546; Filed 1/29/10] (*See* Agenda Item No. 11 (nnn)).

b.     Order Shortening Notice With Respect to the Motion of Spansion Japan Limited for Entry of an Order to File Under Seal Certain Exhibits to Objection of Spansion Japan Limited to Confirmation of the Debtors' Second Amended Joint Plan of Reorganization Dated December 16, 2009 [Docket No. 2565; Entered 2/1/10].

Objection Deadline:     At or before the hearing on February 11, 2010.

DM3\1264139.6

None as of the filing of this agenda.

Status: **This matter is going forward on February 12, 2010 at 10:00 a.m.**

4. Motion Of The Senior Noteholders Informal Group To File Under Seal An Unredacted Version Of Its Objection Of The Senior Noteholders Informal Group To (I) The *Ad Hoc* Committee Of Convertible Noteholders' Emergency Motion For Order (A) Vacating Order Approving Debtors' Disclosure Statement Pursuant To Fed. R. Bankr. P. 9024 And Adjourning Confirmation Hearing And (B) Directing Appointment Of Trustee Or Examiner Pursuant To 11 U.S.C. §§ 1104(a)(1) And (2) And 1104(c)(2) And (II) The Joinder Thereto Filed By The *Ad Hoc* Committee Of Equity Security Holders [Docket No. 2632; Filed 2/4/10].

Related Documents:

a. Objection Of The Senior Noteholders Informal Group To (I) The *Ad Hoc* Committee Of Convertible Noteholders' Emergency Motion For Order (A) Vacating Order Approving Debtors' Disclosure Statement Pursuant To Fed. R. Bankr. P. 9024 And Adjourning Confirmation Hearing And (B) Directing Appointment Of Trustee Or Examiner Pursuant To 11 U.S.C. §§ 1104(a)(1) And (2) And 1104(c)(2) And (II) The Joinder Thereto Filed By The *Ad Hoc* Committee Of Equity Security Holders [Docket No. 2631; Filed 2/4/10] **[PORTIONS FILED UNDER SEAL]** (*See* Agenda Item No. 9(o)).

b. Order Granting Motion To Shorten Notice With Respect To Motion Of The Senior Noteholders Informal Group For Entry Of An Order Shortening Notice With Respect To Motion Of The Senior Noteholders Informal Group To File Under Seal An Unredacted Version Of Its Objection Of The Senior Noteholders Information Group To (I) The *Ad Hoc* Committee Of Convertible Noteholders' Emergency Motion For Order (A) Pursuant To Fed. R. Bankr. P. 9024 And Adjourning Confirmation Hearing And (B) Directing Appointment Of Trustee Or Examiner Pursuant To 11 U.S.C. §§ 1104(a)(1) And (2) And 1104(c)(2) And (II) The Joinder Thereto Filed By The *Ad Hoc* Committee Of Equity Security Holders [Docket No. 2652; Entered 2/5/10].

Objection Deadline: At or before the hearing on February 11, 2010.

Objections Received: None as of the filing of this agenda.

Status: **This matter is going forward on February 12, 2010 at 10:00 a.m.**

5. Motion Of The Debtors For An Order Sealing The Debtors' Objection To The *Ad Hoc* Committee Of Convertible Noteholders' Emergency Motion For Order (A) Vacating Order Approving Debtors' Disclosure Statement Pursuant To Fed. R. Bankr. P. 9024 And Adjourning Confirmation Hearing And (B) Directing Appointment Of Trustee Or

Examiner Pursuant To 11 U.S.C. §§ 1104(a)(1) And (2) And 1104(c)(2) And Exhibits Thereto [Docket No. 2634; Filed 2/4/10].

Related Documents:

a.  Debtors' Objection To The Ad Hoc Committee Of Convertible Noteholders' Emergency Motion For Order (A) Vacating Order Approving Debtors' Disclosure Statement Pursuant To Fed. R. Bankr. P. 9024 And Adjourning Confirmation Hearing And (B) Directing Appointment Of Trustee Or Examiner Pursuant To 11 U.S.C. Sections 1104(a)(1) and (2) And 1104(c)(2) And Exhibits Thereto [Docket No. 2630; Filed 2/4/10] **[FILED UNDER SEAL]** (*See* Agenda Item No. 9(n)).

b.  Order Shortening The Time For Notice Of Motion Of The Debtors For An Order Sealing The Debtors' Objection To The *Ad Hoc* Committee Of Convertible Noteholders' Emergency Motion For Order (A) Vacating Order Approving Debtors' Disclosure Statement Pursuant To Fed. R. Bankr. P. 9024 And Adjourning Confirmation Hearing And (B) Directing Appointment Of Trustee Or Examiner Pursuant To 11 U.S.C. §§ 1104(a)(1) And (2) And 1104(c)(2) And Exhibits Thereto [Docket No. 2650; Entered 2/5/10].

Objection Deadline:     February 8, 2010 at 4:00 p.m.

Objections Received:    None.

Status:     **This matter is going forward on February 12, 2010 at 10:00 a.m.**

## CONTESTED MATTERS GOING FORWARD

6.  Motion For An Order Authorizing Official Committee Of Unsecured Creditors Pursuant To Sections 1103 And 1109 Of The Bankruptcy Code To Commence And Prosecute Certain Claims Of Debtors' Estates [Docket No. 1662; Entered 11/16/09].

Related Documents:     None.

Objection Deadline:     January 13, 2010 at 4:00 p.m.

Objections Received:

a.  Objection Of Bank Of America, N.A. And Banc Of America Leasing & Capital, LLC To Motion For An Order Authorizing Official Committee Of Unsecured Creditors Pursuant To Sections 1103 And 1109 Of The Bankruptcy Code To Commence And Prosecute Certain Claims Of Debtors' Estate [Docket No. 2281; Filed 1/13/10].

b.  Debtors' Response To And Request For Continuance Of Hearing On Motion For An Order Authorizing Official Committee Of Unsecured Creditors Pursuant To Sections 1103 And 1109 Of The Bankruptcy Code To Commence And Prosecute

4

Certain Claims Of Debtors' Estates [Docket No. 2287; Filed 1/13/10].

c.   Joinder Of Spansion Japan Limited To Objections To Motion For An Order Authorizing The Official Committee Of Unsecured Creditors Pursuant To Sections 1103 And 1109 Of The Bankruptcy Code To Commence And Prosecute Certain Claims Of Debtors' Estates [Docket No. 2322; Filed 1/15/10].

