# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPANSION INC., *et al.*,[1] | Case No. 09-10690 |
| Debtors. | Jointly Administered |
| | Hearing Date: February 24 and 25, 2010 at 10:00 a.m (Eastern Time) |
| | Objection Deadline: February 22, 2010 at 11:00 a.m. (Eastern Time) |
| | Related to Docket No. 2682 |

## SUPPLEMENTAL NOTICE OF FILING OF DEBTORS' SECOND AMENDED JOINT PLAN OF REORGANIZATION DATED FEBRUARY 8, 2010 (AS AMENDED) AND NOTICE OF OBJECTION DEADLINE

**TO HOLDERS OF DEBTORS' 2.25% EXCHANGEABLE SENIOR SUBORDINATED DEBENTURES DUE 2016 ("SUBORDINATED NOTEHOLDERS"):**

On February 8, 2010, Spansion Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Second Amended Joint Plan of Reorganization Dated February 8, 2010 (as Amended)* [Docket No. 2682] (the "February 8 Plan").[2] The February 8 Plan contains material modifications to the treatment of Subordinated Noteholders contained in the Debtors' previously filed *Debtors' Second Amended Joint Plan of Reorganization Dated December 16, 2009* [Docket No. 2032] (the "December 16 Plan").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Spansion Inc., a Delaware corporation (8239); Spansion Technology LLC, a Delaware limited liability company (3982); Spansion LLC, a Delaware limited liability company (0482); Cerium Laboratories LLC, a Delaware limited liability company (0482), and Spansion International, Inc., a Delaware corporation (7542). The mailing address for each Debtor is 915 DeGuigne Dr., Sunnyvale, CA 94085.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the February 8 Plan. A copy of each of the February 8 Plan and the December 16 Plan are available at Epiq Bankruptcy Solutions, LLC's website at http://chapter11.epiqsystems.com or the Court's website at https://ecf.deb.uscourts.gov/cgi-bin/login.pl. To access documents on the Court's website, you will need a PACER password and login, which can be obtained at http://www.pacer.psc.uscourts.gov.

24302757_3.DOC ,1278467.1

**THIS NOTICE IS IMPORTANT TO YOU AND PROVIDES ADDITIONAL DISCLOSURES IN CONNECTION WITH THE FILING OF THE DEBTORS' FEBRUARY 8 PLAN AND THE MODIFICATIONS TO THE TREATMENT OF SUBORDINATED NOTEHOLDERS CONTAINED IN THE FEBRUARY 8 PLAN.**

**ADDITIONALLY, THIS NOTICE PROVIDES A DEADLINE OF FEBRUARY 22, 2010 AT 11:00 A.M. (EASTERN TIME) FOR YOU TO OBJECT TO CONFIRMATION OF THE FEBRUARY 8 PLAN.**

A. **Reason for Notice**

You are receiving this Notice because the Debtors have identified you as a Subordinated Noteholder as of the December 14, 2009. The purpose of this Notice is to inform you of the filing of the February 8 Plan and the adverse change the February 8 Plan has on your ability to receive a distribution on account of your Subordinated Noteholder claim in these bankruptcy cases. Subordinated Noteholders have until **February 22, 2010 at 11:00 a.m. (Eastern Time)** to file and serve objections to confirmation of the February 8 Plan (the "Objection Deadline"). Objections must be filed electronically with the Court and served in accordance with applicable law and rules prior to the Objection Deadline. If you have transferred any portion of your Subordinated Notes after December 14, 2009, you should immediately transmit this notice to the transferee of such notes.

B. **Background**

The terms of the notes you hold (the "Subordinated Notes") are governed by an indenture (the "Subordinated Indenture") which sets forth, among other things, the fact that payment of the Subordinated Notes is subordinated, with certain exceptions, to payments to the holders of the Debtors' 11.25% Senior Notes due 2016 (the "Senior Noteholders"). This subordination means that, except as otherwise provided in the Subordinated Indenture, until the Debtors have repaid

-2-

their obligations to the Senior Noteholders in full (an amount equal to $250,000,000 plus interest and fees), Subordinated Noteholders are required to give to the Senior Noteholders any payment they receive from the Debtors or any distribution they receive from the Debtors in these bankruptcy cases.

C.     **The Dispute Between the Trustees**

The indenture trustee for the Subordinated Noteholders has taken the position that the Subordinated Indenture contains an exception to the requirement that Subordinated Noteholders must turn over distributions to the Senior Noteholders if the Debtors distribute common stock to both the Senior and Subordinated Noteholders.  Because the Debtors propose to distribute common stock to both the Senior and Subordinated Noteholders under the February 8 Plan, the indenture trustees for the Subordinated Noteholders and Senior Noteholders (together, the "Indenture Trustees") are engaged in a lawsuit to determine whether the Subordinated Holders can keep their distribution of common stock or whether they must turn it over to Senior Noteholders.

D.     **The February 8 Plan**

In all plans of reorganization filed by the Debtors prior to the February 8 Plan, the Debtors had recognized this dispute between the Indenture Trustees concerning the requirement to turn over distributions and provided that the distribution of common stock to Subordinated Noteholders would not be given to either the Senior Noteholders or the Subordinated Noteholders until the dispute between the Indenture Trustees is resolved.  In the February 8 Plan, however, the Debtors have now decided to give the Subordinated Noteholders' distribution of common stock directly to the Senior Noteholders, until they are paid in full, despite the fact that the Indenture Trustees are not in agreement that the Senior Noteholders are entitled to this distribution.

**SUBORDINATED NOTEHOLDERS ARE ADVISED TO REVIEW SECTION 3.17 OF THE DECEMBER 16 PLAN AND SECTION 3.18 OF THE FEBRUARY 8 PLAN FOR FURTHER DESCRIPTION OF THE MODIFICATION OF THE TREATMENT OF SUBORDINATED NOTEHOLDERS.**

**FAILURE OF SUBORDINATED NOTEHOLDERS TO OBJECT TO CONFIRMATION OF THE FEBRUARY 8 PLAN PRIOR TO THE OBJECTION DEADLINE MAY RESULT IN SUBORDINATED NOTEHOLDERS LOSING THE RIGHT TO APPEAL CONFIRMATION OF THE FEBRUARY 8 PLAN. SUBORDINATED NOTEHOLDERS ARE ADVISED TO CONTACT INDIVIDUAL LEGAL COUNSEL REGARDING FILING AN OBJECTION TO THE FEBRUARY 8 PLAN AND THE CONSEQUENCES OF FAILING TO DO SO.**

Dated: February 12, 2010

BY: Spansion Inc. and its affiliated Debtors and Debtors in Possession

24302757_3.DOC 1278467.1