# SIGN-IN-SHEET

**CASE NAME:** Spansion, Inc.

**CASE NO.** 09-10690-KJC

**COURTROOM LOCATION: 5**

**DATE:** February 26, 2010

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Sean O'Donnell | Akin Gump | Senior Noteholders |
| James Chou | Akin Gump | Senior Noteholders |
| Jason Sunshine | Akin Gump | Senior Noteholders |
| Justin Bell | Akin Gump | Senior Noteholders |
| Ira Dizengoff | Akin Gump | Senior Noteholders |
| Howard A. Cohen | Drinker Biddle & Reath | " |
| Jeffrey S. Sabin | Bingham McCutchen, LLP | GE lenders |
| Scott Sebron | " | " |
| Pamela Webster | BUCHALTER | Bank of America |
| Pedro Jimeni | Jones Day | Spansin Japan |
| Davis Lee Wright | Skadden Arps Slate Meagher & Flom | Debtors (Special Counsel) |
| Alaine Porterfield | Edwards Angell Palmer & Dodge | GE Lenders |
| | | |

# SIGN-IN-SHEET

**CASE NAME:** Spansion, Inc.
**CASE NO.** 09-10690-KJC

**COURTROOM LOCATION: 5**
**DATE:** February 26, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Minvti | Soul Ewing LLP | Ad Hoc Equity Commn |
| Susheel Kirpalani | Quinn Emanuel | " " " |
| Scott Shelling | " " | " " " " |
| Aaron Weis | Dilworth Paxson LLP | " " " " |
| Greg Wet | | Robins & HAAS |
| Michael Lurey | Latham & Watkins LLP | Debtors |
| Amy Quartardo | " | " |
| Kim Posin | " | " |
| Peter Devereaux | " | " |
| Jeremy Reichman | Ashby & Geddes LLP | Counsel Committee |
| Michael R. Lastowski | Duane Morris LLP | Debtors |
| Sommer L. Ross | Duane Morris LLP | " " |
| | | |

# SIGN-IN-SHEET

CASE NAME: Spansion
CASE NO. 09-10690-KJC

COURTROOM LOCATION: 5
DATE: 2/26/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Wiley George | AK | Converts |
| Charles Hampton | " | " |
| Paul Silverstein | " | " |
| Jonathan Levine | " | " |
| Matt Ferber | Cozen | " |
| Richard Mosner | Jeffries | " |
| Robert White | " | " |
| Mike Romaczak | Richards Layton & Finger | Bank of America |
| Robert Mallard | Dorsey & Whitney LLP | U.S. Bank, as Trustee |
| Patrick McLaughlin | " | " |
| Katherine Constantine | " | " |
| Greg Taylor | Ashby + Geddes | Spansion Japan Ltd |
| Sally Veghte | Klehr Harrison | Samsung |

# SIGN-IN-SHEET

**CASE NAME: Spansion**
**CASE NO. 09-10690-KJC**

**COURTROOM LOCATION: 5**
**DATE: 2/26/10**

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Eric Pospins | Paul Hastings | Creditors Comm. |
| Joseph Citro | " " | " " |
| M. Blake Cleary | Young Conaway | " " |
| Carl Wolf | Gialli, Ciralli & Jessen | Tessera, Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: **02/26/2010**
Calendar Time: **11:00 AM**

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Spansion Inc. | 09-10690 | Hearing | 3375878 | Vikki Bollettino | (212) 808-7525 | Kelley Drye & Warren, LLP | Creditor, HSBC / LIVE |
| | | Spansion Inc. | 09-10690 | Hearing | 3375232 | Brian L. Brager | 201-896-6100 | Hain Capital Group, LLC | Interested Party, Hain Capital Group, LLC / LISTEN ONLY |
| | | Spansion Inc. | 09-10690 | Hearing | 3373856 | Gregory Cass | (203) 719-8671 | UBS AG, Stamford Branch | Creditor, UBS AG / LISTEN ONLY |
| | | Spansion Inc. | 09-10690 | Hearing | 3373814 | Bruce W. Gregory | (212) 478-4033 | Fortress Investment Group | Interested Party, Fortress Investment Group / LISTEN ONLY |
| | | Spansion Inc. | 09-10690 | Hearing | 3373360 | Eric Hsiao | 415-293-4372 | Eric Hsiao - In Pro Per/Pro Se | Interested Party, SLF / LISTEN ONLY |
| | | Spansion Inc. | 09-10690 | Hearing | 3375161 | Tom Koch | (512) 306-5274 | Tejas Securities | Interested Party, Bond Holder / LISTEN ONLY |
| | | Spansion Inc. | 09-10690 | Hearing | 3375157 | Hamilton Madden | (512) 306-5274 | Tejas Securities | Interested Party, Bond Holder / LISTEN ONLY |
| | | Spansion Inc. | 09-10690 | Hearing | 3375263 | John Molluzzo | (212) 906-2902 | Latham & Watkins - New York Office | Debtor, Spansion / LIVE |
| | | Spansion Inc. | 09-10690 | Hearing | 3375304 | Sommer Ross | 302-657-4900 | Duane Morris, LLP | Debtor, Spansion Inc / LISTEN ONLY |
| | | Spansion Inc. | 09-10690 | Hearing | 3373996 | James Russo | (212) 412-7689 | Barclays Capital, Inc. | Creditor, Barclays Capital, Inc. / LISTEN ONLY |
| | | Spansion Inc. | 09-10690 | Hearing | 3375836 | Hondo Sen | 203-552-3528 | Hondo Sen - In Pro Per | Interested Party, Hondo Sen / LISTEN ONLY |
| | | Spansion Inc. | 09-10690 | Hearing | 3375668 | Stephen Shimshak | 212-373-3133 | Paul Weiss Rifkind Wharton & | Creditor, Claims Trade Group / LIVE |
| | | Spansion Inc. | 09-10690 | Hearing | 3373838 | Jon Singer | (212) 872-3957 | Front Point | Creditor, Front Point / LISTEN ONLY |
| | | Spansion Inc. | 09-10690 | Hearing | 3375153 | Todd L. Solomon | 212-303-9497 | Halcyon Asset Management | Interested Party, Halcyon Asset Management / LISTEN ONLY |
| | | Spansion Inc. | 09-10690 | Hearing | 3374777 | Mark Somerstein | 212-841-8814 | Ropes & Gray LLP | Creditor, Wilmington Trust / LIVE |
| | | Spansion Inc. | 09-10690 | Hearing | 3375539 | Will Sugden | 404-881-4778 | Alston & Bird, LLP | Interested Party, Nokia / LISTEN ONLY |

CourtConfCal2007

Peggy Drasal

| | | | | | |
|---|---|---|---|---|---|
| Spansion Inc. | 09-10690 | Hearing | 3375212 | Mark C. Taylor ✓ | (512) 472-5997 | Hohmann, Taube & Summers, LLP | Creditor, The John Gorman 401k / LIVE |
| Spansion Inc. | 09-10690 | Hearing | 3376277 | Robert J. Tempenbaum ~ SHIA RONCHESTER ✓ | (212) 872-7456 | Akin Gump Strauss Hauer & Feld, LLP | Creditor, Senior Noteholders Informal Group / LIVE |
| Spansion Inc. | 09-10690 | Hearing | 3373805 | Michele Whalem ✓ | (212) 218-4101 | Morgens, Waterfall, Vintiadis & Co. | Creditor, Morgens Waterfall / LISTEN ONLY |