# EXHIBIT "A"

## Exhibit A

**Key**
**Trial Testimony ("TT") referenced by witness name, date of testimony, and page and line reference.**

**Deposition ("Depo") excerpts referenced by witness name, date of testimony, and page and line reference.**

---

[1] Exhibit C-4; Sarkisian TT 2/25/10 P:41 L:14 - P:45 L:6; Exhibit C-15 p.7; Owsley TT 3/1/10 P:41 L:6 - P:42 L:3

[2] Exhibit C-24; Furr TT 2/24/10 P:222 L:17 - P:225 L:21; Owsley TT 3/1/10 P:51 L:8 - P:53 L:4

[3] Owsley TT 3/1/10 P:62 L:3 - P:64 L:7; Exhibit C-67, Plan Exhibit B, P: B-10

[4] Exhibit C-40; Furr TT 2/24/10 P:226 L:8-21; Sarkisian TT 2/25/10 P: 31 L:13 - P:40 L:4; Sarkisian Depo 1/21/10 P:22 L:22 - P:23 L:10, P:116 L:6 - P:117 L:6, P:127 L:18 - P: 228 L:24; Owsley TT 3/1/10 P:64 L:22 - P:65 L:19; Furr Depo 1/26/10 P:91 L:14 - P:92 L:7

[5] Exhibit C-67 p.6

[6] Owsley TT 3/1/10 P:64 L:22 - P:67 L:16

[7] Compare TEV from Exhibit C-67 p. 103 with Exhibit C-6 p.19, Exhibit C-9 p.14, Exhibit C-15 p.19, Exhibit C-22 p. SpanConfirm 67488, Exhibit C-38; *see also,* Furr TT 2/24/10 P:262 L:18 - P:263 L:20; Owsley TT 3/1/10 P:44 L:6 - P:47 L:9, P:49 L:8 - P:50 L:24; Furr Depo 1/26/10 P:66 L:11 - P:67 L:18

[8] Exhibit C-67 p.103; Exhibit C-68 p.113; Exhibit C-69 p.117; Owsley TT P:60 L:5 - P:61 L:8

[9] Exhibit C-52; Sarkisian TT 2/25/10 P:54 L:14 - P:57 L:25

[10] Exhibit D-1 p.17

[11] Exhibit C-69, see Plan p.52

[12] Exhibit C-44; Furr TT 2/24/10 P:231 L:13 - P:234 L:9

[13] *Id.*

[14] Exhibits AHEC 25 and 26; Sarkisian TT 2/25/10 P:88 L:1-12, P:108 L:20 - P:110 L:8, P:141 L:13 - P:144 L:4, P:145 L:23 - P:148 L:19

[15] Exhibit C-39 p.57; Exhibit C-72 p.2; Kispert Depo 2/28/10 P:47 L:9-25, P:53 L:15-25, P:55 L:18 - P:57 L:12

HOU:3000034.9

[16] Exhibit C-17; Exhibit C-19; Devost TT 2/24/10 P:69 L:18 - P:71 L:24; Furr TT 2/24/10 P:191 L:16 - P:196 L:24; Sarkisian TT 2/25/10 P:20 L:2-5; Devost Depo 1/19/10 P:33 L:22 - P:37 L:3, P:52 L:7 - P:53 L:21, P:60 L:20 - P:61 L:15; Furr Depo 1/26/10 P:38 L:11-24, P:40 L:4-7, P:48 L:13 - P:50 L:3, P:51 L:5-19

[17] Devost TT 2/24/10 P:21 L:10 - P:22 L:11; Devost Depo 11/24/09 P:65 L:12- P:66 L:6, P:71 L:7 - P:72 L:3; Devost Depo 1/19/10 P:10 L:3-15

[18] Devost TT 2/24/10 P:58 L:12 - P:61 L:16; Furr TT 2/24/10 P:209 L:23 - P:212 L:8; Sarkisian TT 2/25/10 P:37 L:4-25; Exhibit C-62 p. 26; Exhibit C-74 p.2

[19] Exhibit C-40; Sarkisian TT 2/25/10 P:31 L:13 - P:36 L:24

[20] Devost TT 2/24/10 P:40 L:13 - P:41 L:6, P:61 L:17 - P:63 L:2; Furr TT 2/24/10 P:212 L:3-8; Exhibit C-51; Exhibit C-59 p.8; *see also* Devost Depo 1/19/10 P:77 L:25 - P:78 L:23, P:79 L:5 - P:81 L:18; Furr Depo 1/26/10 P:118 L:11 - P:121 L:16

[21] *In re Nellson Nutraceutical, Inc.*, 356 B.R. 364, 373 (Bankr. D. Del. 2006); *see also In re Med Diversified, Inc.*, 346 B.R. 621, 626 (Bankr. E.D.N.Y. 2006).

