# EXHIBIT "B"

|  | Low | High |
|---|---|---|
| Jefferies Unadjusted TEV | $ 1,054 | $ 1,419 |
| NOLs (See Exhibit A – note 67) | 21 | 21 |
| SP Japan (See Exhibit A – notes 51 and 52) | 20 | 27 |
| Jefferies TEV | $ 1,095 | $ 1,467 |
| **Midpoint TEV** | **$1,281** | |
| Cash | $ 320 | $ 320 |
| Suzhou | 15 | 15 |
| ARS | 43 | 43 |
| Samsung | 62 | 100 |
| NAND | 53 | 53 |
| Sunnyvale Real Property | 25 | 42 |
| Sunnyvale Equipment | 16.6 | 21.6 |
| DV | $ 1,629.6 | $ 2,061.6 |
| **Midpoint DV** | **$1,846** | |