**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: : <br> : <br> SPANSION INC., *et al.*,[1] : <br> : <br> Debtors. : <br> : | Chapter 11 <br><br> Case No. 09-10690 (KJC) <br><br> Jointly Administered |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 23, 2010 AT 10:00 A.M. (ET)**

**CONTINUED/RESOLVED MATTERS**

1.  Motion Of The Debtors For An Order Pursuant To Sections 362 And 105 Of The Bankruptcy Code Extending The Automatic Stay To Debtors' Co-Defendants, Nokia Corporation And Nokia Inc. [Docket No. 222; Filed 04/03/09].

    Related Documents:

    a.  Joinder of Nokia Corporation and Nokia Inc. To The Motion Of The Debtors For An Order Pursuant To Sections 362 And 105 Of The Bankruptcy Code Extending The Automatic Stay To Debtors' Co-Defendants, Nokia Corporation And Nokia Inc. [Docket No. 298; Filed 04/22/09].

    Objection Deadline:   April 16, 2009 at 4:00 p.m. (Extended to April 20, 2009 at 12:00 p.m. for Fast Memory Erase, LLC only).

    Objections Received:

    b.  Objection Of Fast Memory Erase LLC To Debtors' Motion To Extend The Automatic Stay To Nokia Corporation And Nokia, Inc. [Docket No. 285; Filed 04/20/09].

    c.  Debtors' Reply To The Objection Of Fast Memory Erase LLC To Debtors' Motion For An Order Pursuant To Sections 362 And 105 Of The Bankruptcy Code Extending The Automatic Stay To Debtors' Co-Defendants, Nokia Corporation And Nokia Inc. [Docket No. 299; Filed 04/22/09].

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Spansion Inc., a Delaware corporation (8239); Spansion Technology LLC, a Delaware limited liability company (3982); Spansion LLC, a Delaware limited liability company (0482); Cerium Laboratories LLC, a Delaware limited liability company (0482), and Spansion International, Inc., a Delaware corporation (7542). The mailing address for each Debtor is 915 DeGuigne Dr., Sunnyvale, CA 94085.

[2]  **All Amended Agenda items appear in bold.**

d.  Order Granting Motion Of Fast Memory Erase, LLC For Leave To File Reply To Joinder Of Nokia Corporation And Nokia, Inc. To Debtors' Motion For An Order Extending The Automatic Stay [Docket No. 328; Entered 04/24/09].

e.  Order Granting Debtors' Motion For Leave To File Debtors' Reply To The Objection Of Fast Memory Erase LLC To Debtors' Motion For An Order Pursuant To Sections 362 And 105 Of The Bankruptcy Code Extending The Automatic Stay To Debtors' Co-Defendants, Nokia Corporation And Nokia Inc. [Docket No. 329; Entered 04/24/09].

f.  Reply Of Fast Memory Erase, LLC To Joinder Of Nokia Corporation And Nokia, Inc. To Debtors' Motion For An Order Extending The Automatic Stay [Docket No. 336; Filed 04/24/09].

g.  Consensual Order With Respect To Motion Of Fast Memory Erase, LLC For Relief From The Automatic Stay And Debtors' Motion To Extend Automatic Stay [Docket No. 692; Entered 06/23/09].

Status: The parties have agreed to continue this matter to the Omnibus Hearing scheduled for May 26, 2010 at 11:00 a.m. The parties do not expect a decision to be rendered by the United States District Court for the District of Texas on the Markman Hearing prior to that date

2.  Motion Of Fast Memory Erase, LLC For Relief From The Automatic Stay [Docket No. 317; Filed 4/23/09].

Related Documents:

a.  Exhibits A Through D To Motion Of Fast Memory Erase, LLC For Relief From The Automatic Stay [Docket No. 323; Filed 4/23/09].

b.  Consensual Order With Respect To Motion Of Fast Memory Erase, LLC For Relief From The Automatic Stay And Debtors' Motion To Extend Automatic Stay [Docket No. 692; Entered 06/23/09].

Objection Deadline: May 11, 2009 at 4:00 p.m.

Objections Received:

c.  Debtors' Objection To The Motion Of Fast Memory Erase, LLC For Relief From The Automatic Stay [Docket No. 413; Filed 5/11/09].

