# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SPANSION INC., *et al.*,[1] | : | Case No. 09-10690 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## FOURTH AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 16, 2010 AT 10:00 A.M. (ET)

## CONTESTED MATTERS GOING FORWARD

1. Debtors' Fourth Motion For An Order Extending Exclusive Periods During Which Debtors May Solicit Acceptances Of A Plan Of Reorganization [Docket No. 3066; Filed 3/8/10].

    Related Documents:

    a. Certification Of Counsel Regarding Order Scheduling A Hearing On (I) Debtors' Fourth Motion For An Order Extending Exclusive Period During Which Debtors May Solicit Acceptances Of A Plan Of Reorganization And (II) Confirmation Of The Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 (As Amended) [Docket No. 3255; Filed 4/7/10].

    b. Order Scheduling Hearing On (I) Debtors' Fourth Motion For An Order Extending Exclusive Period During Which Debtors May Solicit Acceptances Of A Plan Of Reorganization And (II) Confirmation Of The Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 [Docket No. 3259; Filed 4/9/10].

    c. Re-Notice Of Hearing On Debtors' Fourth Motion For An Order Extending Exclusive Period During Which Debtors May Solicit Acceptances Of A Plan Of Reorganization [Docket No. 3261; Filed 4/9/10].

    c(1). **Debtors' Supplemental Memorandum In Support Of Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 (As Amended) And Fourth Motion For An Order Extending Exclusive Period During**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Spansion Inc., a Delaware corporation (8239); Spansion Technology LLC, a Delaware limited liability company (3982); Spansion LLC, a Delaware limited liability company (0482); Cerium Laboratories LLC, a Delaware limited liability company (0482), and Spansion International, Inc., a Delaware corporation (7542). The mailing address for each Debtor is 915 DeGuigne Dr., Sunnyvale, CA 94085.

[2] **All Amended Agenda items appear in bold.**

Which Debtors May Solicit Acceptances Of A Plan Of Reorganization [Docket No. 3306; Filed 4/15/10].

c(2) Statement Of Trade Claims Group In Support Of Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 And Fourth Motion For An Order Extending Exclusive Period During Which Debtors May Solicit Acceptances Of A Plan of Reorganization [Docket No. 3321; Filed 4/15/10].

Objection Deadline: March 15, 2010 at 12:00 p.m.

Objections Received:

d. The *Ad Hoc* Committee Of Convertible Noteholders' And The *Ad Hoc* Equity Committee's (I) Joint Objection To Debtors' Motion For An Order Extending Exclusive Period, (II) Joint Motion To Terminate Exclusive Period, And (III) Joint Objection To Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 [Docket No. 3279; Filed 4/13/10].

e. Supplement To The *Ad Hoc* Committee Of Convertible Noteholders' And The *Ad Hoc* Committee's (I) Joint Objection To Debtors' Motion For An Order Extending Exclusive Period, (II) Joint Motion To Terminate Exclusive Period, And (III) Joint Objection To Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 [Docket No. 3296; Filed 4/14/10].

f. Official Committee Of Unsecured Creditors' Response To (A) Debtors' Motion For Order Extending Exclusive Period, And (B) *Ad Hoc* Committee Of Convertible Noteholders' And *Ad Hoc* Equity Committee's (I) Joint Objection To Debtors' Motion For An Order Extending Exclusive Period, (II) Joint Motion To Terminate Exclusive Period, And (III) Joint Objection To Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 [Docket No. 3307; Filed 4/15/10].

Status: This matter is going forward.

2. Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 (As Amended) [Docket No. 3250; Filed 4/7/10].

Related Documents:

a. Debtors' Second Amended Joint Plan of Reorganization Dated February 23, 2010 (As Amended) [Docket No. 2915; Filed 2/23/10].

b. Debtors' Second Amended Joint Plan Of Reorganization Dated February 28, 2010 (As Amended) [Docket No. 2981; Filed 3/1/10].

c. Opinion On Confirmation [Docket No. 3224; Entered 4/1/10].

d.  Order [Docket No. 3225; Entered 4/1/10].

e.  Notice Of Filing Of Redline Of Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 (As Amended) [Docket No. 3251; Filed 4/7/10].

f.  Eighth Addendum To Plan Supplement In Support Of Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 (As Amended) [Docket No. 3252; Filed 4/7/10].

g.  Notice Of Filing Of Revised Proposed Order Confirming Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 (As Amended) And Redline Thereto [Docket No. 3253; Filed 4/7/10].

