# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPANSION INC., *et al.*,[1] | Case No.: 09-10690 (KJC) |
| Debtors. | Jointly Administered |
| | **Hearing Date: April 26, 2010 at 10:00 a.m. (ET)**<br>**Objection Deadline: April 26, 2010 at 10:00 a.m. (ET)** |
| | Related to Docket Nos. 3369 and 3378 |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that on April 21, 2010, the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed the **Motion of the Debtors for an Order Enforcing the Court's March 3, 2010 Order, Pursuant to 11 U.S.C. § 365, Authorizing the Rejection of An Executory Contract Between Spansion Inc. and Apple, Inc. and Striking Apple's Purported Election Under 11 U.S.C. § 365(n)** [Docket No. 3369] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that in conjunction with the Motion, the Debtors filed the *Motion of the Debtors for an Order (A) Scheduling An Emergency Hearing and (B) Shortening Notice and Objection Periods With Respect to The Debtors' Motion for an Order Enforcing the Court's March 3, 2010 Order, Pursuant to 11 U.S.C. § 365, Authorizing the Rejection of An Executory Contract Between Spansion Inc. and Apple, Inc. and Striking Apple's Purported Election Under 11 U.S.C. § 365(n)* [Docket No. 3370] (the "**Motion to Shorten**").

**PLEASE TAKE FURTHER NOTICE** that on April 22, 2010, the Motion to Shorten

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Spansion Inc., a Delaware corporation (8239); Spansion Technology LLC, a Delaware limited liability company (3982); Spansion LLC, a Delaware limited liability company (0482); Cerium Laboratories LLC, a Delaware limited liability company (0482), and Spansion International, Inc., a Delaware corporation (7542). The mailing address for each Debtor is 915 DeGuigne Dr., Sunnyvale, CA 94085.

DM3\1358448.1

was granted, as evidenced by the *Order Granting Motion of the Debtors for an Order Enforcing the Court's March 3, 2010 Order, Pursuant to 11 U.S.C. § 365, Authorizing the Rejection of An Executory Contract Between Spansion Inc. and Apple, Inc. and Striking Apple's Purported Election Under 11 U.S.C. § 365(n)* [Docket No. 3378] (the "**Order**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, a hearing on the Motion shall be held before the Honorable Kevin J. Carey on **April 26, 2010 at 10:00 a.m. (Prevailing Eastern Time)** at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, any responses or objections to the Motion may be lodged either prior to or at the Hearing. If filed prior to the Hearing, you must also serve a copy of any responses or objection upon the undersigned attorneys.

| | |
|---|---|
| Dated: April 22, 2010<br>Wilmington, Delaware | Respectfully Submitted,<br><br>/s/ *Michael R. Lastowski*<br>Michael R. Lastowski (No. 3892)<br>Richard W. Riley (No. 4052)<br>Sommer L. Ross (No. 4598)<br>DUANE MORRIS, LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901<br>E-mail: mlastowski@duanemorris.com<br>        rwriley@duanemorris.com<br>        slross@duanemorris.com<br><br>ATTORNEYS FOR THE DEBTORS AND<br>DEBTORS-IN-POSSESSION |