UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| **SPANSION, INC.**, *et al.* | : | |
| Debtors | : | Case No. 09-10690 (KJC) |
| | : | (Re: D.I. 3771, 3870) |

## ORDER DISALLOWING AND EXPUNGING PROOF OF CLAIM NUMBER 1193

AND NOW, this 4th day of February, 2013, upon consideration of the Claim Agent's Second Omnibus Objection to Non-Liability and Satisfied Claims Pursuant to 11 U.S.C. §502(b), Fed.R.Bankr.P. 3007 and Del. Bankr. L.R. 3007-1 (the "Claim Objection") (D.I. 3771), and the response by John Darilek, opposing the Claim Objection as it relates to Proof of Claim number 1193 (the "Response") (D.I. 3870), and after a hearing, and for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that:

(1)   the Claim Objection is **SUSTAINED** as to Proof of Claim number 1193, and

(2)   Proof of Claim number 1193 is disallowed and expunged in its entirety.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: Michael Lastowski, Esquire[1]

---

[1] Counsel shall serve a copy of this Order and the accompanying Memorandum upon all interested parties and file a Certificate of Service with the Court.