Status:   **This matter has been adjourned to February 24, 2010 at 10:00 a.m.**

7.   Motion Of The Senior Noteholders Informal Group For An Order Seeking A Standstill Of Certain Dates In The Order (I) Approving Disclosure Statement, (II) Scheduling Confirmation Hearing, (III) Approving Solicitation And Other Procedures, Including Fixing The Voting Record Date And Establishing Deadlines For Voting On The Plan And Objecting To The Plan, And (IV) Approving The Solicitation Package And Forms Of Notice [Docket No. 2065; Filed 12/21/09].

Related Documents:

a.   Order Scheduling Hearing On Motion Of The Senior Noteholders Informal Group For An Order Seeking A Standstill Of Certain Dates In The Order (I) Approving Disclosure Statement, (II) Scheduling Confirmation Hearing, (III) Approving Solicitation And Other Procedures, Including Fixing The Voting Record Date And Establishing Deadlines For Voting On The Plan And Objecting To The Plan, And (IV) Approving The Solicitation Package And Forms Of Notice [Docket No. 2105; Entered 12/28/09].

b.   *Ad Hoc* Committee Of Convertible Noteholders' Joinder To The Motion Of The Senior Noteholders Informal Committee For An Order Seeking A Standstill Of Certain Dates In The Order (I) Approving Disclosure Statement, (II) Scheduling Confirmation Hearing, (III) Approving Solicitation And Other Procedures, Including Fixing The Voting Record Date And Establishing Deadlines For Voting On The Plan And Objecting To The Plan, And (IV) Approving The Solicitation Package And Forms Of Notice [Docket No. 2160; Filed 1/4/10].

c.   Order Continuing Hearing On Motion Of The Senior Noteholders Informal Group For An Order Seeking A Standstill Of Certain Dates In The Order (I) Approving Disclosure Statement, (II) Scheduling Confirmation Hearing, (III) Approving Solicitation And Other Procedures, Including Fixing The Voting Record Date And Establishing Deadlines For Voting On The Plan And Objecting To The Plan, And (IV) Approving The Solicitation Package And Forms Of Notice [Docket No. 2233; Entered 1/11/10].

Objection Deadline:   January 4, 2009 at 4:00 p.m.

Objections Received:

d.   Debtors' Objection To The Motion Of The Senior Noteholders Informal Group For

An Order Seeking A Standstill Of Certain Dates In The Order (I) Approving Disclosure Statement, (II) Scheduling Confirmation Hearing, (III) Approving Solicitation And Other Procedures, Including Fixing The Voting Record Date And Establishing Deadlines For Voting On The Plan And Objecting To The Plan, And (IV) Approving The Solicitation Package And Forms Of Notice [Docket No. 2154; Filed 1/4/09].

e.      Objection Of The *Ad Hoc* Consortium Of Floating Rate Noteholders To The Motion Of The Senior Noteholders' Informal Committee For An Order Seeking A Standstill Of Certain Dates In The Order (I) Approving Disclosure Statement, (II) Scheduling Confirmation Hearing, (III) Approving Solicitation And Other Procedures, Including Fixing The Voting Record Date And Establishing Deadlines For Voting On The Plan And Objecting To The Plan, And (IV) Approving The Solicitation Package And Forms Of Notice [Docket No. 2157; Filed 1/4/10].

f.      Joinder Of HSBC Bank USA, National Association, As Successor Indenture Trustee, To Objection Of The *Ad Hoc* Consortium Of Floating Rate Noteholders To The Motion Of The Senior Noteholders' Informal Committee For An Order Seeking A Standstill Of Certain Dates In The Order (I) Approving Disclosure Statement, (II) Scheduling Confirmation Hearing, (III) Approving Solicitation And Other Procedures, Including Fixing The Voting Record Date And Establishing Deadlines For Voting On The Plan And Objecting To The Plan, And (IV) Approving The Solicitation Package And Forms Of Notice [Docket No. 2169; Filed 1/5/10].

Status:      **This matter has been adjourned to February 24, 2010 at 10:00 a.m.**

8.      Motion Of The Debtors Pursuant To 11 U.S.C. §§ 105, 363 And 364 For An Order Authorizing The Debtors To (I) Enter Into A Senior Secured Debt Facility With Barclays Capital And Morgan Stanley Senior Funding, Inc. As Joint Lead Arrangers And Barclays Bank PLC As Administrative Agent And Collateral Agent, (II) Pay Fees And Expenses In Connection Therewith, And (III) Scheduling A Final Hearing Pursuant To Bankruptcy Rule 4001 [Docket No. 2248; Filed 1/11/10].

Related Documents:

a.      Motion Of The Debtors For An Order (I) Authorizing The Debtors To Lodge The Fee Letter And Term Sheet Under Seal; (II) To Request That Parties Before The Court At The Hearing Do Not Disclose The Confidential Terms; And (III) To Seal And/Or Redact Certain Portions Of The Transcript Related To The Hearing For Approval Of The Term Sheet And Fee Letter Motions Pursuant To Section 107(b) Of The Bankruptcy Code And Rule 9018 Of The Federal Rules Of Bankruptcy Procedure [Docket No. 2249; Filed 1/11/10].

b.      Order Approving The Time For Notice Of The Hearing To Consider The Motions Of The Debtors For (A) An Order Authorizing The Debtors To (I) Enter Into Credit Facility And (II) Pay Fees Associated Therewith And (B) The Motion To

6

Lodge The Term Sheet And Fee Letter Under Seal And Related Relief [Docket No. 2252; Entered 1/12/10].

c.      Notice Of Hearing On Motion Of The Debtors Pursuant To 11 U.S.C. §§ 105, 363 And 364 For An Order Authorizing The Debtors To (I) Enter Into A Senior Secured Debt Facility With Barclays Capital And Morgan Stanley Senior Funding, Inc. As Joint Lead Arrangers And Barclays Bank PLC As Administrative Agent And Collateral Agent, (II) Pay Fees And Expenses In Connection Therewith, And (III) Scheduling A Final Hearing Pursuant To Bankruptcy Rule 4001 [Docket No. 2263; Filed 1/12/10].

d.      Declaration Of Nathan Sarkisian In Support Of Motion of The Debtors Pursuant To 11 U.S.C. §§ 105, 363 And 364 For An Order Authorizing The Debtors To (I) Enter Into A Senior Secured Debt Facility With Barclays Capital And Morgan Stanley Senior Funding, Inc. As Joint Lead Arrangers And Barclays Bank PLC As Administrative Agent And Collateral Agent, (II) Pay Fees And Expenses In Connection Therewith, And (III) Scheduling A Final Hearing Pursuant To Bankruptcy Rule 4001 [Docket No. 2291; Filed 1/14/10].

e.      Interim Order Pursuant To 11 U.S.C. §§ 105, 363 And 364 Authorizing The Debtors To (I) Enter Into A Senior Secured Debt Facility With Barclays Capital And Morgan Stanley Senior Funding, Inc. As Joint Lead Arrangers And Barclays Bank PLC As Administrative Agent And Collateral Agent, (II) Pay Certain Fees And Expenses In Connection Therewith, and (III) Scheduling a Final Hearing [Docket No. 2379; Entered 1/20/10].