[22] Exhibit C-30; Furr TT 2/24/10 P:203 L:12 - P:206 L:22; Devost Depo 1/19/10 P:23 L:3 - P:24 L:15

[23] Furr TT 2/24/10 P:206 L:23 - P:209 L:22; Devost TT 2/24/10 P:91 L:21 - P:93 L:6, P:102 L:1 - P:103 L:16; Exhibit C-55 p.26; Exhibit C-61 p.28; Exhibit C-62 pp. 19-21; Devost Depo 1/19/10 P:17 L:10 - P:19 L:8, P:74 L:15-24

[24] Furr TT 2/24/10 P:255 L:12-19, P:261 L:5 - P:262 L:2

[25] Exhibit C-62 pp. 2-5; Ryland Depo 2/4/10 P:24:11 - P:33 L:25

[26] Exhibit C-58 p.7; Furr TT 2/24/10 P:214 L:16 - P:216 L:22

[27] Exhibit C-1 p.15; Morgner TT 3/1/10 P:203 L:24 - P:204 L:15

[28] Exhibit C-62 p.37; Devost TT 2/24/10 P:78 L:9-12; Furr TT 2/24/10 P:228 L:3-16

[29] Exhibit C-2 p. C-11

[30] Exhibit SN-1 p.55; Genereux TT 2/26/10 P:139 L:23 - P:140 L:5, P:163 L:10-17; Exhibit D-1 p.15

[31] Exhibit C-1 p.49; Morgner TT 3/1/10 P:214 L:5 - P:215 L:7

[32] Compare Exhibit C-30, Exhibit C-34 p. 2979 and Exhibit C-52 with Exhibit C-67 p.109, Exhibit C-68 pp. 119-120 and Exhibit C-69 pp.123-124

[33] Compare Exhibit D-1 p.19 to Exhibits C-67 p.108, C-68 pp. 119-120 and C-69 pp. 123-124.

HOU:3000034.9

³⁴ Exhibit C-34 p.2979; Sarkisian Depo 1/21/10 P:103 L:3-20, P:104 L:3 - P:105 L:15, P:106 L:8-18

³⁵ Exhibit D-3 p.6

³⁶ Exhibit C-49

³⁷ Owsley TT 3/1/10 P:70 L:9 - P:76 L:1.

³⁸ Exhibit C-55 pp. 26-27

³⁹ Exhibit C-58 p.7; Furr TT 2/24/10 P:214 L:16 - P:216 L:22

⁴⁰ Furr TT 2/24/10 P:186 L:8 - P:187 L:5.

⁴¹ Owsley TT 3/1/10 P:78 L:12-18

⁴² Furr TT 2/24/10 P:245 L:16 - P:246 L:7; D-61 p.12

⁴³ Byrne TT 2/24/10 P:132 L:14 - P:133 L:6; Exhibit D-63

⁴⁴ Exhibit D-3 pp. 7-9; Sarkisian TT 2/25/10 P:30 L:14 - P:31 L:12.