Status: The parties have agreed to continue this matter to the Omnibus Hearing scheduled for May 26, 2010 at 11:00 a.m. The parties do not expect a decision to be rendered by the United States District Court for the District of Texas on the Markman Hearing prior to that date

3. Motion Of Debtors For Entry Of An Order Authorizing Debtors To Employ Randy Furr As Executive Vice President And Chief Financial Officer *Nunc Pro Tunc* To June 29, 2009 Pursuant To 11 U.S.C. §§ 105, 363 And 1108 And Granting Related Relief [Docket No. 746; Filed 07/02/09].

   Related Documents:

   a. Certification Of Counsel Regarding Order Authorizing Debtors To Employ Randy Furr As Executive Vice President And Chief Financial Officer *Nunc Pro Tunc* To June 29, 2009 Pursuant To 11 U.S.C. §§ 105, 363 And 1108 And Granting Related Relief [Docket No. 902; Filed 07/27/09].

   b. Order Granting Debtors Motion Authorizing Debtors To Employ Randy Furr As Executive Vice President And Chief Financial Officer *Nunc Pro Tunc* To June 29, 2009 Pursuant To 11 U.S.C. §§ 105, 363 And 1108 And Granting Related Relief [Docket No. 906; Entered 07/28/09].

   Objection Deadline: July 16, 2009 at 4:00 p.m.

   Objections Received: The Debtors received informal comments from the Official Committee of Unsecured Creditors and the Office of the United States Trustee.

   Status: The hearing on the change in control and severance provisions contained in Mr. Furr's employment agreement has been continued to the Omnibus Hearing scheduled for April 26, 2010 at 10:00 a.m.

4. Debtors' Second Omnibus Objection To Improperly Classified Claims Pursuant To 11 U.S.C. § 502(b), Fed. R. Bankr. P. 3007 And Del. Bankr. L.R. 3007-1 (Non-Substantive Objections) [Docket No. 1451; Filed 10/23/09].

   Related Documents:

   a. Debtors' Reply To Fujitsu Microelectronics Limited In Support Of Debtors' Second Omnibus Objection To Improperly Classified Claims Pursuant To 11 U.S.C. § 502(b), Fed. R. Bankr. P. 3007 And Del. Bankr. L. R. 3007-1 (Non-Substantive Objections) [Docket No. 1708; Filed 11/19/09].

   b. Debtors' Reply To WinBond Electronics Corporation In Support Of Debtors' Second Omnibus Objection To Improperly Classified Claims Pursuant To 11 U.S.C. § 502(b), Fed. R. Bankr. P. 3007 And Del. Bankr. L. R. 3007-1 (Non-Substantive Objections) [Docket No. 1715; Filed 11/19/09].

   c. Order Granting Debtors' Second Omnibus Objection to Improperly Classified Claims (Non-Substantive Objections) [Docket No. 1768; Entered 11/24/10].

d.  Notice Of Filing Of Joint Stipulation Of Uncontested Facts Regarding Debtors' Second Omnibus Objection To Proof Of Claim No. 753 Filed By Fujitsu Microelectronics Limited [Docket No. 2790; Filed 2/17/10].

e.  Certification Of Counsel Regarding Supplemental Letter Brief Of Fujitsu Microelectronics Limited In Further Support Of Its Response To The Debtors' Second Omnibus Objection To Improperly Classified Claims [Docket No. 2879; Filed 2/22/10].

f.  Motion Of Fujitsu Microelectronics Limited To File Under Seal Certain Exhibits To Its Supplemental Letter Brief in Further Support Of Its Response To The Debtors' Second Omnibus Objection To Improperly Classified Claims [Docket No. 2882; Filed 2/22/10].

g.  Notice Of Completion Of Briefing Regarding Debtors' Objection To Proof Of Claim No. 753 Filed By Fujitsu Microelectronics Limited Contained In Debtors' Second Omnibus Objection To Improperly Classified Claims Pursuant To 11 U.S.C. § 502(b), Fed. R. Bankr. P. 3007 And Del. Bankr. L. R. 3007-1 (Non-Substantive Objections) [Docket No. 2947; Filed 2/24/10].

Objection Deadline: November 17, 2009 at 4:00 p.m.