h.  Notice Of Filing Of Eighth Addendum To The Plan Supplement [Docket No. 3254; Filed 4/7/10].

i.  Certification Of Counsel Regarding Order Scheduling A Hearing On (I) Debtors' Fourth Motion For An Order Extending Exclusive Period During Which Debtors May Solicit Acceptances Of A Plan Of Reorganization And (II) Confirmation Of The Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 (As Amended) [Docket No. 3255; Filed 4/7/10] (*See* Agenda Item No. 1(a)).

j.  Order Scheduling Hearing On (I) Debtors' Fourth Motion For An Order Extending Exclusive Period During Which Debtors May Solicit Acceptances Of A Plan Of Reorganization And (II) Confirmation Of The Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 [Docket No. 3259; Filed 4/9/10].

k.  Certification Of Counsel In Support Of Entry Of Order Approving Stipulation Between The Debtors And Spansion Japan Limited Regarding Assumption Of R&D Agreement And Cure Amounts [Docket No. 3267; Filed 4/9/10].

l.  Order Approving Stipulation Between The Debtors And Spansion Japan Limited Regarding Assumption Of R&D Agreement And Cure Amounts [Docket No. 3275; Entered 4/13/10].

l(1).  Notice Of The *Ad Hoc* Convert Committee And The *Ad Hoc* Equity Committee's Witness And Exhibit List In Connection With The Hearing Scheduled For April 16, 2010 [Docket No. 3295; Filed 4/14/10].

l(2).  Ninth Addendum To Plan Supplement In Support Of Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 (As Amended) [Docket No. 3297; Filed 4/14/10].

l(3).  Notice Of Filing Of Ninth Addendum To The Plan Supplement [Docket No. 3298; Filed 4/14/10].

l(4).  Second Notice Of Filing Of Revised Proposed Order Confirming Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 (As Amended) And

Redline Thereto [Docket No. 3299; Filed 4/14/10].

l(5). Declaration Of Paul Mercadante In Support Of Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 (As Amended) [Docket No. 3301; Filed 4/15/10].

l(6). Declaration Of Robert J. White In Support Of The *Ad Hoc* Committee Of Convertible Noteholders' Joint Objection To Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization [Docket No. 3305; Filed 4/15/10].

l(7). Debtors' Supplemental Memorandum In Support Of Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 (As Amended) And Fourth Motion For An Order Extending Exclusive Period During Which Debtors May Solicit Acceptances Of A Plan Of Reorganization [Docket No. 3306; Filed 4/15/10] (*See* Agenda Item No. c(1)).

l(8). Letter Brief In Support Of Confirmation Of The Debtors' Second Amended Joint Plan of Reorganization Dated April 7, 2010 [Docket No. 3311; Dated 4/15/10].

l(9) Statement Of Trade Claims Group In Support Of Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 And Fourth Motion For An Order Extending Exclusive Period During Which Debtors May Solicit Acceptances Of A Plan of Reorganization [Docket No. 3321; Filed 4/15/10] (*See* Agenda Item No. 1(c(2)).

l(10) Notice of Appeal Filed By Ad Hoc Committee of Convertible Noteholders [Docket No. 3312; Filed 4/15/10].

l(11) Notice of Appeal Filed By Ad Hoc Committee Of Equity Security Holders of Spansion, Inc. [Docket No. 3318; Filed 4/15/10].

l(12) Notice of Appeal Filed By Ad Hoc Committee Of Equity Security Holders Of Spansion, Inc. [Docket No. 3318; Filed 4/15/10].

Objection Deadline: April 15, 2010 at 12:00 p.m.

Objections Received:

m. The *Ad Hoc* Committee Of Convertible Noteholders' And The *Ad Hoc* Equity Committee's (I) Joint Objection To Debtors' Motion For An Order Extending Exclusive Period, (II) Joint Motion To Terminate Exclusive Period, And (III) Joint Objection To Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 [Docket No. 3279; Filed 4/13/10] (*See* Agenda Item 1(d)).

n. Supplement To The *Ad Hoc* Committee Of Convertible Noteholders' And The *Ad Hoc* Committee's (I) Joint Objection To Debtors' Motion For An Order Extending Exclusive Period, (II) Joint Motion To Terminate Exclusive Period, And (III) Joint

Objection To Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 [Docket No. 3296; Filed 4/14/10].