Objection Deadline:      February 4, 2010 at 4:00 p.m.

Objections Received:

f.      International Business Machines Corporation's Limited Objection To Motion Of The Debtors Pursuant To 11 U.S.C. §§ 105, 363 And 364 For An Order Authorizing The Debtors To (I) Enter Into A Senior Secured Debt Facility With Barclays Capital And Morgan Stanley Senior Funding, Inc. As Joint Lead Arrangers And Barclays Bank PLC As Administrative Agent And Collateral Agent, (II) Pay Fees And Expenses In Connection Therewith, And (III) Schedule A Final Hearing Pursuant To Bankruptcy Rule 4001 [Docket No. 2317; Filed 1/15/10].

Status:      **This matter is going forward on February 12, 2010 at 10:00 a.m.**

9.      The *Ad Hoc* Committee Of Convertible Noteholders' Emergency Motion For Order (A) Vacating Order Approving Debtors' Disclosure Statement Pursuant to Fed. R. Bank. P. 9024 And Adjourning Confirmation Hearing And (B) Directing Appointment Of Trustee Or Examiner Pursuant To 11 U.S.C. §§ 1104(a)(1) And (2) And 1104(c)(2) [Docket No. 2391; Filed 1/22/10].

7

<u>Related Documents</u>:

a.   Second Amended Disclosure Statement For Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2034; Filed 12/17/09].

b.   Order (I) Approving Disclosure Statement, (II) II) Scheduling Confirmation Hearing, (III) Approving Solicitation And Other Procedures, Including Fixing The Voting Record Date And Establishing Deadlines For Voting On The Plan And Objecting To The Plan, And (IV) Approving The Solicitation Package And Forms Of Notice [Docket No. 2042; Entered 12/18/09].

c.   Motion For Order Authorizing The *Ad Hoc* Committee Of Convertible Noteholders To Submit Under Seal Certain Exhibits To, And Portions Of, Its Emergency Motion For Order Order (A) Vacating Order Approving Debtors' Disclosure Statement Pursuant to Fed. R. Bank. P. 9024 And Adjourning Confirmation Hearing And (B) Directing Appointment Of Trustee Or Examiner Pursuant To 11 U.S.C. §§ 1104(a)(1) And (2) And 1104(c)(2) [Docket No. 2392; Filed 1/22/10].

d.   Notice Of Hearing [Docket No. 2402; Filed 1/22/10].

e.   Joinder Of The *Ad Hoc* Committee Of Equity Security Holders To The *Ad Hoc* Committee Of Convertible Noteholders' Emergency Motion For Order (A) Vacating Order Approving Debtors' Disclosure Statement And Adjourning Confirmation Hearing And (B) Directing Appointment Of Trustee Or Examiner Pursuant To 11 U.S.C. §§ 1104(a)(1) And (2) And 1104(e)(2) [Docket No. 2420; Filed 1/25/10] **[FILED UNDER SEAL]**.

f.   Motion For An Order Pursuant To 11 U.S.C. § 107(b) And Fed. R. Bankr. P. 9018 Authorizing *Ad Hoc* Committee Of Equity Security Holders, And Directing The Clerk Of The Court, To File Under Seal The Joinder Of *Ad Hoc* Committee Of Equity Security Holders To The *Ad Hoc* Committee Of Convertible Noteholders' Emergency Motion For Order (A) Vacating Order Approving Debtors' Disclosure Statement And Adjourning Confirmation Hearing And (B) Directing Appointment Of Trustee Or Examiner Pursuant To 11 U.S.C. §§ 1104(a)(1) And (2) And 1104(c)(2) [Docket No. 2421; Filed 1/25/10].

g.   Order Regarding Motion To Shorten And Limit Notice Regarding The *Ad Hoc* Committee Of Convertible Noteholders' Emergency Motion For Order (A) Vacating Order Approving Debtors' Disclosure Statement Pursuant to Fed. R. Bank. P. 9024 And Adjourning Confirmation Hearing And (B) Directing Appointment Of Trustee Or Examiner Pursuant To 11 U.S.C. §§ 1104(a)(1) And (2) And 1104(c)(2) [Docket No. 2486; Entered 1/27/10].

h.   Order Authorizing *Ad Hoc* Committee Of Equity Security Holders, And Directing The Clerk Of The Court, To File Under Seal The Joinder Of *Ad Hoc* Committee Of Equity Security Holders To The *Ad Hoc* Committee Of Convertible Noteholders' Emergency Motion For Order (A) Vacating Order Approving Debtors' Disclosure Statement And Adjourning Confirmation Hearing And (B) Directing Appointment

Of Trustee Or Examiner [Docket No. 2541; Date Entered 1/29/10].

i.      Order Granting Motion For Order Authorizing *Ad Hoc* Committee Of Convertible Noteholders To Submit Under Seal Certain Exhibits To, And Portions Of, Its Emergency Motion For Order Order (A) Vacating Order Approving Debtors' Disclosure Statement Pursuant to Fed. R. Bank. P. 9024 And Adjourning Confirmation Hearing And (B) Directing Appointment Of Trustee Or Examiner Pursuant To 11 U.S.C. §§ 1104(a)(1) And (2) And 1104(c)(2) [Docket No. 2544; Filed 1/29/10].