⁴⁵ Exhibit C-1 pp. 36-37; Morgner TT 3/1/10 P:206 L:1 - P:208 L:10

⁴⁶ Exhibit C-1 p.36

⁴⁷ Exhibit SN-1 p.45-46

⁴⁸ Exhibit D-1 p.9

⁴⁹ Exhibit C-1 p.18

⁵⁰ Exhibit C-1 p.18

⁵¹ Exhibit C-Dem 1; Morgner TT 3/1/10 P:205 L:6-19

⁵² Devost TT 2/24/10 P:62 L:7-22

⁵³ Exhibit D-1 p. 6-12; Exhibit SN-1 p.44-50

⁵⁴ Exhibit C-78 pp. 1, 39; Morgner TT 3/1/10 P:208 L: 11 - P:210 L:16

⁵⁵ *In re Nellson Nutraceutical, Inc.*, No. 06-10072, 2007 WL 201134, at **29-30 (Bankr. D. Del. Jan. 18, 2007); *see also CNB Internat'l, Inc. v. Kelleher (In re CNB Internat'l, Inc.)*, 393 B.R. 306, 322 (Bankr. W.D.N.Y. 2008); *Asarco, LLC v. Americas Mining Corp.*, 396 B.R. 278, 352, 355 (S.D. Tex. 2008); *Nanovation Technologies of Michigan, Inc. v. Bearingpoint Inc. (In re Nanovation Technologies, Inc.)*, 364 B.R. 308, 331, 353 (Bankr. N.D. Ill. 2007).

[56] Exhibit C-15 p.19; Exhibit C-23 p.67469; Exhibit C-38; Owsley 3/1/10 P:45 L:3-14, P:50 L:3-4

[57] Morgner TT 3/1/10 P:211 L:3-9.

[58] Morgner TT 3/1/10 P:210 L:17 - P:211 L:9; Exhibit SN-7 p.44; Exhibit SN-5 p.43; Exhibit C-1 p.18; Exhibit C-15 p.19; Exhibit C-23 p.67469; Exhibit C-38; Owsley 3/1/10 P:45 L:3-14, P:50 L:3-4

[59] Exhibit C-81; Genereux TT 2/26/10 P:108 L:13-18, P:181 L:23 - P:189 L:9

[60] Owsley TT 3/1/10 P:53 L:5-15, P:58 L:24- P:59 L:23

[61] See e.g. Exhibit C-82

[62] Owsley TT 3/1/10 P:96 L:13 - P:98 L:5; Exhibit C-2; see also Kispert Depo 1/28/10 P:61 L:25 - P:65 L:3

[63] Owsley TT 3/1/10 P:96 L:13 - P:97 L:2

[64] Exhibit SN-1 p.55; Genereux TT 2/26/10 P:139 L:23 - P:140 L:5, P:163 L:10-17; Exhibit D-1 p.15

[65] Genereux TT 2/26/10 P:163 L:18-22

[66] Exhibit C-1 p.51; Morgner TT 3/1/10 P:216 L:5-17

[67] Morgner TT 3/1/10 P:210 L:3-8

[68] Morgner TT 3/1/10 P:217 L:13-23

[69] Owsley TT 3/1/10 P:47 L:10-14

[70] Genereux TT 2/26/10 P:179 L:9-19

[71] Morgner TT 3/1/10 P:217 L:24 - P:218 L:14

[72] Morgner TT 3/1/10 P:218 L: 2-11

[73] Morgner TT 3/1/10 P:217 L:24 - P:218 L:14

[74] Morgner TT 3/1/10 P:218 L:23 - P:219 L:20

[75] Morgner TT 3/1/10 P:219 L:4-11

[76] Exhibit C-1 p. 21; Morgner TT 3/1/10 P:218 L:15 - P:225 L:5

[77] Exhibit SN-1 p.49; Exhibit D-1 pp.10-12

HOU:3000034.9

[78] Exhibit C-Dem 5; Morgner TT 3/1/10 P:222 L:21 - P:223 L:6

[79] Genereux TT 2/26/10 P:112 L:8-16

[80] Genereux TT 2/26/10 P:191 L:19 - 192 L:2

[81] Exhibit C-77; Exhibit C-Dem 5; Exhibit C-Dem 6; Devost TT 2/24/10 P:47 L:7-12, P:51 L:6-23; Morgner TT 3/1/10 P: 221 L:22 - P:225 L:5

[82] Devost 2/24/10 P:46 L:14 - P:51 L:23

[83] Devost 2/24/10 P:50 L:8-14, Exhibit C-Dem 6; Morgner TT 3/1/10 P:223 L:22 - P:224 L:5

[84] Genereux TT 2/26/10 P:195 L: 3 -P:198-1

[85] Exhibit C-Dem 6; Morgner TT 3/1/10 P:218 L:15 - P:225 L:5