Objections Received:

h.  Response Of WinBond Electronics Corporation In Opposition To Debtors' Second Omnibus Objection To Improperly Classified Claims Pursuant To 11 U.S.C. §502(b), Fed.R.Bankr. P. 3007 And Del. Bankr. L.R. 3007-1 (Non-Substantive Objections) [Docket No. 1671; Filed 11/17/09].

i.  Response Of Fujitsu Microelectronics Limited To Debtors' Second Omnibus Objection To Improperly Classified Claims (Non-Substantive) [Docket No. 1673; Filed 11/17/09].

Status: This matter has been resolved, except for the Debtors' objection to the proofs of claims filed by WinBond Electronics Corporation ("WinBond") and Fujitsu Microelectronics Limited ("Fujitsu"). On February 24, 2010, the Debtors and Fujitsu submitted a notice of completion of briefing with respect to the Debtors' objection to Proof of Claim No. 753 filed by Fujitsu; they are awaiting the Court's ruling on the objection. Per the Court's instruction at the Omnibus Hearing held on November 24, 2009, the Debtors and WinBond are preparing agreed stipulated facts so that the Court may render a decision on the Debtors' objection to WinBond's proof of claim, subject to the parties' ability to supplement their pleadings and request an evidentiary hearing if necessary. In the interim, the Debtors and WinBond have agreed to continue this matter to the Omnibus Hearing scheduled for April 26, 2010 at 10:00 a.m.

5. Motion Of Advanced Micro Devices, Inc. For Allowance And Payment Of Administrative Expense Claim [Docket No. 1526; Filed 10/29/09].

   Related Documents: None.

   Objection Deadline: November 17, 2009 at 4:00 p.m. (Extended to February 17, 2010 for the Debtors).

   Objections Received:

   a. Debtors' Objection To Motion Of Advanced Micro Devices, Inc. For Allowance And Payment Of Administrative Claim [Docket No. 2786; Filed 2/16/10].

   Status: The parties have agreed to adjourn this matter to the Omnibus Hearing scheduled for April 26, 2010 at 10:00 a.m.

6. Motion For An Order Authorizing Official Committee Of Unsecured Creditors Pursuant To Sections 1103 And 1109 Of The Bankruptcy Code To Commence And Prosecute Certain Claims Of Debtors' Estates [Docket No. 1662; Filed 11/16/09].

   Related Documents: None.

   Objection Deadline: January 13, 2010 at 4:00 p.m.

   Objections Received:

   a. Objection Of Bank Of America, N.A. And Banc Of America Leasing & Capital, LLC To Motion For An Order Authorizing Official Committee Of Unsecured Creditors Pursuant To Sections 1103 And 1109 Of The Bankruptcy Code To Commence And Prosecute Certain Claims Of Debtors' Estate [Docket No. 2281; Filed 1/13/10].

   b. Debtors' Response To And Request For Continuance Of Hearing On Motion For An Order Authorizing Official Committee Of Unsecured Creditors Pursuant To Sections 1103 And 1109 Of The Bankruptcy Code To Commence And Prosecute Certain Claims Of Debtors' Estates [Docket No. 2287; Filed 1/13/10].

   c. Joinder Of Spansion Japan Limited To Objections To Motion For An Order Authorizing The Official Committee Of Unsecured Creditors Pursuant To Sections 1103 And 1109 Of The Bankruptcy Code To Commence And Prosecute Certain Claims Of Debtors' Estates [Docket No. 2322; Filed 1/15/10].

   Status: The parties have agreed to adjourn this matter to the Omnibus Hearing scheduled for April 26, 2010 at 10:00 a.m.

7.  Official Committee Of Unsecured Creditors' Motion To Compel The *Ad Hoc* Consortium Of Floating Rate Noteholders To Respond To Certain Document Requests [Docket No. 2316; Filed 1/15/10].

    Related Documents:   None.

    Objection Deadline:   January 28, 2010 at 4:00 p.m.

    Objections Received:  None.

    Status:               The parties have agreed to adjourn this matter.