o. The John Gorman 401(k)'s Joinder In *Ad Hoc* Committees' Supplement And Objection To Debtors' Motion For Order Extending Exclusive Period, Joint Motion To Terminate Exclusive Period And Joint Objection To Confirmation Of Second Amended Joint Plan Of Reorganization [Docket No. 3300; Filed 4/15/10].

p. Official Committee Of Unsecured Creditors' Response To (A) Debtors' Motion For Order Extending Exclusive Period, And (B) *Ad Hoc* Committee Of Convertible Noteholders' And *Ad Hoc* Equity Committee's (I) Joint Objection To Debtors' Motion For An Order Extending Exclusive Period, (II) Joint Motion To Terminate Exclusive Period, And (III) Joint Objection To Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 [Docket No. 3307; Filed 4/15/10] (*See* Agenda Item No. 1(f)).

q. Declaration Of Daniel Lewis In Support Of Joint Chapter 11 Plan For The Debtors Dated April 13, 2010 Proposed By The Convert Committee And The *Ad Hoc* Equity Committee [Docket No. 3309; Filed 4/15/10].

Status: This matter is going forward.

## OTHER MATTERS CERTAIN PARTIES WOULD LIKE TO GO FORWARD

3. The *Ad Hoc* Committee Of Convertible Noteholders' And The *Ad Hoc* Equity Committee's (I) Joint Objection To Debtors' Motion For An Order Extending Exclusive Period, (II) Joint Motion To Terminate Exclusive Period, And (III) Joint Objection To Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 [Docket No. 3279; Filed 4/13/10].

   Related Documents:

   a. Motion For Expedited Consideration Of The *Ad Hoc* Committee Of Convertible Noteholders' And The *Ad Hoc* Equity Committee's Joint Motion To Terminate Exclusive Period [Docket No. 3280; Filed 4/13/10].

   b. Order Granting Expedited Consideration Of The *Ad Hoc* Committee Of Convertible Noteholders' And The *Ad Hoc* Equity Committee's Joint Motion To Terminate Exclusive Period [Docket No. 3294; Entered 4/14/10].

   Objection Deadline: N/A

   Objections Received: N/A

   Status: Pursuant to the Court's Order, the *Ad Hoc* Committee's Motion to Terminate shall be treated as an objection to the Debtors' Fourth Motion For An Order Extending Exclusive Periods During Which Debtors May Solicit Acceptances Of A Plan Of

Reorganization.

4. **Motion Of The Senior Noteholders Informal Group For An Order Striking The Declaration Of Robert White And Excluding Mr. White From Testifying At The April 16, 2010 Hearing [Docket No. 3325; Filed 4/16/10].**

    **Related Documents:**

    a. **Declaration Of Robert J. White In Support Of The *Ad Hoc* Committee Of Convertible Noteholders' Joint Objection To Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization [Docket No. 3305; Filed 4/15/10] (*See* Agenda Item 2 (l(6)).**

    b. **The *Ad Hoc* Committee Of Convertible Noteholders' And The *Ad Hoc* Equity Committee's (I) Joint Objection To Debtors' Motion For An Order Extending Exclusive Period, (II) Joint Motion To Terminate Exclusive Period, And (III) Joint Objection To Confirmation Of Debtors' Second Amended Joint Plan Of Reorganization Dated April 7, 2010 [Docket No. 3279; Filed 4/13/10] (*See* Agenda Item 1(d)).**

    **Objection Deadline:** N/A

    **Objections Received:** N/A

    **Status:** N/A

| | |
|---|---|
| Dated: April **16**, 2010<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/ Michael R. Lastowski<br>Michael R. Lastowski, Esquire (No. 3892)<br>Richard W. Riley, Esquire (No. 4052)<br>Sommer L. Ross, Esquire (No. 4598)<br>DUANE MORRIS, LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901<br>E-mail: mlastowski@duanemorris.com<br>  rwriley@duanemorris.com<br>  slross@duanemorris.com<br><br>and<br><br>Michael S. Lurey, Esquire (Admitted *Pro Hac Vice*)<br>Gregory O. Lunt, Esquire (Admitted *Pro Hac Vice*)<br>Kimberly A. Posin, Esquire (Admitted *Pro Hac Vice*)<br>LATHAM & WATKINS LLP |

355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: Michael.Lurey@lw.com
Gregory.Lunt@lw.com
Peter.Devereaux@lw.com
Kim.Posin@lw.com

*Attorneys for the Debtors and Debtors-in-Possession*