j.      Motion Of The Senior Noteholders Informal Group To File Under Seal An Unredacted Version Of Its Objection Of The Senior Noteholders Informal Group To (I) The *Ad Hoc* Committee Of Convertible Noteholders' Emergency Motion For Order (A) Vacating Order Approving Debtors' Disclosure Statement Pursuant To Fed. R. Bankr. P. 9024 And Adjourning Confirmation Hearing And (B) Directing Appointment Of Trustee Or Examiner Pursuant To 11 U.S.C. §§ 1104(a)(1) And (2) And 1104(c)(2) And (II) The Joinder Thereto Filed By The *Ad Hoc* Committee Of Equity Security Holders [Docket No. 2632; Filed 2/4/10] (*See* Agenda Item No. 4).

k.      Motion Of The Debtors For An Order Sealing The Debtors' Objection To The *Ad Hoc* Committee Of Convertible Noteholders' Emergency Motion For Order (A) Vacating Order Approving Debtors' Disclosure Statement Pursuant To Fed. R. Bankr. P. 9024 And Adjourning Confirmation Hearing And (B) Directing Appointment Of Trustee Or Examiner Pursuant To 11 U.S.C. §§ 1104(a)(1) And (2) And 1104(c)(2) And Exhibits Thereto [Docket No. 2634; Filed 2/4/10] (*See* Agenda Item No. 5).

l.      Order Shortening The Time For Notice Of Motion Of The Debtors For An Order Sealing The Debtors' Objection To The *Ad Hoc* Committee Of Convertible Noteholders' Emergency Motion For Order (A) Vacating Order Approving Debtors' Disclosure Statement Pursuant To Fed. R. Bankr. P. 9024 And Adjourning Confirmation Hearing And (B) Directing Appointment Of Trustee Or Examiner Pursuant To 11 U.S.C. §§ 1104(a)(1) And (2) And 1104(c)(2) And Exhibits Thereto [Docket No. 2650; Entered 2/5/10] (*See* Agenda Item No. 5(b)).

m.      Order Granting Motion To Shorten Notice With Respect To Motion Of The Senior Noteholders Informal Group For Entry Of An Order Shortening Notice With Respect To Motion Of The Senior Noteholders Informal Group To File Under Seal An Unredacted Version Of Its Objection Of The Senior Noteholders Information Group To (I) The *Ad Hoc* Committee Of Convertible Noteholders' Emergency Motion For Order (A) Pursuant To Fed. R. Bankr. P. 9024 And Adjourning Confirmation Hearing And (B) Directing Appointment Of Trustee Or Examiner Pursuant To 11 U.S.C. §§ 1104(a)(1) And (2) And 1104(c)(2) And (II) The Joinder Thereto Filed By The *Ad Hoc* Committee Of Equity Security Holders [Docket No. 2652; Entered 2/5/10] (*See* Agenda Item No. 4(b)).

DM3\1264139.6

Objection Deadline:       February 4, 2010 at 4:00 p.m.

Objections Received:

n.       Debtors' Objection To The Ad Hoc Committee Of Convertible Noteholders' Emergency Motion For Order (A) Vacating Order Approving Debtors' Disclosure Statement Pursuant To Fed. R. Bankr. P. 9024 And Adjourning Confirmation Hearing And (B) Directing Appointment Of Trustee Or Examiner Pursuant To 11 U.S.C. Sections 1104(a)(1) and (2) And 1104(c)(2) And Exhibits Thereto [Docket No. 2630; Filed 2/4/10] **[FILED UNDER SEAL]**.

o.       Objection Of The Senior Noteholders Informal Group To (I) The *Ad Hoc* Committee Of Convertible Noteholders' Emergency Motion For Order (A) Vacating Order Approving Debtors' Disclosure Statement Pursuant To Fed. R. Bankr. P. 9024 And Adjourning Confirmation Hearing And (B) Directing Appointment Of Trustee Or Examiner Pursuant To 11 U.S.C. §§ 1104(a)(1) And (2) And 1104(c)(2) And (II) The Joinder Thereto Filed By The *Ad Hoc* Committee Of Equity Security Holders [Docket No. 2631; Filed 2/4/10] **[PORTIONS FILED UNDER SEAL].**

Status:       **This matter has been adjourned to February 24, 2010 at 10:00 a.m.**

10.       Motion Of Spansion Japan Limited For An Order (I) Determining The Proper Classification Of Spansion Japan's Rejection Damages Claim And (II) Requiring The Debtors To Establish A Reserve Under The Plan For Distributions On Account Of Spansion Japan's Rejection Damages Claim [Docket No. 2633; Filed 2/4/10].

Related Documents:

a.       Motion To Shorten Time For Notice With Respect To The Motion Of Spansion Japan Limited For An Order (I) Determining The Proper Classification Of Spansion Japan's Rejection Damages Claim And (II) Requiring The Debtors To Establish A Reserve Under The Plan For Distributions On Account Of Spansion Japan's Rejection Damages Claim [Docket No. 2636; Filed 2/4/10].

b.       Order Shortening Notice With Respect To The Motion Of Spansion Japan Limited For An Order (I) Determining The Proper Classification Of Spansion Japan's Rejection Damages Claim And (II) Requiring The Debtors To Establish A Reserve Under The Plan For Distributions On Account Of Spansion Japan's Rejection Damages Claim [Docket No. 2651; Entered 2/5/10].

c.       Joinder Of GE Japan Corporation To Motions Of Spansion Japan Limited (A) For An Order (I) Determining The Proper Classification Of Spansion Japan's Rejection Damages Claim And (II) Requiring The Debtors To Establish A Reserve Under The Plan For Distributions On Account Of Spansion Japan's Rejection Damages Claim And (B) For An Order Shortening Time [Docket No. 2661; Filed 2/5/10].

DM3\1264139.6

**c1.** **List Of Deposition Designations And Exhibits To Be Offered By Spansion Japan Limited In Connection With The Hearing On The Motion To Approve An Order (I) Determining The Proper Classification Of Spansion Japan's Rejection Damages Claim And (II) Requiring The Debtors To Establish A Reserve Under The Plan For Distributions On Account Of Spansion Japan's Rejection Damages Claim [Docket No. 2734; Filed 2/11/10].**

**c2.** **Response Of GE Japan Corporation To Objection Of Official Committee Of Unsecured Creditors To Spansion Japan Limited's Motion For Order (I) Determining The Proper Classification Of Spansion Japan's Rejection Damages Claim And (II) Requiring The Debtors To Establish A Reserve Under The Plan For Distribution On Account Of Spansion Japan's Rejection Damages Claim [Docket No. 2736; Filed 2/11/10].**

**c3.** **Motion For Order Authorizing GE Japan Corporation To File Its Response To Objection Of Official Committee Of Unsecured Creditors To Spansion Japan Limited's Motion For Order (I) Determining The Proper Classification Of Spansion Japan's Rejection Damages Claim And (II) Requiring The Debtors To Establish A Reserve Under The Plan For Distribution On Account Of Spansion Japan's Rejection Damages Claim Under Seal [Docket No. 2737; Filed 2/11/10] (*See* Agenda Item No. 14).**

Objection Deadline:      At or before the hearing on February 11, 2010.