8.  Supplemental Application Pursuant To Fed. R. Bankr. P. 2014(e) For Order Under Section 1103 Of The Bankruptcy Code Authorizing The Expanded Scope Of Services Provided By FTI Consulting, Inc. As Financial Advisors To The Official Committee Of Unsecured Creditors *Nunc Pro Tunc* To November 23, 2009 [Docket No. 2592; Filed 2/2/10].

    Related Documents:

    a.  Re-Notice Of Supplemental Application [Docket No. 2599; Filed 2/3/10].

    Objection Deadline:   February 17, 2010 at 4:00 p.m.

    Objections Received:

    b.  Debtors' Objection To The Official Committee Of Unsecured Creditors' Supplemental Application Pursuant To Fed. R. Bankr. P. 2014(e) For Order Under Section 1103 Of The Bankruptcy Code Authorizing The Expanded Scope Of Services Provided By FTI Consulting, Inc. As Financial Advisors To The Official Committee Of Unsecured Creditors *Nunc Pro Tunc* To November 23, 2009 [Docket No. 2791; Filed 2/17/10].

    c.  United States Trustee's Objection To Supplemental Application Pursuant To Fed. R. Bankr. P. 2014(e) For Order Under Section 1103 Of The Bankruptcy Code Authorizing The Expanded Scope Of Services Provided By FTI Consulting, Inc. As Financial Advisors To The Official Committee Of Unsecured Creditors *Nunc Pro Tunc* To November 23, 2009 [Docket No. 2793; Filed 2/17/10].

    Status:               The parties have agreed to adjourn this matter to the Omnibus Hearing scheduled for April 26, 2010 at 10:00 a.m.

DM3\1329709.2

9. Objection Of Official Committee Of Unsecured Creditors To Proof Of Claim No. 1165 Filed By Spansion Japan Limited [Docket No. 2696; Filed 2/9/10].

   Related Documents:

   a. Proof of Claim 1165.

   Objection Deadline: March 16, 2010 at 4:00 p.m. (Extended to April 19, 2010 at 4:00 p.m.).

   Objections Received: None as of the filing of this Agenda.

   Status: The parties have agreed to adjourn this matter to Omnibus Hearing scheduled for April 26, 2010 at 10:00 a.m.

10. Debtors' Objection To Spansion Japan's Proof Of Claim No. 1165 [Docket No. 2716; Filed 2/9/10].

    Related Documents:

    a. Proof of Claim 1165.

    Objection Deadline: March 16, 2010 at 4:00 p.m. (Extended to April 19, 2010 at 4:00 p.m.).

    Objections Received: None as of the filing of this Agenda.

    Status: The parties have agreed to adjourn this matter to the Omnibus Hearing scheduled for April 26, 2010 at 10:00 a.m.

**UNCONTESTED MATTERS GOING FORWARD WITH CERTIFICATION OF NO OBJECTION**

11. Motion Of Debtors For Order (I) Approving Stipulation Between The Debtors, ASML Masktools, Inc. And ASML US, Inc. Regarding Claim No. 186 Filed By ASML US, Inc. And (II) Authorizing The Assumption Of The Executory Contract With ASML Masktools, Inc. [Docket No. 2568; Filed 2/1/10].

    Related Documents:

    a. Proof of Claim No. 186.

    b. Proof of Claim No. 1146.

c. Motion Of The Debtors For An Order Pursuant To 11 U.S.C. § 365 Authorizing The Rejection Of Executory Contract With ASML US, Inc., *Nunc Pro Tunc* To August 13, 2009 [Docket No. 973; Filed 8/13/09].

d. Reservation Of Rights By ASML US, Inc. Related To Motion Of Debtors For An Order Pursuant To 11 U.S.C. § 365 Authorizing The Rejection Of Executory Contract With ASML US, Inc. *Nunc Pro Tunc* To August 13, 2009 [Docket No. 1022; Filed 8/25/09].

e. Order Granting Motion Of The Debtors Pursuant To 11 U.S.C. § 365 Authorizing The Rejection Of Executory Contract With ASML US, Inc. *Nunc Pro Tunc* To August 13, 2009 [Docket No. 1090; Filed 9/1/09].

f. Debtors' Objection To Proof Of Claim No. 186 Filed By ASML US, Inc. [Docket No. 1116; Filed 9/4/09].