Objections Received:

d.    Debtors' (1) Omnibus Reply To (A) Objection To GE Japan Corporation To Confirmation Of The Debtors Second Amended Plan Of Reorganization And (B) Objection Of Spansion Japan Limited To Confirmation Of The Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 And (2) Objection To Motion Of Spansion Japan Limited For An Order (I) Determining The Proper Classification Of Spansion Japan's Rejection Damages Claim And (II) Requiring The Debtors To Establish A Reserve Under The Plan For Distributions On Account Of Spansion Japan's Rejection Damages Claim [Docket No. 2691; Filed 2/8/10]. *See* Agenda Item No. 11(jj).

e.    Objection Of Official Committee Of Unsecured Creditors To Spansion Japan Limited's Motion For Order (I) Determining The Proper Classification Of Spansion Japan's Rejection Damages Claim And (II) Requiring The Debtors To Establish A Reserve Under The Plan For Distributions On Account Of Spansion Japan's Rejection Damages Claim [Docket No. **2725**; Filed 2/8/10].

f.    **Declaration Of Randy Furr In Support Of Debtors' (1) Omnibus Reply To (A) Objection To GE Japan Corporation To Confirmation Of The Debtors Second Amended Plan Of Reorganization And (B) Objection Of Spansion Japan Limited To Confirmation Of The Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 And (2) Objection To Motion Of**

11

**Spansion Japan Limited For An Order (I) Determining The Proper Classification Of Spansion Japan's Rejection Damages Claim And (II) Requiring The Debtors To Establish A Reserve Under The Plan For Distributions On Account Of Spansion Japan's Rejection Damages Claim [Docket No. 2735; Filed 2/11/10].**

Status:        **This matter is going forward on February 12, 2010 at 10:00 a.m.**

## CONFIRMATION HEARING

11.    Debtors' Second Amended Joint Plan of Reorganization Dated February 8, 2010 (As Amended) [Docket No. 2682; Filed 2/8/10].

Related Documents:

a.    Debtors' Joint Plan of Reorganization Dated October 26, 2009 [Docket No. 1477; Filed 10/26/09].

b.    Disclosure Statement For Debtors' Joint Plan Of Reorganization Dated October 26, 2009 [Docket No. 1479; Filed 10/26/09].

c.    Debtors' Motion For Order (I) Approving Disclosure Statement, (II) Scheduling Confirmation Hearing (III) Approving Solicitation And Other Procedures, Including Fixing The Voting Record Date And Establishing Deadlines For Voting On The Plan And Objecting To The Plan, And (IV) Approving The Solicitation Package And Forms Of Notice [Docket No. 1611; Filed 11/6/09].

d.    Debtors' First Amended Chapter 11 Plan Of Reorganization Dated November 25, 2009 [Docket No. 1816; Filed 11/25/09].

e.    First Amended Disclosure Statement Of Debtors' First Amended Joint Plan Of Reorganization Dated November 25, 2009 [Docket No. 1817; Filed 11/25/09].

f.    Notice Of Filing Of Redline Of Debtors' First Amended Joint Plan Of Reorganization Dated November 25, 2009 [Docket No. 1818; Filed 11/26/09].

g.    Notice Of Filing Of Redline Of First Amended Disclosure Statement For Debtors' First Amended Joint Plan Of Reorganization Dated November 25, 2009 [Docket No. 1819; Filed 11/26/09].

h.    Debtors' Second Amended Joint Plan Of Reorganization Dated December 9, 2009 [Docket No. 1919; Filed 12/9/09].

i.    Notice Of Filing Of Redline Of Debtors' Second Amended Joint Plan Of Reorganization Dated December 9, 2009 [Docket No. 1920; Filed 12/9/09].

DM3\1264139.6

j.     Second Amended Disclosure Statement For Debtors' Second Amended Joint Plan Of Reorganization Dated December 9, 2009 [Docket No. 1921; Filed 12/9/09].

k.     Notice Of Filing Of Redline Of Second Amended Disclosure Statement For Debtors' Second Amended Joint Plan Of Reorganization Dated December 9, 2009 [Docket No. 1922; Filed 12/10/09].

l.     Debtors' Second Amended Joint Plan of Reorganization Dated December 16, 2009 [Docket No. 2032; Filed 12/17/09].

m.     Notice Of Filing Of Redline Of Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2033; Filed 12/17/09].

n.     Second Amended Disclosure Statement For Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2034; Filed 12/17/09] (*See* Agenda Item No. 9(a)).

o.     Notice Of Filing Of Redline For Second Amended Disclosure Statement For Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2035; Filed 12/17/09].

p.     Order (I) Approving Disclosure Statement, (II) II) Scheduling Confirmation Hearing, (III) Approving Solicitation And Other Procedures, Including Fixing The Voting Record Date And Establishing Deadlines For Voting On The Plan And Objecting To The Plan, And (IV) Approving The Solicitation Package And Forms Of Notice [Docket No. 2042; Filed 12/18/09].

q.     Plan Supplement In Support Of Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2356; Filed 1/19/10].

r.     Notice Of Filing Of The Plan Supplement [Docket No. 2357; Filed 1/19/10].

s.     First Addendum To Plan Supplement In Support Of Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2410; Filed 1/22/10].

t.     Notice Of Filing First Addendum To The Plan Supplement [Docket No. 2411; Filed 1/22/10].

u.     Motion For An Order Pursuant To 11 U.S.C. § 107(b) And Fed. R. Bankr. P. 9018 Authorizing *Ad Hoc* Committee Of Equity Security Holders, And Directing The Clerk Of The Court, To File Under Seal Schedule I To Exhibit A To The Objection Of The Ad Hoc Committee Of Equity Security Holders To Confirmation Of The Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2477; Filed 1/26/10] (*See* Agenda Item No. 2).