g. ASML US, Inc.'s: (I) Response To The Debtors' Objection To Proof Of Claim, (II) Motion For October 27, 2009 Hearing To Be Conducted As A Scheduling Conference, And (III) Motion For Entry Of Pretrial Scheduling Order [Docket No. 1389; Filed 10/20/09].

h. Scheduling Order Regarding The Debtors' Objection To Proof Of Claim No. 186 Filed By ASML US, Inc. [Docket No. 1661; Filed 11/16/09].

i. Statement Of Position To Motion Of Debtors For Order (I) Approving Stipulation Between The Debtors, ASML Masktools, Inc. And ASML US, Inc. And (II) Authorizing The Assumption Of The Executory Contract With ASML Masktools, Inc. [Docket No. 2780; Filed 2/16/10].

j. Certification Of No Objection [Docket No. 3127; Filed 3/18/10].

k. Proposed Form Of Order.

Objection Deadline: February 16, 2010 at 4:00 p.m. (Extended to March 16, 2010 at 11:00 for the Official Committee of Unsecured Creditors).

Objections Received: None.

Status: A certification of no objection has been filed.

12. Preliminary Motion Pursuant To Section 105 Of The Bankruptcy Code And Bankruptcy Rules 7023 And 9019(A) To (I) Approve Settlement Between The Debtors And The WARN Act Plaintiffs, (II) Approve The Form And Manner Of Notice To Class Members Of The Settlement, And (III) Grant Related Relief [Docket No. 2815; Adv. Docket No. 61; Filed 2/18/10] (Adv. Case No. 09-50409 (KJC)).

Related Documents:

a. Certification Of No Objection [Docket No. 3126; Adv. Docket No. 63; Filed: 3/18/10].

Objection Deadline: March 16, 2010 at 4:00 p.m.

Objections Received: None.

Status: A certification of no objection has been filed. A revised proposed form of order will be submitted at the hearing that completes the blanks contained in the proposed form of order submitted with the motion.

13. Motion Of Fujitsu Microelectronics Limited To File Under Seal Certain Exhibits To Its Supplemental Letter Brief in Further Support Of Its Response To The Debtors' Second Omnibus Objection To Improperly Classified Claims [Docket No. 2882; Filed 2/22/10].

Related Documents:

a. Certification Of Counsel Regarding Supplemental Letter Brief Of Fujitsu Microelectronics Limited In Further Support Of Its Response To The Debtors' Second Omnibus Objection To Improperly Classified Claims [Docket No. 2879; Filed 2/22/10].

b. Certification Of No Objection [Docket No. 3128; Filed: 3/18/10].

c. Proposed Form Of Order.

Objection Deadline: March 16, 2010 at 4:00 p.m.

Objections Received: None.

Status: A certification of no objection has been filed.

14. Nokia Corporation's Motion To File Under Seal Its Initial Response To The Motion Of The Debtors For An Order Estimating The Amount Of Certain Contingent, Unliquidated, Duplicative And/Or Overstated Claims For Purposes Of Establishing Class 5 Distribution Reserves [Docket No. 3038; Filed 3/18/10].

Related Documents:

a. Notice Of Motion [Docket No. 3039; Filed 3/18/10].

b. Certificate Of No Objection [Docket No. 3125; Filed 3/18/10].

    c.       Proposed Form Of Order.

Objection Deadline:     March 16, 2010 at 4:00 p.m.

Objections Received:     None.

Status:     A certification of no objection has been filed.

## UNCONTESTED MATTERS GOING FORWARD

15. Motion Of Tessera, Inc. For Authority To File Amended Proof Of Claim [Docket No. 2816; Filed 2/18/10].

    Related Documents:

    a. Proof Of Claim No. 377.

    b. Proof Of Claim No. 378.

    c. Proof Of Claim No. 379.

    d. Order Granting Motion For Shortened Notice And Expedited Consideration Of Motion Of Tessera, Inc. For Authority To File Amended Proofs Of Claim [Docket No. 2824; Entered 2/19/10].

    e. Notice Of (I) Motion Of Tessera, Inc. For Authority To File Amended Proof Of Claim And (II) Motion Of Tessera, Inc. To File Under Seal The Objection And Certain Exhibits Attached Thereto Of Tessera, Inc. To Motion Of The Debtors For An Order Estimating The Amount Of Certain Contingent, Unliquidated, Duplicative And/Or Overstated Claims For Purposes Of Establishing Class 5 Plan Distribution Reserves [Docket No. 2848; Filed 2/19/10].