DM3\1264139.6

v.   Motion For An Order Authorizing The *Ad Hoc* Committee Of Convertible Noteholders To Submit Under Seal Certain Exhibits To, And Portions Of, Preliminary Objection To Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2480; Filed 1/26/10].

w.   Notice Of Filing Of Contract/Lease Schedule Pursuant To Debtors' Second Amended Plan Of Reorganization [Docket No. 2538; Filed 1/29/10] (*See* Agenda Item No. 12).

x.   Order Granting Motion For Order Authorizing The *Ad Hoc* Committee Of Convertible Noteholders To Submit Under Seal Certain Exhibits To, And Portions Of, Its Objection To Confirmation Of The Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2542; Entered 1/29/10].

y.   Order Amending "Order (I) Approving Disclosure Statement, (II) Scheduling Confirmation Hearing, (III) Approving Solicitation And Other Procedures, Including Fixing The Voting Record Date And Establishing Deadlines For Voting On The Plan And Objecting To The Plan, And (IV) Approving The Solicitation Package And Forms Of Notice" In Order To Extend Voting Deadline And Deadline To File Ballot Tabulation Report [Docket No. 2543; Entered 1/29/10].

z.   Motion Of Spansion Japan Limited For Entry Of An Order To File Under Seal Certain Exhibits To Objection Of Spansion Japan Limited To Confirmation Of The Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2548; Filed 1/29/10] (*See* Agenda Item No. 3).

aa.   Notice of Extension Of Voting Deadline And Deadline For Voting Agent To File Voting Report [Docket No. 2564; Filed 2/1/10].

bb.   Order Confirming Parties' Selection Of Mediator Concerning Valuation Disputes [Docket No. 2577; Entered 2/2/10].

cc.   Reply Of Wilmington Trust Company, As Indenture Trustee, To Objection Of U.S. Bank National Association, In Its Capacity As Indenture Trustee, To Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2609; Filed 2/3/10].

dd.   Travis County's Notice Withdrawing Travis County's Objection To The Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2624; Filed 2/4/10].

ee.   Notice Of Filing Of Amendment To Contract/Lease Schedule Pursuant To Debtors' Second Amended Plan Of Reorganization [Docket No. 2680; Filed 2/8/190] (*See* Agenda Item No. 12(a)).

ff.   Notice Of Filing Of Redline Of Debtors' Second Amended Joint Plan Of

Reorganization Dated February 8, 2010 (As Amended) [Docket No. 2683; Filed 2/8/10].

gg.     Debtors' Omnibus Reply To Objections To Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization Dated February 8, 2010 (As Amended) [Docket No. 2688; Filed 2/8/10].

hh.     Debtors' Reply To Objection Of Tessera, Inc. To Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2689; Filed 2/8/10].

ii.     Debtors' Memorandum In Support Of Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization Dated February 8, 2010 (As Amended) [Docket No. 2690; Filed 2/8/10].

jj.     Debtors' (1) Omnibus Reply To (A) Objection To GE Japan Corporation To Confirmation Of The Debtors Second Amended Plan Of Reorganization And (B) Objection Of Spansion Japan Limited To Confirmation Of The Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 And (2) Objection To Motion Of Spansion Japan Limited For An Order (I) Determining The Proper Classification Of Spansion Japan's Rejection Damages Claim And (II) Requiring The Debtors To Establish A Reserve Under The Plan For Distributions On Account Of Spansion Japan's Rejection Damages Claim [Docket No. 2691; Filed 2/8/10].

kk.     Second Addendum To Plan Supplement In Support Of Debtors' Second Amended Joint Plan Of Reorganization Dated February 8, 2010 (As Amended) [Docket No. 2692; Filed 2/8/10].

ll.     Notice Of Filing Of Second Addendum To The Plan Supplement [Docket No. 2693; Filed 2/8/10].

mm.     Notice Of Filing Of Revised Proposed Order Confirming Debtors' Second Amended Joint Plan Of Reorganization Dated February 8, 2010 (As Amended) And Redline Thereto [Docket No. 2694; Filed 2/8/10].

nn.     Notice Of Withdrawal Of Limited Objection Of WinBond Electronics Corporation To Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2697; Filed 2/9/10].

oo.     List Of Deposition Designations And Exhibits To Be Offered By Spansion Japan Limited In Connection With The Hearing To Confirm Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2698; Filed 2/9/10].

pp.     Witness and Exhibit List of GE Japan Corporation For Hearing on Confirmation of Debtors Second Amended Plan of Reorganization [Docket No. 2699; Filed 2/9/10].

15

qq. Notice Of The *Ad Hoc* Equity Committee's Witness And Exhibit List In Connection With The Hearing On Confirmation Of The Debtors' Second Amended Joint Plan Of Reorganization [Docket No. 2700; Filed 2/9/10].

rr. Notice Of Debtors' List Of Witnesses And Exhibits In Connection With February 11-12, 2010 Hearing Re Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization Dated February 8, 2010 (As Amended) [Docket No. 2701] Filed 2/9/10].

ss. Notice Of *Ad Hoc* Consortium Of Floating Rate Noteholders Regarding Witnesses And Exhibits In Connection With February 11-12, 2010 Hearing Re Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization Dated February 8, 2010 (As Amended) [Docket No. 2705; Filed 2/9/10].

tt. Amended Exhibit List Of The *Ad Hoc* Committee Of Convertible Noteholders [Docket No. 2706; Filed 2/9/10].

uu. Amended Witness List Of The *Ad Hoc* Committee Of Convertible Noteholders In Connection With The February 11, 2010 Confirmation Hearing [Docket No. 2707; Filed 2/9/10].

vv. Notice Of Filing Of Comprehensive Summary Of Plan Objections And The Debtors' Responses [Docket No. 2708; Filed 2/9/10].

vv1. Notice of the Senior Noteholders Informal Groups List of Witnesses and Exhibits in Connection With February 11-12, 2010 Hearing Re Confirmation of Debtors Second Amended Joint Plan of Reorganization Dated February 8, 2010 (As Amended) [Docket No. 2714; Filed 2/9/10].

vv2. Notice Of Filing Of Amended Comprehensive Summary Of Plan Objection And The Debtors' Responses [Docket No. 2717; Filed 2/10/10].

vv3. Amended List of Deposition Designations and Exhibits to be Offered by Spansion Japan Limited in Connection with the Hearing to Confirm Debtors' Second Amended Joint Plan of Reorganization Dated December 16, 2009 [Docket No. 2722; Filed 2/10/10].

vv4. Declaration Of Jane Sullivan Of Epiq Bankruptcy Solutions, LLC Regarding Voting On, And Tabulation Of, Ballots Accepting And Rejecting The Debtors' Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code For Spansion, Inc. *Et. Al.* [Docket No. 2724; Filed 2/10/10].