    Objection Deadline: March 16, 2010 at 4:00 p.m.

    Objections Received:

    f. Debtors' Reservation Of Rights Regarding Motion Of Tessera, Inc. For Authority To File Amended Proofs Of Claim [Docket No. 3103; Filed 3/16/10].

    Status:     This matter is going forward.

**CONTESTED MATTERS GOING FORWARD**

16. Fifth Monthly And Final Application Of Morgan Stanley & Co. Incorporated, As Financial Advisor And Investment Banker For The Debtors And Debtors-In-Possession, For (A) Allowance Of Compensation And Reimbursement Of Expenses For the Period From July 1, 2009 Through And Including August 31, 2009, And (B) Final Allowance Of Compensation And Reimbursement Of Expenses For The Period From March 1, 2009 Through And Including August 31, 2009 [Docket No. 1867; Filed 12/07/09].

    Related Documents:

    a. Fourth Monthly Application Of Morgan Stanley & Co. Incorporated, As Financial Advisor And Investment Banker For The Debtors And Debtors-In-Possession, For The Period From June 1, 2009 Through June 30, 2009 [Docket No. 892; Filed 07/24/09].

    b. Certification Of No Objection Regarding Docket No. 892 [Docket No. 968; Filed 08/13/09].

    c. Certification Of No Objection Regarding Docket No. 1867 [Docket No. 2278; Filed 1/13/10].

    d. Fee Auditor's Final Report Regarding Second Interim And Final Fee Applications of Morgan Stanley & Co., Inc. For Compensation And Payment Of Expenses For The Period Of March 1, 2009 Through August 31, 2009 [Docket No. 2649; Filed 2/5/10].

    e. Response To Fee Auditor's Final Report Regarding Fifth Monthly And Final Application Of Morgan Stanley & Co. Incorporated, As Financial Advisor And Investment Banker For The Debtors And Debtors-In-Possession For The Period From March 1, 2009 Through And Including August 31, 2009 [Docket No. 3001; Filed 3/2/10].

    Status: This matter is going forward. Morgan Stanley & Co.'s fee binder was delivered to chambers on March 15, 2010.

17. Motion Of The Debtors For An Order Estimating The Amount Of Certain Contingent, Unliquidated, Duplicative And/Or Overstated Claims For Purposes Of Establishing Class 5 Plan Distribution Reserves [Docket No. 2668; Filed 2/5/10].

    Related Documents:

    a. Certification Of Counsel Regarding Order Approving Stipulation Regarding Spansion Japan Lenders' Response To The Debtors' Motion For Order Estimating The Amount Of Certain Contingent, Unliquidated, Duplicative And/Or Overstated Claims For Purposes Of Establishing Class 5 Plan Distribution Reserves [Docket No. 2814; Filed 2/18/10].

b.  Order Approving Stipulation Regarding Spansion Japan Lenders' Response To The Debtors' Motion For Order Estimating The Amount Of Certain Contingent, Unliquidated, Duplicative And/Or Overstated Claims For Purposes Of Establishing Class 5 Plan Distribution Reserves [Docket No. 2869; Entered 2/22/10].

c.  Order Granting In Part The Motion Of The Debtors For An Order Estimating The Amount Of Certain Contingent, Unliquidated, Duplicative And/Or Overstated Claims For Purposes Of Establishing Class 5 Plan Distribution Reserves [Docket No. 2871; Entered 2/22/10].

d.  Nokia Corporation's Motion To File Under Seal Its Initial Response To The Motion Of The Debtors For An Order Estimating The Amount Of Certain Contingent, Unliquidated, Duplicative And/Or Overstated Claims For Purposes Of Establishing Class 5 Distribution Reserves [Docket No. 3038; Filed 3/4/10].

e.  Certification Of Counsel [Docket No. 3092; Filed 3/12/10].