**vv5.** **Declaration Of Randy Furr In Support Of Debtors' (1) Omnibus Reply To (A) Objection To GE Japan Corporation To Confirmation Of The Debtors Second Amended Plan Of Reorganization And (B) Objection Of Spansion**

**Japan Limited To Confirmation Of The Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 And (2) Objection To Motion Of Spansion Japan Limited For An Order (I) Determining The Proper Classification Of Spansion Japan's Rejection Damages Claim And (II) Requiring The Debtors To Establish A Reserve Under The Plan For Distributions On Account Of Spansion Japan's Rejection Damages Claim [Docket No. 2735; Filed 2/11/10] (See Agenda Item No. 10(f)).**

vv6.  **Motion Of Wilmington Trust Company, As Indenture Trustee, For An Order Compelling Compliance with Federal Rule of Bankruptcy Procedure 2002(b) [Docket No. 2729; Filed 2/10/10].**

vv7.  **Motion Of Wilmington Trust Company, As Indenture Trustee, For An Order Shortening Notice For Hearing On Motion For An Order Compelling Compliance with Federal Rule of Bankruptcy Procedure 2002(b) [Docket No. 2730; Filed 2/10/10].**

<u>Objection Deadline</u>:  January 26, 2010 at 4:00 p.m. (Extended to January 29, 2010 at 4:00 p.m. for Spansion Japan Limited, February 5, 2010 at 4:00 p.m. for the Senior Noteholders Informal Group, and February 8, 2010 at 4:00 p.m. for the Official Committee of Unsecured Creditors).

<u>Objections Received</u>:

ww.  Travis County's Objection To The Debtors' Second Amended Plan Of Reorganization Dated December 16, 2009 [Docket No. 2434; Filed 1/25/10].[3]

xx.  Objection Of Texas Comptroller Of Public Accounts To Confirmation Of Plan [Docket No. 2439; Filed 1/25/10].

yy.  Objection By The United States To the Debtors' Plan Of Reorganization [Docket No. 2463; Filed 1/26/10].

zz.  Limited Objection Of AIG Commercial Equipment Finance, Inc. To Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2464; Filed 1/26/10].

aaa.  Bank Of America, N.A.'s Reservation Of Rights Concerning Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2466; Filed 1/26/10].

bbb.  Limited Objection Of WinBond Electronics Corporation To Debtors' Second Amended Joint Plan Of Reorganization [Docket No. 2467; Filed 1/26/10]. [4]

---

[3] This objection has been withdrawn. *See* Agenda Item No. 11(dd).

ccc.    Objection Of U.S. Bank National Association, In Its Capacity As Indenture Trustee, To Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2468; Filed 1/26/10].

ddd.    Objection Of Tessera, Inc. To Debtors' Second Amended Plan Of Reorganization Dated December 16, 2009 [Docket No. 2469; Filed 1/26/10].

eee.    International Business Machines Corporation's Objection To Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2471; Filed 1/26/10].

fff.    Objection Of GE Japan Corporation To Confirmation Of The Debtors' Second Amended Joint Plan Of Reorganization [Docket No. 2472; Filed 1/26/10].

ggg.    International Business Machines Corporation's Amended Objection To Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2473; Filed 1/26/10].

hhh.    The John Gorman 401(k)'s Objection To Debtors' Second Amended Joint Plan Of Reorganization [Docket No. 2474; Filed 1/26/10].

iii.    Objection Of The *Ad Hoc* Committee Of Equity Security Holders To Confirmation Of the Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2476; Filed 1/26/10] **[PORTIONS FILED UNDER SEAL]**.

jjj.    The *Ad Hoc* Committee Of Convertible Noteholders' Preliminary Objection To Confirmation Of Plan [Docket No. 2479; Filed 1/26/10] **[PORTIONS FILED UNDER SEAL]**.

kkk.    Objection Of Longacre Opportunity Fund, L.P. To Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2482; Filed 1/26/10].

lll.    Limited Objection Of The Acting United States Trustee To Debtors' Second Amended Joint Plan Of Reorganization [Docket No. 2493; Filed 1/27/10].

mmm.    Objection [Of Joseph E. Rubino] To Confirmation Of Plan [Docket No. 2522; Filed 1/26/10].

nnn.    Objection Of Spansion Japan Limited To Confirmation Of The Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2546; Filed 1/29/10] **[PORTIONS FILED UNDER SEAL]**.

---

[4] This objection has been withdrawn. *See* Agenda Item No. 11(nn).

DM3\1264139.6

ooo.     The John Gorman 401(k)'s Joinder In *Ad Hoc* Committee's Objection To Debtors' Second Amended Plan Of Reorganization [Docket No. 2560; Filed 2/1/10].

ppp.     Joinder Of Wilmington Trust Company, As Indenture Trustee, To The *Ad Hoc* Committee Of Convertible Noteholders' Preliminary Objection To Confirmation Of The Debtors' Second Amended Joint Plan Of Reorganization Dated December 16, 2009 [Docket No. 2561; Filed 2/1/10].

qqq.     Supplemental Objection To The Ad Hoc Committee Of Convertible Noteholders To Confirmation Of The Debtors' Second Amended Joint Plan Of Reorganization Dated December 12, 2009, As It Relates To The Backstop Rights Purchase Agreement [Docket No. 2715; Filed 2/9/10].

rrr.     Objection Of Rohm And Haas Electronic Materials CMP, Inc. And Rohm And Haas Electronic Materials LLC To Confirmation Of The Debtors' Second Amended Joint Plan Of Reorganization Dated February 8, 2010 (As Amended) [Docket No. 2718; Filed 2/9/10].

Status:          **This matter has been adjourned to February 24, 2010 at 10:00 a.m.**

12.     Notice Of Filing Of Contract/Lease Schedule Pursuant To Debtors' Second Amended Plan Of Reorganization [Docket No. 2538; Filed 1/29/10].