f.  Order Granting Motion Of Tessera, Inc. To File Under Seal The Objection And Certain Exhibits Attached Thereto Of Tessera, Inc. To Motion Of The Debtors' For An Order Estimating The Amount Of Certain Contingent, Unliquidated, Duplicative And/Or Overstated Claims For Purposes Of Establishing Class 5 Distribution Reserves [Docket No. 3115; Entered 3/17/10].

g.  Notice Of Withdrawal Of Debtors' Motion For An Order Estimating The Amount Certain Contingent, Unliquidated, Duplicative And/Or Overstated Claims For Purposes Of Establishing Class 5 Plan Distribution Reserves With Respect To Proof Of Claim 1047 Filed By General Electric Capital Corp. [Docket No. 3124; Filed 3/18/10].

h.  Declaration Of Wayne A. Hoeberlein In Support Of Debtors' Motion For An Order Estimating The Amount Of Certain Contingent, Unliquidated, Duplicative And/Or Overstated Claims For Purposes Of Establishing Class 5 Distribution Reserves **[FILED UNDER SEAL]**.

i.  **Motion Of The Debtors For An Order Authorizing The Debtors To File The Declaration Of Wayne A. Hoeberlein In Support Of Debtors' Motion For An Order Estimating The Amount Of Certain Contingent, Unliquidated, Duplicative And/Or Overstated Claims For Purposes Of Establishing Class 5 Distribution Reserves Under Seal [Docket No. 3132; Filed 3/19/10] (*See* Agenda Item No. 19).**

j.  **Motion Of The Debtors For An Order Shortening The Time For Notice Of The Motion Of The Debtors For An Order Authorizing The Debtors To File The Declaration Of Wayne A. Hoeberlein In Support Of Debtors' Motion For An Order Estimating The Amount Of Certain Contingent, Unliquidated,**

**Duplicative And/Or Overstated Claims For Purposes Of Establishing Class 5 Distribution Reserves Under Seal [Docket No. 3133; Filed 3/19/10]** (*See Agenda Item No. 20*).

Objection Deadline: February 15, 2010 at 4:00 p.m. (Extended to February 17, 2010 at 4:00 p.m. for Discretix Technologies, Ltd., February 17, 2010 at 5:00 p.m. for the Official Committee of Unsecured Creditors, and March 4, 2010 at 11:00 a.m. for Nokia, Inc.).

Objections Received:

k. Objection Of Tessera, Inc. To Debtors' Motion For An Order Estimating The Amount Of Certain Contingent, Unliquidated, Duplicative And/Or Overstated Claims For Purposes Of Establishing Class 5 Plan Distribution Reserves [Docket No. 2792; Filed 2/17/10] **[PORTIONS FILED UNDER SEAL]**.

l. Nokia Corporation's Initial Response To The Motion Of The Debtors For An Order Estimating The Amount Of Certain Contingent, Unliquidated, Duplicative And/Or Overstated Claims For Purposes Of Establishing Class 5 Distribution Reserves **[FILED UNDER SEAL]**.

Status: This matter has been resolved but for the following claims: Claim No. 1047 filed by General Electric Capital Corp. ("GECC"), Claim No. 754 filed by Nokia, Inc. ("Nokia"), Claim No. 1168 filed by Discretix Technologies Ltd. ("Discretix") and Claim No. 379 filed by Tessera, Inc. ("Tessera"). The Debtors have withdrawn their objection to Claim No. 1047 filed by GECC (s*ee* Agenda Item No. 17(g))due to the fact the parties have stipulated to the amount of GECC's general unsecured claim and the stipulation was approved by the Court on February 22, 2010. The Debtors objection to Claim No. 754 filed by Nokia is continued to the next Omnibus Hearing scheduled for April 26, 2010 at 10:00 a.m. The Debtors' and Discretix will be submitting a separate order under certification of counsel resolving the Debtors' objection to Claim No. 1168. With regard to Debtors' objection to Claim No. 379 filed by Tessera, the Debtors and Tessera are currently negotiating a stipulated record to submit to the Court. With regard to Tessera's prepetition claim, the parties are drafting a stipulation which will provide to the Court a written record upon which the Court can render a ruling.

18. Motion Of Tessera, Inc. For Allowance And Payment Of Administrative Expense Claim [Docket No. 2913; Filed 2/23/10].

   Related Documents: None.

   Objection Deadline: March 16, 2010 at 4:00 p.m.