Related Documents:          None.

a.     Notice Of Filing Of Amendment To Contract/Lease Schedule Pursuant To Debtors' Second Amended Plan Of Reorganization [Docket No. 2680; Filed 2/8/10].

Objection Deadline:          February 5, 2010 at 12:00 p.m.

Objections Received:

b.     Limited Objection And Reservation Of Rights By Robert Bosch GmbH And Robert Bosch LLC (f/k/a Robert Bosch Corporation) To Debtors' Notice Of Filing Of Contract/Lease Schedule Pursuant To Debtors' Second Amended Plan Of Reorganization [Docket No. 2629; Filed 2/4/10].

c.     Cure Objection And Reservation Of Rights Of Spansion Japan Limited In Connection With Notice Of Filing Of Contract/Lease Schedule Pursuant To Debtors' Second Amended Plan Of Reorganization [Docket No. 2642; Filed 2/5/10].

d.     Oracle USA, Inc.'s Limited Objection And Reservation Of Rights To Debtors' Notice Of Filing Of Contract/Lease Schedule Pursuant To Debtors' Amended Plan Of Reorganization ("Assumption Notice") [Docket No. 2653; Filed 2/5/10].

DM3\1264139.6

Status: **This matter has been adjourned to February 24, 2010 at 10:00 a.m.**

## MOTION GOING FORWARD IN ADVERSARY PROCEEDING

13.   U.S. Bank National Association, as Trustee v. Wilmington Trust Company, et al.
      (Adv. Pro. No. 09-52274 (KJC))

      Plaintiff's Motion For Summary Judgment [Adv. Docket No. 14; Filed 12/14/09].

      Related Documents:

      a.   Opening Brief In Support Of Plaintiff's Motion For Summary Judgment [Adv. Docket No. 15; Filed 12/14/09].

      b.   Reply Brief In Support Of Plaintiff's Motion For Summary Judgment [Adv. Docket No. 30; Filed 1/28/10].

      c.   Notice Of Completion Of Briefing Regarding Plaintiff's Motion For Summary Judgment [Adv. Docket No. 31; Filed 1/28/10].

      d.   Notice Of Oral Argument [Adv. Docket No. 32; Filed 2/8/10].

      Objection Deadline:     December 15, 2010 at 4:00 p.m.

      Objections Received:

      e.   Memorandum Of Law Of Defendant Wilmington Trust Company In Opposition To Plaintiff's Motion For Summary Judgment [Adv. Docket No. 27; Filed 1/15/10].

      Status: **This matter has been adjourned to February 24, 2010 at 10:00 a.m.**

## OTHER MATTERS GOING FORWARD

14.   **Motion For Order Authorizing GE Japan Corporation To File Its Response To Objection Of Official Committee Of Unsecured Creditors To Spansion Japan Limited's Motion For Order (I) Determining The Proper Classification Of Spansion Japan's Rejection Damages Claim And (II) Requiring The Debtors To Establish A Reserve Under The Plan For Distribution On Account Of Spansion Japan's Rejection Damages Claim Under Seal [Docket No. 2737; Filed 2/11/10].**

      **Related Documents:**

      a.   **Response of GE Japan Corporation To Objection Of Official Committee Of Unsecured Creditors To Spansion Japan Limited's Motion For Order (I) Determining The Proper Classification Of Spansion Japan's Rejection Damages Claim And (II) Requiring The Debtors To Establish A Reserve**

DM3\1264139.6

Under The Plan For Distribution On Account Of Spansion Japan's Rejection Damages Claim [Docket No. 2736; Filed 2/11/10] (*See* Agenda Item No. 10(c2)).

b.    Motion for an Order Shortening the Notice for Hearing Regarding Motion For Order Authorizing GE Japan Corporation to File Its Response To Objection of Official Committee of Unsecured Creditors to Spansion Japan Limited's Motion for Order (I) Determining the Proper Classification of Spansion Japan's Rejection Damages Claim and (II) Requiring the Debtors to Establish a Reserve Under the Plan for Distribution on Account of Spansion Japan's Rejection Damages Claim Under Seal [Docket No. 2738; Filed 2/11/10] (See Agenda Item No. 15).

**Objection Deadline:**    **N/A**

**Objections Received:**    **None as of the filing of this Agenda.**

**Status:**    **This matter is going forward.**

15.    **Motion for an Order Shortening the Notice for Hearing Regarding Motion for Order Authorizing GE Japan Corporation to File Its Response to Objection of Official Committee of Unsecured Creditors to Spansion Japan Limited's Motion for Order (I) Determining the Proper Classification of Spansion Japan's Rejection Damages Claim and (II) Requiring the Debtors to Establish a Reserve Under the Plan for Distribution on Account of Spansion Japan's Rejection Damages Claim Under Seal [Docket No. 2738; Filed 2/11/10].**

**Related Documents:**

a.    **Motion For Order Authorizing GE Japan Corporation To File Its Response To Objection Of Official Committee Of Unsecured Creditors To Spansion Japan Limited's Motion For Order (I) Determining The Proper Classification Of Spansion Japan's Rejection Damages Claim And (II) Requiring The Debtors To Establish A Reserve Under The Plan For Distribution On Account Of Spansion Japan's Rejection Damages Claim Under Seal [Docket No. 2737; Filed 2/11/10] (See Agenda Item No. 14).**

**Objection Deadline:**    **N/A**

**Objections Received:**    **None as of the filing of this Agenda.**

**Status:**    **This matter is going forward.**

Dated: February **12**, 2010  Respectfully submitted,
      Wilmington, Delaware  */s/ Michael R. Lastowski*
                                    Michael R. Lastowski, Esquire (No. 3892)
Richard W. Riley, Esquire (No. 4052)
Sommer L. Ross, Esquire (No. 4598)
DUANE MORRIS, LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail:  mlastowski@duanemorris.com
          rwriley@duanemorris.com
          slross@duanemorris.com

and

Michael S. Lurey, Esquire (Admitted *Pro Hac Vice*)
Gregory O. Lunt, Esquire (Admitted *Pro Hac Vice*)
Peter W. Devereaux, Esquire (Admitted *Pro Hac Vice*)
Kimberly A. Posin, Esquire (Admitted *Pro Hac Vice*)
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:    Michael.Lurey@lw.com
          Gregory.Lunt@lw.com
          Peter.Devereaux@lw.com
          Kim.Posin@lw.com

*Attorneys for the Debtors and Debtors-in-Possession*