Objections Received:

a.  Debtors' Objection To Motion Of Tessera, Inc. For Allowance And Payment Of Administrative Expense Claim [Docket No. 3102; Filed 3/16/10].

b.  Joinder Of Official Committee Of Unsecured Creditors To Debtors' Objection To Motion Of Tessera, Inc. For Allowance And Payment Of Administrative Expense Claim [Docket No. 3104; Filed 3/16/10].

Status: This matter is going forward. The parties anticipate that the reference will be withdrawn as to this matter, pursuant to 28 U.S.C. § 157(d), so that the parties' respective claims may be determined in the context of an action pending in the Northern District of California at Civil Action No. C-05-04063.

**OTHER MATTERS**

19. **Motion Of The Debtors For An Order Authorizing The Debtors To File The Declaration Of Wayne A. Hoeberlein In Support Of Debtors' Motion For An Order Estimating The Amount Of Certain Contingent, Unliquidated, Duplicative And/Or Overstated Claims For Purposes Of Establishing Class 5 Distribution Reserves Under Seal [Docket No. 3132; Filed 3/19/10].**

    **Related Documents:**

    a.  **Declaration Of Wayne A. Hoeberlein In Support Of Debtors' Motion For An Order Estimating The Amount Of Certain Contingent, Unliquidated, Duplicative And/Or Overstated Claims For Purposes Of Establishing Class 5 Distribution Reserves [FILED UNDER SEAL]** (*See* **Agenda Item No. 17(h)).**

    b.  **Motion Of The Debtors For An Order Shortening The Time For Notice Of The Motion Of The Debtors For An Order Authorizing The Debtors To File The Declaration Of Wayne A. Hoeberlein In Support Of Debtors' Motion For An Order Estimating The Amount Of Certain Contingent, Unliquidated, Duplicative And/Or Overstated Claims For Purposes Of Establishing Class 5 Distribution Reserves Under Seal [Docket No. 3133; Filed 3/19/10]** (*See* **Agenda Item No. 20).**

    **Objection Deadline:** N/A

    **Objections Received:** None as of the filing of this Agenda.

    **Status:** The Debtors hereby request that this matter is going forward.

**20.** **Motion Of The Debtors For An Order Shortening The Time For Notice Of The Motion Of The Debtors For An Order Authorizing The Debtors To File The Declaration Of Wayne A. Hoeberlein In Support Of Debtors' Motion For An Order Estimating The Amount Of Certain Contingent, Unliquidated, Duplicative And/Or Overstated Claims For Purposes Of Establishing Class 5 Distribution Reserves Under Seal [Docket No. 3133; Filed 3/19/10].**

**Related Documents:**

a. **Motion Of The Debtors For An Order Authorizing The Debtors To File The Declaration Of Wayne A. Hoeberlein In Support Of Debtors' Motion For An Order Estimating The Amount Of Certain Contingent, Unliquidated, Duplicative And/Or Overstated Claims For Purposes Of Establishing Class 5 Distribution Reserves Under Seal [Docket No. 3132; Filed 3/19/10] (*See* Agenda Item No. 19).**

**Objection Deadline:** N/A

**Objections Received:** None as of the filing of this Agenda.

**Status:** **The Debtors hereby request that this matter is going forward if an order is not entered prior to the hearing.**

Dated: March 19, 2010  
Wilmington, Delaware

Respectfully submitted,

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esquire (No. 3892)
Richard W. Riley, Esquire (No. 4052)
Sommer L. Ross, Esquire (No. 4598)
DUANE MORRIS, LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: mlastowski@duanemorris.com
rwriley@duanemorris.com
slross@duanemorris.com

and

Michael S. Lurey, Esquire (Admitted *Pro Hac Vice*)
Gregory O. Lunt, Esquire (Admitted *Pro Hac Vice*)
Peter W. Devereaux, Esquire (Admitted *Pro Hac Vice*)
Kimberly A. Posin, Esquire (Admitted *Pro Hac Vice*)

LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail:  Michael.Lurey@lw.com
  Gregory.Lunt@lw.com
  Peter.Devereaux@lw.com
  Kim.Posin@lw.com
*Attorneys for the Debtors and Debtors-in-Possession*